**3**

## AMENDMENT TO THE COLLECTIVE FUND CUSTODY AGREEMENT

This Amendment is made as of and effective ___March 5___, 2007, amending the Collective Fund Custody Agreement dated March 19, 2002 (the "Agreement") by and between the Board of Trustees of the State of Louisiana Firefighters' Retirement System ("Investment Fiduciary") on behalf of the State of Louisiana Firefighters' Retirement System ("Trust"), and Northern Trust Investments, Inc. (now Northern Trust Investments, N.A.).

1. The Agreement is hereby amended in the following particulars:

   Exhibit A attached to the Agreement, as well as any amendments thereto executed prior to the effective date of this Amendment, are hereby deleted and revoked, and in lieu thereof, the Exhibit A attached to this Amendment is adopted and incorporated in the Agreement, pursuant to sections 2(c) and 14 thereof.

   Exhibit B attached to the Agreement, as well as any amendments thereto executed prior to the effective date of this Amendment, are hereby deleted and revoked, and in lieu thereof, the Exhibit B attached to this Amendment is adopted and incorporated in the Agreement, pursuant to sections 9 and 14 thereof.

2. Except for this Amendment, the Agreement remains in full force and effect without change.

IN WITNESS WHEREOF, the parties have caused this Amendment to be executed as of the day and year first written above.

**Board of Trustees of the State of Louisiana Firefighters' Retirement System**

By: ___[signature]___
      STEVEN STOCKSTILL
Title: ___FRS EXECUTIVE DIRECTOR___


**Northern Trust Investments, N.A.**

By: ___James C. [signature]___

Its: ___Senior Vice President___

Date: ___March 7, 2007___

# EXHIBIT B

## DESIGNATED COLLECTIVE FUNDS

The Board of Trustees of the State of Louisiana Firefighters' Retirement System ("Investment Fiduciary") on behalf of the State of Louisiana Firefighters' Retirement System ("Trust") hereby designates the following collective funds for investment by the Trust from time to time in such proportions or amounts as the Investment Fiduciary shall direct in writing:

- NTGI-QM Collective Daily S&P 500 Equity Index Fund – Lending
- NTGI-QM Collective Daily S&P MidCap 400 Equity Index Fund - Lending

**Board of Trustees of the State of Louisiana Firefighters' Retirement System**

By: _[signature]_
STEVEN STOCKSTILL
Title: FRS EXECUTIVE DIRECTOR


**Northern Trust Investments, N.A.**

By: _James A. Cuter_
Its: Senior Vice President
Date: March 7, 2007

JES 3.5.07

## EXHIBIT C

### FEES

For your services, you shall be compensated pursuant to the following fee schedule:

- **NTGI-QM Collective Daily S&P 500 Equity Index Fund – Lending**
    - First $50 Million at four (4) basis points
    - Next $50 Million at three (3) basis points
    - Balance at two (2) basis points
    - Subject to a minimum annual fee of $5,000.00

- **NTGI-QM Collective Daily S&P MidCap 400 Equity Index Fund – Lending**
    - First $50 Million at seven (7) basis points
    - Next $50 Million at four (4) basis points
    - Balance at two (2) basis points

**Board of Trustees of the State of Louisiana Firefighters' Retirement System**

By: _[signature]_
STEVEN STOCKSTILL
Title: FRS EXECUTIVE DIRECTOR

**Northern Trust Investments, N.A.**

By: _[signature]_
Its: Senior Vice President
Name: James A. Hutcheson

JES 3.5.07