**6**

CoreUSA2007.doc

*July-2007*

# THE NORTHERN TRUST COMPANY
## SECURITIES LENDING
## COLLATERAL SCHEDULE

## CORE U.S.A. COLLATERAL SECTION

### Purpose

The Core U.S.A. Collateral Section is available to U.S. clients of The Northern Trust Company ("Agent") participating in the Securities Lending Program. Participating Lenders in the Core U.S.A. Collateral Section receive cash, letters of credit, or government securities (described below) as Collateral for loans of their securities to approved borrowers. The purpose of the Collateral Section is to provide custody of non-cash Collateral and, in the case of cash Collateral, the opportunity for a market rate of return consistent with allowed investment latitude and thereby seek to generate positive program spreads.

### Requirements for Participation

Clients electing to participate in the Core U.S.A. Collateral Section may do so by completing and signing a Securities Lending Collateral Section Option Form, in conjunction with appropriate documentation for the Securities Lending Authorization Agreement (the "Agreement") to which the Option Form is attached as Schedule B. Capitalized terms used in this Collateral Schedule and not defined shall have the meanings given to them in the Agreement.

### Collateralization Levels

Initial Collateral levels will not be less than 102% of the Market Value of the Borrowed Securities, or not less than 105% if the Borrowed Securities and the Collateral are denominated in different currencies. Marking to market is performed every business day subject to de minimis rules of change in value, and the borrower is required to deliver additional Collateral when necessary so that the total Collateral held by Agent for all loans to the Borrower of all Participating Lenders will at least equal the Market Value of all the Borrowed Securities of all Participating Lenders loaned to the Borrower.

### Cash and Non-Cash Collateral Guidelines

Listed below are the cash and non-cash Collateral guidelines specifying eligible investments, credit quality standards, and diversification, maturity and liquidity requirements. All requirements listed in these guidelines including diversification are effective at the time of purchase of any security or instrument as a cash Collateral investment and at the time of receipt of any non-cash Collateral. Agent will make use of market standard settlement methods for cash investments and non-cash collateral including the use of a tri-party custodian as approved by Agent's appropriate risk committee. Settlement through a tri-party custodian may result in cash collateral.

**Confidential Pursuant to Protective
Order in Fed. Civil Action No. 08 CV 6029**

**Defendant's
P. I. EX. 145**

*Cash Collateral (Open Cash Collateral and Term Cash Collateral)*

**Introduction**

The Cash Collateral may be invested in either the Open Cash Collateral fund or invested separately as Term Cash Collateral. The objectives of each differ slightly in that the interest rate strategy of the Open Cash Collateral fund is mismatched versus the open loans, while the interest rate strategy of the Term Cash Collateral investments is matched to the term loans. See page 5 for the term guidelines.

**Investment Objectives**

Cash Collateral of the Core U.S.A. Collateral Section is invested to seek to maximize current income to the extent consistent with the preservation of capital and maintenance of liquidity by investing cash Collateral of this section in accordance with the guidelines stated below. Cash Collateral investments emphasize liquidity and principal preservation as prime objectives. There can be no assurance that these objectives will be attained. Within quality, maturity, and market sector diversification guidelines, investments are made in those securities with the most attractive relative yields.

**Investment Guidelines**

A fund available for investment of the Cash Collateral of the Core U.S.A. Collateral Section shall consist of U.S. dollar-denominated securities or instruments managed under the following guidelines:

**Eligible Securities:**

- Obligations issued or guaranteed by the U.S. Government, or its agencies or instrumentalities and custodial receipts with respect thereto.

- Obligations of domestic or foreign commercial banks, including, but not limited to commercial paper, banker's acceptances, certificates of deposit, time deposits, notes and bonds.

- Obligations of domestic or foreign corporations, including but not limited to commercial paper, asset-backed commercial paper, notes, bonds and debentures.

- Obligations issued or guaranteed by foreign governments (G-11 nations) or political subdivisions thereof, and their agencies or instrumentalities.

- Asset-backed securities, including mortgage backed securities, issued by governmental and non-governmental entities.

- Fully Collateralized repurchase agreements with counterparties approved by the Agent's appropriate credit committee at the time of purchase where the Collateral is held by Agent or for the account of Agent by an agent or subcustodian of Agent or a central bank, depository, or a third party custodian, and where the Collateral is approved by the Agent's appropriate credit committee. Such Collateral may include, but is not limited to, Eligible Securities, except for money market funds.

- Obligations issued by states or political subdivisions thereof, including the District of Columbia, and any possession of the United States.

2

**Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029**

- Units of the Northern Institutional Funds Diversified Assets Portfolio, or a comparable portfolio of any successor fund, and other money market funds that determine net asset value based on Securities and Exchange Commission Rule 2a-7.

- Floating and variable rate securities will be limited to those securities whose rates are reset based upon the following reference indexes: LIBOR, Fed Funds, Treasury Bills, Certificate of Deposit Composite, Commercial Paper Composite, or other appropriate money market indexed composites. In all instances, the spread relationship between the security coupon rate and index reference rate must be constant. Step up securities are acceptable as long as the spreads are known at time of purchase. Otherwise eligible instruments with an interest rate cap that is based on the reference index (LIBOR, Fed Funds, etc.) are expressly prohibited.

- Guaranteed investment contracts and funding agreements issued by insurance companies.

- End of day residual cash balances, which cannot be invested in the market place, will be swept into a short-term investment with The Northern Trust Company and any of its worldwide branches or affiliated U.S. or non-U.S. banks or bank holding companies.

**Credit Quality**

- With respect to commercial paper and other short-term obligations, investment and reinvestments shall be limited to Tier One Securities. For purpose of this paragraph, "Tier One Securities" shall mean short-term obligations rated (or issued by an issuer that is rated with respect to a class of short-term obligations or a comparable short-term obligation) at the time of purchase in the highest rating category (within which there may be sub-categories or gradations indicating relative standing) by at least two Nationally Recognized Statistical Rating Organizations ("NRSROs"), or if only rated by one NRSRO, then rated at the time of purchase in the highest rating category by that NRSRO, or those of comparable quality in the case of unrated securities. An obligation having a demand right against a secondary obligor such as a guarantor or issuer of a letter of credit backing the obligation, that by its terms would be readily exercisable in the event of a default in payment of principal or interest by the primary obligor of the obligation, may be classified as a Tier One Security if, at the time of purchase, the demand right is a Tier One Security or if, at the time of purchase, short-term obligations of the secondary obligor would be classified as Tier One Securities.

- For purposes of determining credit quality, a "short-term obligation" shall mean any eligible security or instrument (other than a repurchase agreement) which has an original maturity (as defined in this Schedule) of 397 days or less at the time of purchase or has a put that entitles the holder to receive the principal amount at specified intervals not exceeding 397 days.

- With respect to bonds and other long-term obligations, investment and reinvestments shall be limited to obligations rated (or issued by an issuer that is rated with respect to a class of long-term obligations or a comparable long-term obligation) at the time of purchase in one of the three highest rating categories (within which there may be sub-categories or gradations indicating relative standing) by at least two NRSROs, or if only rated by one NRSRO, then rated at the time of purchase in one of the three highest rating categories by that NRSRO, or those of comparable quality in the case of unrated securities. For purposes of determining credit quality, a "long term obligation" shall mean any eligible security or instrument (other than a repurchase agreement) which has an original maturity (as defined in this Schedule) of greater than 397 days at the time of purchase and is not subject to a demand feature in 397 days or less.

**Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029**

3

- Asset-backed securities, including mortgage-backed securities, with an original maturity (as defined in this Schedule) longer than 397 days must be rated in the highest rating category by at least one NRSRO.

- Obligations of foreign issuers shall be limited to obligations of entities domiciled in countries which have been assigned a country risk rating at the time of purchase of "A" or "B" by the Agent's appropriate risk committee.

- With respect to guaranteed investment contracts and funding agreements, investments and reinvestments shall be limited to obligations issued by insurance companies with a minimum rating of 'A' by A.M. Best & Company

### Maturity/Liquidity

- A maximum of 60% of the Open Cash Collateral fund may be invested in securities which have a maturity (as herein defined) exceeding 97 days.

- A minimum of 20% of the Open Cash Collateral fund should be available each business day. This may be satisfied by maturities (as herein defined), or demand features.

- The rate sensitivity or weighted average life (as herein defined) of the Open Cash Collateral fund will be limited to 60 days.

- Floating rate instruments and variable rate instruments must have interest rates that may be reset at least every 97 days.

- The maturity of floating rate and variable instruments may not exceed 60 months from the date of purchase, subject to a limit of 15% of these instruments within the Open Cash Collateral fund exceeding 36 months from the date of purchase.

- All other securities must have a maturity date or demand feature not exceeding 18 months from the date of purchase.

- For purposes of this Collateral Schedule, the "maturity" of a security or instrument shall be defined as the date when final payment is due, with these exceptions: (a) instruments issued or guaranteed by the U.S. Government or any agency or instrumentality thereof which have a variable rate of interest shall be deemed to have a maturity equal to the period remaining until the next readjustment of the interest rate, (b) variable rate instruments (other than those described in (a) above) shall be deemed to have a maturity equal to the longer of the period of time remaining until either, (i) the next readjustment of the interest rate or (ii) the principal amount can be recovered through demand or maturity, (c) floating rate instruments which incorporate a demand feature shall be deemed to have a maturity equal to the period of time remaining until the principal amount can be recovered through demand, (d) a repurchase agreement shall be deemed to have a maturity equal to the period of time remaining until the date on which the repurchase is scheduled to occur, or, if no date is specified but the agreement is subject to demand, the notice period applicable to a demand for the repurchase of the securities, (e) asset-backed securities, including mortgage-backed securities, shall be deemed to have a maturity equal to such security's weighted average life (i.e. the average time to receipt of expected cash flows on the security), and (f) the maturity of a pooled investment fund shall be the number of days required to liquidate an investment in the fund.

**Confidential Pursuant to Protective
Order in Fed. Civil Action No. 08 CV 6029**

4

- For purposes of this Collateral Schedule, the "rate sensitivity" or "weighted average life" of a security or instrument shall mean (a), in the case of a fixed rate security or instrument (i) the date on which final payment is due or (ii) the principal amount can be recovered through demand (if applicable) or (b) in the case of a floating or variable rate security or instrument, the shorter of the period of time remaining until either (i) the next readjustment of the interest rate or (ii) the principal amount can be recovered through demand (if applicable).

## Diversification

- Subject to the following exceptions, a maximum of 5% of the Collateral Section may be invested in securities or instruments of any one issuer or obligor. In the case of obligations having a demand right against a secondary obligor such as a guarantor or issuer of a letter of credit backing the obligations, the total of all obligations within the Collateral Section having a single secondary obligor, when aggregated with any obligations within the Collateral Section in which such obligor is the primary issuer or obligor, may not exceed 10% of the Collateral Section. Exceptions are as follows:

   - 100% of the cash Collateral may be invested in obligations issued or guaranteed by the U.S. Government or its agencies/instrumentalities, or repurchase agreements.

- A maximum of 25% of the Collateral Section may be invested in repurchase agreements with one counterparty except that a maximum of 10% of the Collateral Section may be invested with any one counterparty in repurchase agreements Collateralized by securities other than U.S. Government or U.S. Government agencies.

- Except for the banking industry, a maximum of 25% of the Collateral Section may be invested in obligations of issuers having their principal business in the same industry. For such purposes, personal and business finance companies are considered to be in separate industries. Finance companies, which are wholly-owned, will be considered to be in the industries of their parents if their activities are primarily related to financing the operations of their parents. Asset-backed securities may be considered in separate industries approved by Agent's appropriate credit committee based upon the underlying collateral and/or structure.

- A maximum percentage of the Collateral Section which may be exposed to the risks of any one foreign country, and individual country limits shall be established from time to time.

## Cash Collateral Invested Separately (Term Cash Collateral)

Cash Collateral may be invested separately in connection with "Term Loans", which are loans Collateralized by cash where the agreed date of maturity of the loan or the date of renegotiation of the rebate rate for the loan is greater than one business day. Investments of Term Loan cash Collateral are not a part of any cash Collateral fund but are held as separate assets of the Collateral Section. A Term Loan investment must be selected so that its rate sensitivity matches closely with the agreed date of maturity, rebate reset or renegotiation of the underlying Term Loan. Income earned from Term Cash Collateral loans will be directly tied to the investment to which they are matched.

Cash Collateral invested separately will meet all investment guidelines specified above for the Open Cash Collateral Fund, with these exceptions: (a) greater than 60% of such Collateral may be invested in securities which have a maturity exceeding 3 months, (b) less than 20% of such Collateral may be available each business day, and (c) the rate sensitivity of such Collateral may exceed 60 days.

**Confidential Pursuant to Protective
Order in Fed. Civil Action No. 08 CV 6029**

5

*Non-Cash Collateral*

A pool of Non-Cash Collateral will be held for Core U.S.A. Participating Lenders that will be managed under the following guidelines:

### Eligible Instruments

- Obligations issued or guaranteed by the U.S. Government, or its agencies or instrumentalities.

- Irrevocable letters of credit issued by banks approved by Agent's appropriate credit committee.

### Credit Quality

- All letter of credit issuers will be subject to the same credit quality guidelines as issuers of short-term investment securities.

### Diversification

- Obligations issued or guaranteed by the U.S. Government, or its agencies and instrumentalities may be accepted without limit.

- Irrevocable letters of credit are subject to the same issuer and country limits as cash Collateral investments.

*Operation of the Collateral Section*

### I. Income

Income earned from the investment of cash Collateral, net of (i) expenses, including but not limited to, transaction accounting and reporting expenses, auditing fees, brokerage fees and other commissions, and any miscellaneous expenses, (ii) any applicable withholding of tax, (iii) loan rebate fees paid or accrued to the borrowers, and (iv) any adjustments to provide for regular returns, together with loan fees for loans Collateralized by non-cash Collateral, are distributed to Participating Lenders of the Section on a monthly basis.

On a monthly basis, a portion of the income earned by a Participating Lender on a loan with the cash Collateral fund on any business day may be withheld by Agent and transferred to income earned on a different loan within the fund for that Lender on any other business day if on that day one or more rebates due or accrued to borrowers with respect to one or more loans should exceed the income earned from the cash Collateral supporting those loans. If, despite such transfers, during any month total rebates payable exceed total revenues with respect to any loan or loans of a Participating Lender, the net shortfall shall be charged against positive undistributed earnings from other loans of the same Lender to the extent thereof, and any remaining shortfall shall be allocated between the Participating Lender and the Agent in the same proportions as positive securities lending revenues. Any amounts thereby payable by the Participating Lender shall be the personal obligation of that Lender and shall be due and payable upon the Lender's receipt of Agent's invoice for such amounts. Agent may withhold (and each Participating Lender is deemed to grant to Agent a lien upon) future loan revenues, and any other property of the Participating Lender then or thereafter in the possession of Agent, to secure the payment of such obligation. Notwithstanding the foregoing, however, all other Collateral losses shall not be

6

**Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029**

shared between a Participating Lender and the Agent to any extent but shall be allocated as provided in the Agreement or this Collateral Schedule.

Incidental expenses, (e.g., negative float due to payment advances) incurred in the administration of the section are recovered against incidental receipts, (e.g., positive float from pending balances) similarly arising and any remaining balance is added to the lending revenues for the benefit of all participating lenders. Net realized short-term capital gains or losses (if any) will be distributed at least annually.

## II.  Net Asset Value

The cash Collateral funds will value investments at acquisition cost as adjusted for amortization of premium or accretion of discount in order to maintain a net asset value of $1.00 per unit. In the case of "term loans", a new Participating Lender may be substituted during the term of the loan for another Participating Lender. If that happens, the new lender will participate in the existing Collateral investment, which is recorded at amortized cost.

The cash Collateral funds intend to maintain a constant net asset value within minimum tolerances established by Agent's senior management. There is no guarantee, however, that the cash Collateral funds will be able to attain that objective. The funds are not registered under the Investment Company Act of 1940 as money market funds, are not subject to regulation by the Securities and Exchange Commission and do not comply with federal regulations governing registered money market mutual funds.

Periodically or as needed the net asset value of a fund determined under the amortized cost method will be compared with the current market value of the fund. In the event that the current market value of the fund should fall below the permitted range of value on any business day for any reason, Agent may, at its option, without prior notice to any Participating Lender, (1) reduce or fail to declare a dividend for one or more business days, (2) borrow money from any source (including Agent individually) at market rates (except that loans by Agent shall not bear interest unless permitted by applicable law) at the expense of the fund in order to meet liquidity needs of the fund or (3) take other reasonable steps to meet its obligations to borrowers. In addition, should any Collateral Deficiency (as that term is used in the Agreement) occur within a fund, Agent may transfer the deficient assets to a sub-fund for the benefit of the Participating Lenders of the Collateral Section with loans then outstanding (in the proportions specified in the Agreement), each of whom shall then be obligated to repay to the fund, upon the demand of Agent therefor, such Lender's pro rata share of the total value that the deficient assets would have contributed to the fund had the Deficiency not occurred (and shall be deemed to grant to Agent a lien upon any property of or due such Lender then or thereafter in the possession of Agent to secure the payment of such obligation). In no event shall Agent be personally liable to restore any loss within a cash Collateral fund, unless the loss was directly caused by the negligence or intentional misconduct of Agent.

## III.  Trading Policy

Although the cash Collateral funds will generally not engage in short-term trading, the fund may dispose of any portfolio security prior to its maturity if, on the basis of a revised credit evaluation of the issuer or other considerations, Agent believes such disposition is advisable. Subsequent to its purchase, a portfolio security or issuer thereof may be assigned a lower rating or cease to be rated. Such an event would not necessarily require the disposition of the security, if the

**Confidential Pursuant to Protective
Order in Fed. Civil Action No. 08 CV 6029**

7

continued holding of the security is determined to be in the best interest of the fund and the Participating Lenders of the Collateral Section.

## IV. Effecting Changes

Agent shall effect Lender's initial selection of a Collateral Section, and any subsequent election by Lender to convert from one Collateral Section to another, as promptly as possible after Agent's receipt of a properly executed Collateral Section Option Form, giving due regard to operational requirements and the best interests of the fund as a whole. Lender may change the designation of a particular Collateral Section for an account no more than two times in any calendar year by completing and signing a new Collateral Section Option Form and returning it to Agent.

Agent reserves the right to add additional Collateral Sections (with corresponding Collateral Schedules), to divide or discontinue existing Collateral Sections to limit participation in any Collateral Sections or to change any of the essential characteristics of any Collateral Section; provided, however, that each Participating Lender shall be given at least 30 days' advance written notice of any material change in the Collateral Sections. Agent may also at its discretion provide unique options for separate investment of cash Collateral to particular Participating Lenders, who will participate in the loan allocation system but may not participate in any Collateral Section.

**Confidential Pursuant to Protective
Order in Fed. Civil Action No. 08 CV 6029**

8

# NTGI Collective Short Term Extendable Portfolio

## Fund Declaration

Northern Trust Investments, N.A., as Trustee under the Northern Trust Global Investments Collective Funds Trust (the "Declaration of Trust), hereby adopts this Fund Declaration with respect to the NTGI Collective Short Term Extendable Portfolio(the "Fund"). Unless otherwise indicated, all capitalized terms used herein shall have the meaning given to them in the Declaration of Trust.

The Trustee declares that it shall hold and administer all property that may be transferred to or received by it from time to time as Trustee of the Fund in accordance with the terms and conditions of the Declaration of Trust, which is incorporated herein by this reference, subject to this Fund Declaration.

1. <u>The Fund</u>.  The Fund is designed for investors who seek higher returns than money market funds typically offer and who are willing to accept a variable unit value in order to achieve that objective. The Fund is not an appropriate investment for those whose primary objective is absolute stability of principal. It is recommended that investors have a minimum time horizon of 1 year.

2. <u>Investment Objective</u>. The Fund is an ultra short duration total return fund that attempts to outperform high grade, short term money market instruments.

3. <u>Authorized Investments</u>. In order to achieve the foregoing objective, the Trustee may invest and reinvest the assets of the Fund in the following investments:

a.) Obligations issued or guaranteed by the U.S. Government, its agencies or instrumentalities and custodial receipts with respect thereto.

b.) Obligations of domestic or foreign commercial banks, including The Northern Trust Company, (or branches thereof where deposits with branches are general obligations of the parent bank) and bank holding companies, including, but not limited to, commercial paper, bankers' acceptances, certificates of deposit, time deposits, notes and bonds.

c.) Obligations of domestic or foreign corporations, including, but not limited to, commercial paper, notes, bonds and debentures.

d.) Obligations issued or guaranteed by foreign governments or political subdivisions thereof, and their agencies or instrumentalities.

e.) Mortgage and other asset backed securities, including but not limited to collateralized mortgage and debt obligations.

f.) Repurchase agreements with counterparties collateralized fully by investments described in paragraph A-E above which have a market value, including accrued interest, of at least 102% of the amount invested in the repurchase agreement.

g.) Futures, forwards, option contracts, whether traded on commodities or options exchanges or in over-the-counter markets, interest rate swaps, currency swaps, index swaps, credit default swaps, swaptions, floors and caps may be used to extend or contract duration or otherwise alter exposure to market, interest rate index, currency and other risks, and to enhance the total return of the Fund.

h.) In the case of any investment under A through G above:

(1) All investments shall be denominated or synthetically denominated in U.S. dollars;

(2)Investments may include variable and floating rate instruments.

861NTGI-QM Collective Short Term Extendable Portfolio - FINAL DRAFT
11/23/2006 3:13 PM

**Defendant's P. I. EX. 176**    Page 1 of 3

i.) Units of commingled funds composed of any of the above referenced instruments, including collective funds of the Trustee and any of its affiliates and such other securities as the trustee deems to be in the best interests of participants.

Northern Trust Investments. N.A., Trustee of the Fund, has claimed exclusion from the definition of the term "commodity pool operator" under the Commodity Exchange Act (the "Act") and, therefore, is not subject to registration or regulation as a pool operator under the Act.

4. Maturity. The Fund will seek to maintain a dollar weighted average maturity (as defined below) of not more than 150 days. The Fund has no final maturity restriction on individual securities.

a.) For purposes of determining the maturity of each eligible investment (a) instruments which have an adjustable rate of interest shall be deemed to have a maturity equal to the shorter of the period of time remaining until (i) the next re-adjustment of the interest rate or (ii) the principal amount can be recovered through demand or optional put( if applicable), and (b) a repurchase agreement shall be deemed to have a maturity equal to the period of time remaining until the date on which the repurchase is scheduled to occur, or, if no date is specified but the agreement is subject to demand, the notice period applicable to a demand for the repurchase of the securities.

b.) Fixed rate mortgage and other asset backed securities will be deemed to have a maturity equal to such security's weighted average life at the time of purchase which thereafter may be affected by prepayments on the underlying instruments.

5. Credit Quality.

a.) With respect to commercial paper and other short-term obligations, investments and reinvestments shall be limited to obligations rated(or issued by an issuer that has been rated) at the time of purchase in

the two highest rating categories (within which there may be sub-categories or gradations indicating relative standing) by at least one of the nationally recognized statistical rating organizations("NRSROs") that have assigned a rating to such security(or issuer), provided however, that a maximum of 15% of the value of the total assets of the Fund may be invested in commercial paper and other short-term obligations which are rated (or issued by an issuer that has been rated) at the time of. purchase in the second highest rating category by at least one of the NRSROs which rate the security (or issuer).

b.) With respect to bonds and other long-term obligations, investment and reinvestment shall be limited to obligations rated at the time of purchase of investment grade or higher (within which there may be sub-categories or gradations indicating relative standing) by at least one of the NRSROs that have assigned a rating to such security; provided, however, that at the time of purchase a maximum of 15% of the total assets of the Fund may be invested in long term obligations rated at the time of purchase in the lowest investment grade rating category by at least one of the NRSROs which rates the security or issuer.

c.) Any unrated investments will be, in the judgment of the Trustee, of equal or superior credit quality to eligible rated investments.

6. Diversification.

a.) Except for obligations issued or guaranteed by the U.S. government, its agencies or instrumentalities and repurchase agreements, a maximum of 10% of the value of the total assets of the Fund may be invested in securities of any one issuer.

b.) A maximum of 25% of the value of the total assets of the Fund may be invested in repurchase agreement with one counterparty.

Compliance with the diversification requirements of this section shall be determined on the basis of values immediately after the acquisition of any security.

7. <u>Valuation</u>. The Fund will be operated on a market value basis for purposes of admissions and withdrawals, and the investments of the Fund shall be marked to market daily. It is anticipated that the unit value of the Fund will fluctuate. The unit value of the Fund shall be calculated on a same day basis and, in the event that any portion of the Fund is invested in the Collective Short Term Investment Fund of Trustee or its affiliate., calculation of the return on STIF shall be based on an estimate of that day's STIF return equal to the STIF return of the previous day. The unit value of the Fund on the following day shall be adjusted to reflect any variance between estimated and actual STIF return for the previous day, except that, if the trustee determines that such variance was equal to or greater than 5% of the actual STIF return for the previous day, the adjustment will be reflected in the prior day's Fund unit value and accounts of participants which were admitted to or which withdrew from the Fund on the prior day will be adjusted on the basis of the revised unit value for that date. The Fund shall be valued at each of the following times: (a) on each day that trading occurs on the New York Stock Exchange and (b) at such other times as the Trustee deems appropriate (each such day being referred to as a "Valuation Date"). Such valuations will be prepared in accordance with trade date accounting procedures and will include accrued earnings through the Valuation Date.

8. <u>Treatment of Income</u>. Income will be retained in the Fund and will be treated as an increase in the value of a unit in the Fund. Realized profits or losses of the Fund will not be distributed to Participating Trusts but will instead be reflected as an increase/decrease in the value of a unit.

9. <u>Notification Deadlines</u>. Orders for admissions and withdrawals must be received by 3:00 P.M. CT on the Valuation Date. The Trustee reserves the right to change any of its admission and withdrawal procedures.

The information set forth in this Fund Declaration is intended solely for the benefit of the plan sponsor (the "Sponsor") and other appropriate fiduciaries of an eligible employee benefit plan for purposes of determining whether or not any such plan should become a Participating Trust with respect to the Fund. Accordingly, this Fund Declaration does not contain a complete description of the risks associated with the investments described herein and is not intended to constitute investment advice for participants in any such employee benefit plan. All determinations regarding the scope and content of any materials or other information which may be distributed to such participants are solely the responsibility of the Sponsor acting in its fiduciary capacity.

Investments in the Fund are not deposits or obligations of, or guaranteed by, Northern Trust Investments, N.A. or any of its affiliates and are not insured by the Federal Deposit Insurance Corporation or any other agency of the U.S. Government. Investment in the Fund involves the possible loss of principal.

Date: January 31, 2006

NORTHERN TRUST INVESTMENTS, N.A.

BY:

*John L. Krieg*

NAME: John Krieg

TITLE: Senior Vice President

# NTGI Collective Short Term Investment Fund

## Fund Declaration

Northern Trust Investments, N.A., as Trustee under the Northern Trust Global Investments Collective Funds Trust (the "Declaration of Trust), hereby adopts this Fund Declaration with respect to the NTGI Collective Short Term Investment Fund (the "Fund"). Unless otherwise indicated, all capitalized terms used herein shall have the meaning given to them in the Declaration of Trust.

The Trustee declares that it shall hold and administer all property that may be transferred to or received by it from time to time as Trustee of the Fund in accordance with the terms and conditions of the Declaration of Trust, which is incorporated herein by this reference, subject to this Fund Declaration.

1. **The Fund:** The Fund is maintained as a short term investment fund, the assets of which are valued on a cost, rather than market value basis for purposes of admissions and withdrawals. The Fund is composed of high-grade money market instruments with short maturities.

2. **Investment Objective:** The investment objective of the Fund is to maximize current income to the extent consistent with the preservation of capital and maintenance of liquidity.

3. **Authorized Investments:** In order to achieve the foregoing objective, the Trustee may invest and reinvest the assets of the Fund in the following investments:

   a.) Obligations issued or guaranteed by the U.S. Government, its agencies or instrumentalities and custodial receipts with respect thereto.

   b.) Shares of approved money market portfolios of regulated investment companies that determine net asset values based on Rule 2a-7 under the Investment Company Act of 1940.

   c.) Obligations of domestic or foreign commercial banks, including The Northern Trust Company ("Northern") (or branches thereof where deposits with branches are general obligations of the parent bank) and bank holding companies, including, but not limited to, commercial paper, bankers' acceptances, certificates of deposit, time deposits, notes and bonds.

   d.) Obligations of domestic or foreign corporations, including, but not limited to, commercial paper, notes, bonds and debentures.

   e.) Obligations issued or guaranteed by foreign governments or political subdivisions thereof, and their agencies or instrumentalities.

   f.) Mortgage and other asset backed securities, including, but not limited to, collateralized mortgage and debt obligations.

   g.) Repurchase agreements collateralized fully by investments described in paragraph (a) – (f) above, which have a market value, including accrued interest, of at least 102% of the amount invested in the repurchase agreement.

   h.)     Guaranteed investment contracts issued by insurance companies rated A by A.M. Best & Company.

   i.) In the case of any investment under a. through h. above:

   (1) All investments shall be denominated or synthetically denominated in U.S. dollars;

   (2) Investments may include variable and floating rate instruments

4. **Maturity:** The Fund shall maintain a dollar-weighted average portfolio maturity of 90 days or less (as defined below). Maximum

Defendant's
P. I. EX. 177

Page 1 of 3

final maturity for all investments shall be limited to 18 months. Each asset of the Fund shall be held until maturity under normal circumstances.

a.) For purposes of determining the maturity of each eligible investment, (a) instruments which have an adjustable rate of interest shall be deemed to have a maturity equal to the period remaining until (i) the next readjustment of the interest rate or (ii) the principal amount can be recovered through demand or optional put (if applicable), and (b) a repurchase agreement shall be deemed to have a maturity equal to the period of time remaining until the date on which the repurchase is scheduled to occur, or, if no date is specified but the agreement is subject to demand, the notice period applicable to a demand for the repurchase of the securities.

b.) Fixed rate mortgage and other asset backed securities will be deemed to have a final maturity equal to such security's weighted average life at the time of purchase which thereafter may be affected by prepayments on the underlying instruments.

5. **Credit Quality:**

a.) With respect to commercial paper and other short-term obligations, investments and reinvestments shall be limited to obligations rated (or issued by an issuer that has been rated) at the time of purchase in the two highest rating categories (within which there may be sub-categories or gradations indicating relative standing) by the nationally recognized statistical rating organizations ("NRSROs") provided however, that a maximum of 15% of the value of the total assets of the Fund may be invested in commercial paper and other short-term obligations which are rated (or issued by an issuer that has been rated) at the time of purchase only in the second highest rating category by two or more NRSROs which rate the security (or issuer).

b.) With respect to bonds and other long-term obligations, investment and reinvestment shall be limited to obligations rated at the time of purchase in one of the three highest rating categories (within which

there may be sub-categories or gradations indicating relative standing) by the NRSROs which rate the security (or issuer).

c.) Any unrated investments will be, in the judgment of the Trustee, of equal or superior credit quality to eligible rated investments.

6. **Diversification:**

a.) Except for obligations issued or guaranteed by the U.S. government, its agencies or instrumentalities and repurchase agreements, a maximum of 5% of the value of the total assets of the Fund may be invested in securities of any one issuer.

b.) A maximum of 25% of the value of the total assets of the Fund may be invested in repurchase agreements with one counterparty.

c.) Except for the banking industry, a maximum of 25% of the value of the total assets of the Fund may be invested in obligations of issuers having their principal business in the same industry. For such purposes, personal and business finance companies are considered to be in separate industries. Finance companies which are wholly-owned will be considered to be in the industries of their parents if their activities are primarily related to financing the operations of their parents. Asset backed securities may be considered to be in different industries.

d.) Compliance with the diversification requirements of these guidelines shall be determined on the basis of values immediately after the acquisition of any security.

7. **Valuation:** The Fund shall be valued at each of the following times: (a) on each day that the relevant bond market and/or the Federal Reserve are open (b) at such other times as the Trustee deems appropriate (each such day being referred to as a "Valuation Date"). The principal value of the Fund shall be equal to the cost of all securities then held in the Fund, plus the amount of any un-invested principal cash or less the amount of any principal overdraft as the case may be. An investment purchased, the purchase price of

which shall not have been paid, shall be included for valuation purposes as a security held, and the cash account shall be adjusted by the deduction of the net purchase price. An investment sold but not delivered pending receipt of the proceeds shall be valued at the net sale price. The difference between cost and anticipated principal receipt on maturity must be accrued on a straight-line basis. The computations described shall be completed no later than the close of business on the first business day after the day as of which such computations are being made.

8. **Treatment of Income:** The net income shall be determined as of each day whether or not a Valuation Date. The computations shall be completed no later than the close of business on the first business day after the day as of which such computations are being made. The net income shall be allocated daily among the units into which the Fund is divided and shall be distributed as of the last calendar day of each month except that the actual distribution may be made within a reasonable period not to exceed five business days following such date.

9. **Notification of Deadlines:** Admission requests received in good order and accepted by the Trustee by 3:00 P.M. Central time on any Valuation Date shall be executed on the same day they are received at that day's unit value provided that payment in federal or other immediately available funds is received by close of business on the Valuation Date. Withdrawal requests received in good order and accepted by the Trustee by 3:00 P.M. Central time on any Valuation Date shall be executed on the same day they are received at that day's unit value. Payment shall be made on the Valuation Date. Income is earned through and including the day prior to the day of withdrawal. The Trustee requests that an institution give advance notice by 11:00 A.M. Central time if it intends to deposit or withdraw funds of $5 Million or more on a Valuation Date. The Trustee reserves the right to reject any admission or withdrawal requests. The Trustee reserves the right to change any of its admission or withdrawal procedures. The Trustee may implement alternative admission and withdrawal

procedures with respect to cash that is swept into the Fund.

The information set forth in this Fund Declaration is intended solely for the benefit of the plan sponsor (the "Sponsor") and other appropriate fiduciaries of an eligible employee benefit plan for purposes of determining whether or not any such plan should become a Participating Trust with respect to the Fund. Accordingly, this Fund Declaration does not contain a complete description of the risks associated with the investments described herein and is not intended to constitute investment advice for participants in any such employee benefit plan. All determinations regarding the scope and content of any materials or other information which may be distributed to such participants are solely the responsibility of the Sponsor acting in its fiduciary capacity.

Investments in the Fund are not deposits or obligations of, or guaranteed by, Northern Trust Investments, N.A. or any of its affiliates and are not insured by the Federal Deposit Insurance Corporation or any other agency of the U.S. Government. Investment in the Fund involves the possible loss of principal.

<u>Date: May 31, 2007</u>

<u>NORTHERN TRUST INVESTMENTS, N.A.</u>

<u>BY:</u>

*John L. Krieg*

NAME: John Krieg

TITLE: Senior Vice President

NTGI Fund Returns and Sec lending Collateral Pool Returns

NTGI Fund Returns and Sec lending Collateral Pool Returns