**7**

# NTGI Collective Short Term Extendable Portfolio

## Fund Declaration

Northern Trust Investments, N.A., as Trustee under the Northern Trust Global Investments Collective Funds Trust (the "Declaration of Trust), hereby adopts this Fund Declaration with respect to the NTGI Collective Short Term Extendable Portfolio(the "Fund"). Unless otherwise indicated, all capitalized terms used herein shall have the meaning given to them in the Declaration of Trust.

The Trustee declares that it shall hold and administer all property that may be transferred to or received by it from time to time as Trustee of the Fund in accordance with the terms and conditions of the Declaration of Trust, which is incorporated herein by this reference, subject to this Fund Declaration.

1. **The Fund**. The Fund is designed for investors who seek higher returns than money market funds typically offer and who are willing to accept a variable unit value in order to achieve that objective. The Fund is not an appropriate investment for those whose primary objective is absolute stability of principal. It is recommended that investors have a minimum time horizon of 1 year.

2. **Investment Objective**. The Fund is an ultra short duration total return fund that attempts to outperform high grade, short term money market instruments.

3. **Authorized Investments**. In order to achieve the foregoing objective, the Trustee may invest and reinvest the assets of the Fund in the following investments:

    a.) Obligations issued or guaranteed by the U.S. Government, its agencies or instrumentalities and custodial receipts with respect thereto.

    b.) Obligations of domestic or foreign commercial banks, including The Northern Trust Company, (or branches thereof where deposits with branches are general obligations of the parent bank) and bank holding companies, including, but not limited to, commercial paper, bankers' acceptances, certificates of deposit, time deposits, notes and bonds.

    c.) Obligations of domestic or foreign corporations, including, but not limited to, commercial paper, notes, bonds and debentures.

    d.) Obligations issued or guaranteed by foreign governments or political subdivisions thereof, and their agencies or instrumentalities.

    e.) Mortgage and other asset backed securities, including but not limited to collateralized mortgage and debt obligations.

    f.) Repurchase agreements with counterparties collateralized fully by investments described in paragraph A-E above which have a market value, including accrued interest, of at least 102% of the amount invested in the repurchase agreement.

    g.) Futures, forwards, option contracts, whether traded on commodities or options exchanges or in over-the-counter markets, interest rate swaps, currency swaps, index swaps, credit default swaps, swaptions, floors and caps may be used to extend or contract duration or otherwise alter exposure to market, interest rate index, currency and other risks, and to enhance the total return of the Fund.

    h.) In the case of any investment under A through G above:

    (1) All investments shall be denominated or synthetically denominated in U.S. dollars;

    (2) Investments may include variable and floating rate instruments.

i.) Units of commingled funds composed of any of the above referenced instruments, including collective funds of the Trustee and any of its affiliates and such other securities as the trustee deems to be in the best interests of participants.

Northern Trust Investments. N.A., Trustee of the Fund, has claimed exclusion from the definition of the term "commodity pool operator" under the Commodity Exchange Act (the "Act") and, therefore, is not subject to registration or regulation as a pool operator under the Act.

4. Maturity. The Fund will seek to maintain a dollar weighted average maturity (as defined below) of not more than 150 days. The Fund has no final maturity restriction on individual securities.

   a.) For purposes of determining the maturity of each eligible investment (a) instruments which have an adjustable rate of interest shall be deemed to have a maturity equal to the shorter of the period of time remaining until (i) the next re-adjustment of the interest rate or (ii) the principal amount can be recovered through demand or optional put( if applicable), and (b) a repurchase agreement shall be deemed to have a maturity equal to the period of time remaining until the date on which the repurchase is scheduled to occur, or, if no date is specified but the agreement is subject to demand, the notice period applicable to a demand for the repurchase of the securities.

   b.) Fixed rate mortgage and other asset backed securities will be deemed to have a maturity equal to such security's weighted average life at the time of purchase which thereafter may be affected by prepayments on the underlying instruments.

5. Credit Quality.

   a.) With respect to commercial paper and other short-term obligations, investments and reinvestments shall be limited to obligations rated(or issued by an issuer that has been rated) at the time of purchase in the two highest rating categories (within which there may be sub-categories or gradations indicating relative standing) by at least one of the nationally recognized statistical rating organizations("NRSROs") that have assigned a rating to such security(or issuer), provided however, that a maximum of 15% of the value of the total assets of the Fund may be invested in commercial paper and other short-term obligations which are rated (or issued by an issuer that has been rated) at the time of purchase in the second highest rating category by at least one of the NRSROs which rate the security (or issuer).

   b.) With respect to bonds and other long-term obligations, investment and reinvestment shall be limited to obligations rated at the time of purchase of investment grade or higher (within which there may be sub-categories or gradations indicating relative standing) by at least one of the NRSROs that have assigned a rating to such security; provided, however, that at the time of purchase a maximum of 15% of the total assets of the Fund may be invested in long term obligations rated at the time of purchase in the lowest investment grade rating category by at least one of the NRSROs which rates the security or issuer.

   c.) Any unrated investments will be, in the judgment of the Trustee, of equal or superior credit quality to eligible rated investments.

6. Diversification.

   a.) Except for obligations issued or guaranteed by the U.S. government, its agencies or instrumentalities and repurchase agreements, a maximum of 10% of the value of the total assets of the Fund may be invested in securities of any one issuer.

   b.) A maximum of 25% of the value of the total assets of the Fund may be invested in repurchase agreement with one counterparty.

   Compliance with the diversification requirements of this section shall be determined on the basis of values immediately after the acquisition of any security.

7. <u>Valuation</u>. The Fund will be operated on a market value basis for purposes of admissions and withdrawals, and the investments of the Fund shall be marked to market daily. It is anticipated that the unit value of the Fund will fluctuate. The unit value of the Fund shall be calculated on a same day basis and, in the event that any portion of the Fund is invested in the Collective Short Term Investment Fund of Trustee or its affiliate., calculation of the return on STIF shall be based on an estimate of that day's STIF return equal to the STIF return of the previous day. The unit value of the Fund on the following day shall be adjusted to reflect any variance between estimated and actual STIF return for the previous day, except that, if the trustee determines that such variance was equal to or greater than 5% of the actual STIF return for the previous day, the adjustment will be reflected in the prior day's Fund unit value and accounts of participants which were admitted to or which withdrew from the Fund on the prior day will be adjusted on the basis of the revised unit value for that date. The Fund shall be valued at each of the following times: (a) on each day that trading occurs on the New York Stock Exchange and (b) at such other times as the Trustee deems appropriate (each such day being referred to as a "Valuation Date"). Such valuations will be prepared in accordance with trade date accounting procedures and will include accrued earnings through the Valuation Date.

8. <u>Treatment of Income</u>. Income will be retained in the Fund and will be treated as an increase in the value of a unit in the Fund. Realized profits or losses of the Fund will not be distributed to Participating Trusts but will instead be reflected as an increase/decrease in the value of a unit.

9. <u>Notification Deadlines</u>. Orders for admissions and withdrawals must be received by 3:00 P.M. CT on the Valuation Date. The Trustee reserves the right to change any of its admission and withdrawal procedures.

The information set forth in this Fund Declaration is intended solely for the benefit of the plan sponsor (the "Sponsor") and other appropriate fiduciaries of an eligible employee benefit plan for purposes of determining whether or not any such plan should become a Participating Trust with respect to the Fund. Accordingly, this Fund Declaration does not contain a complete description of the risks associated with the investments described herein and is not intended to constitute investment advice for participants in any such employee benefit plan. All determinations regarding the scope and content of any materials or other information which may be distributed to such participants are solely the responsibility of the Sponsor acting in its fiduciary capacity.

Investments in the Fund are not deposits or obligations of, or guaranteed by, Northern Trust Investments, N.A. or any of its affiliates and are not insured by the Federal Deposit Insurance Corporation or any other agency of the U.S. Government. Investment in the Fund involves the possible loss of principal.

Date: January 31, 2006

NORTHERN TRUST INVESTMENTS, N.A.

BY:

*/s/ John L. Krieg*

NAME: John Krieg

TITLE: Senior Vice President