**8**

# Securities Lending Collateral Pool Update





© 2008 Northern Trust Corporation



# STEP Commentary as of 8/31/08

- STEP's total August monthly return was 0.43% (net of fees). STEP outperformed the overnight Fed funds effective rate (2.00%) by 312 bps during the month. STEP assets total $11.4 billion as of August 31st, which is a 10% decline from July month-end and the result of securities lending volume declines. The outflows were funded from existing liquidity and no assets were sold.

- The Lehman USD floating rate note (FRN) index widened 11 bps during August, and the ABS Floating Rate index was 57 bps weaker for the same period. The average spread versus the relevant benchmark index is currently 196 bps for corporate FRNs and 367 bps for ABS floaters. Despite further deterioration in the credit markets during August, security specific improvement outweighed broad-based price declines for most holdings in STEP. The finance sector holdings increased the fund yield by 169 bps on an annualized basis, due to price appreciation in CIT, Capmark, and iStar Financial. While the majority of ABS prices were lower, the sector added 71 bps of annualized, monthly return as prices for the securities issued from the Countrywide Home Equity Loan shelf reversed some of July's declines.

- Current pricing on all securities in STEP is consistent with markets under extreme duress, and the securities noted above experienced the most significant moves during August. The economic landscape weakened further in August, and sellers of fixed income securities continue to outnumber buyers. Therefore limited trading occurs and sometimes pricing may be below theoretical liquidation values. While recognizing the unprecedented deterioration in the financial markets, we remain comfortable with our exposure to various issuers in the mortgage business, as well as our holdings securitized by mortgage loans, and our non captive finance, banking and broker positions. At this time, all of the securities held in STEP are expected to mature at par. As a considerable portion of our holdings mature over the next 16 months, we expect to recoup some of the unrealized losses suffered during the past year, and the STEP spread to LIBOR should well exceed the 20 bps benchmark on average during this period. That said, sector specific volatility will continue, as will the volatility in STEP returns.



Northern Trust

Quantitative Management





**STEP Commentary as of 8/31/08**

### CIT
CIT was the single largest contributor to STEP performance in August, adding 82 bps of annualized yield. On August 13th, Moody's confirmed the Baa1 long-term ratings of CIT Group and affirmed its Prime-2 short-term rating. The outlook for the ratings is negative. In confirming the Baa1 ratings, Moody's noted that CIT has made important strides in improving its operating flexibility and building liquidity. In July 2008, CIT sold its underperforming home lending business for total proceeds of $1.8 billion. The sale should allow CIT management to focus on the core commercial finance business and positions the firm well to generate capital in future periods. The inability to access the broader capital markets, should it continue to persist, would undermine CIT's recent capital and liquidity-building efforts. STEP holds three unsecured notes issued by CIT totaling $395 million in par value and maturing on 12/19/08 ($133mm), 6/8/09 ($132mm), and 3/12/2010 ($130mm).

### Capmark Financial Group
As the second largest contributor to performance, Capmark also added 82 bps of annualized return. Credit exposure in Capmark's loan portfolio is entirely in the commercial mortgage sector. Capmark reported 2nd quarter earnings on August 12th, at which time the company stated it has sufficient liquidity to retire a bridge loan next March, as well as available internal liquidity to meet debt payments through 2010. Underlying performance in the Capmark CMBS portfolio appears to be good, as evidenced by less than 100 bps of non-performing assets, and the company's liquidity and capital positions seem strong. Capmark exposure in STEP totals $153mm and matures on May 10, 2010. The security held in STEP contains a change of control put back to the issuer at $101 subject to certain ratings triggers.

### iStar Financial Inc.
iStar Financial Inc. generated the third largest mark-to-market change during August. iStar is a finance company focused on the commercial real estate industry. The company primarily provides custom-tailored financing to high-end private and corporate owners of real estate. The company's two primary lines of business are lending and corporate tenant leasing. While there have been negative headlines surrounding commercial real estate, iStar reported 2nd quarter earnings on July 31st which gave a detailed look at their non-performing loans and liquidity position. iStar does not expect to tap the capital markets in 2008 or 2009 and is forecasting to end 2009 with $2.5 billion in liquidity. Prices moved steadily higher on our bond subsequent to the earnings call. STEP owns $100mm par value of an iStar unsecured note maturing on 3/9/2010.

 Northern Trust

Quantitative Management



## STEP - Summary of Specific Issuers
### as of 8/31/08

| Date | Issuer | Par | Maturity | Moody's | S&P | CUSIP | % |
|---|---|---|---|---|---|---|---|
| 31-Aug-08 | Capmark Financial Group | $153,000,000.00 | 10-May-10 | Baa3 | BBB- | BBB | 140651AD1 | 1.26% |
| 31-Aug-08 | CIT Group Inc | $130,000,000.00 | 12-Mar-10 | Baa1 | A- | 125581CX4 | 1.07% |
| 31-Aug-08 | CIT Group Inc. | $133,000,000.00 | 19-Dec-08 | Baa1 | A- | 125577AV8 | 1.09% |
| 31-Aug-08 | CIT Group Inc. | $132,000,000.00 | 08-Jun-09 | Baa1 | A- | 125577AW6 | 1.09% |
| 31-Aug-08 | Countrywide Home Equity Loan Trust | $4,447,122.81 | 29-Mar-10 | Aa3 | AA | 126673AS1 | 0.04% |
| 31-Aug-08 | Countrywide Home Equity Loan Trust | $24,873,315.67 | 15-Apr-10 | A2 | AA | 126673FH0 | 0.20% |
| 31-Aug-08 | Countrywide Home Equity Loan Trust | $11,232,429.40 | 15-Apr-10 | Aa3 | AA | 126673QR6 | 0.09% |
| 31-Aug-08 | Countrywide Home Equity Loan Trust | $5,255,923.46 | 15-Apr-10 | Baa3 | BB | 126715W2 | 0.04% |
| 31-Aug-08 | Countrywide Home Equity Loan Trust | $61,871,666.18 | 15-Aug-10 | A2 | AA | 23242QAE2 | 0.51% |
| 31-Aug-08 | Countrywide Home Equity Loan Trust | $33,789,867.29 | 15-Dec-10 | Aaa | AAA | 126685AD8 | 0.28% |
| 31-Aug-08 | Countrywide Home Equity Loan Trust | $28,092,629.35 | 12-Apr-14 | A2 | AA | 126685BT2 | 0.23% |
| 31-Aug-08 | iStar Financial Inc | $100,000,000.00 | 09-Mar-10 | Baa3 | BBB- | BBB- | 45031UBE0 | 0.82% |



**Note: This report shows certain assets comprised in STEP as of August 31, 2008. The report has been created using the best data available to us and may contain information provided by third parties, derived by third parties or derived from third party data and/or data that may have been categorized or otherwise reported based upon client direction. Please consider this report as material non-public information proprietary to Northern Trust that must be held in the strictest confidence. The information contained in the report is unaudited (and therefore may not be completely reliable). Portfolio holdings are subject to change at any time without notice. The report is provided for informational purposes only. Northern Trust assumes no responsibility for the accuracy, timeliness or completeness of any such information. This list is not intended as a recommendation, offer or solicitation to buy, hold or sell any of the securities listed.
Disclaimer: The information contained herein has been obtained from sources believed to be reliable, but its accuracy and completeness are not guaranteed. Any person relying on this information shall be solely responsible for the consequences of such reliance. The information is provided for informational purposes only and is based on information and/or events which may change without notice. The information does not constitute a recommendation, offer or solicitation to buy, hold or sell any security or commodity

Northern Trust

Quantitative Management



# Appendix



© 2008 Northern Trust Corporation

# NTGI Collective Short-Term Investment Fund (STIF)
## Performance

### Performance for Periods Ended August 31, 2008



| | 1 Month | Trail Qtr. | YTD | 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|---|---|---|---|
| Short-Term Investment Fund (STIF) (Gross of Fees) | 0.20% | 0.61% | 2.03% | 3.78% | 4.63% | 3.52% | 3.90% |
| ML 91 Day T-Bill | 0.15% | 0.51% | 1.53% | 2.99% | 4.20% | 3.22% | 3.57% |

Performance shown for periods greater than one year is annualized.

| Annual Total Returns | | | As of Year-End (except for current period) | | | | |
|---|---|---|---|---|---|---|---|
| Year | Fund | Index | # of Accounts | Product Assets ($mil) | Firm Assets ($mil) | % of Firm Assets | Standard Deviation |
| 2008YTD | 2.03% | 1.53% | | | | | |
| 2007 | 5.41% | 5.00% | 1 | 35,079.1 | 444,694.6 | 7.9% | n/a |
| 2006 | 5.15% | 4.85% | 1 | 38,480.7 | 443,547.1 | 8.7% | n/a |
| 2005 | 3.29% | 3.07% | 1 | 38,018.3 | 397,133.6 | 8.8% | n/a |
| 2004 | 1.43% | 1.33% | 1 | 35,580.2 | 343,655.0 | 9.7% | n/a |
| 2003 | 1.27% | 1.15% | 1 | 37,453.4 | 325,494.5 | 8.7% | n/a |
| 2002 | 2.07% | 1.80% | 1 | 31,980.8 | 285,539.2 | 11.2% | n/a |
| 2001 | 4.50% | 4.42% | 1 | 29,924.9 | 164,099.0 | 18.2% | n/a |
| 2000 | 6.69% | 6.18% | 1 | 26,578.2 | 162,057.2 | 16.4% | n/a |
| 1999 | 5.41% | 4.83% | 1 | 24,237.7 | 156,338.8 | 15.5% | n/a |
| | | | 1 | 20,369.5 | 142,244.1 | 14.3% | n/a |

Northern Trust Global Investments (NTGI) comprises Northern Trust Investments, N.A. (NTI), Northern Trust Global Investments Limited (NTGIL), Northern Trust Global Investments Japan, K.K.(NTGIJ), the investment adviser division of The Northern Trust Company (TNTC) and Northern Trust Global Advisors, Inc. (NTGA), and its subsidiaries to offer investment products and services to personal and institutional markets. As of 6/30/2008, NTGI had assets under management totaling $751.4 billion.

For purposes of compliance with the Global Investment Performance Standards (GIPS®), we have defined our firm as Northern Trust Global Investments Services (NTGIS, a subset of NTGI) that includes those investment products managed by NTI, NTGIL, NTGIJ, and TNTC that are distributed through global channels.

As of 6/30/2008, Northern Trust Global Investment Services (NTGIS) had assets under management totaling $444.7 billion (preliminary).

NTGIS has prepared and presented this report in compliance with the Global Investment Performance Standards (GIPS®) and has complied with GIPS since 01/01/93. The composite was created in November of 1999. Financial leverage is not employed as a part of the overall investment strategy of this composite. Performance results reflect the reinvestment of dividends and other earnings and are expressed in U.S. dollars. Past performance is no guarantee of future results. A complete list and descriptions of NTGIS's composites and additional information regarding policies for calculating and reporting returns is available upon request. NTGIS has been verified by an independent verifier on an annual basis from 1993 through 2006. A copy of the verification report is available upon request. FOR ONE-ON-ONE USE ONLY.

Effective with the September 2003 quarter reporting period, Collective STIF performance is reported on a gross-of-fee basis for current and historical time periods.

*Weighted average maturity of all holdings with floating rate securities measured to the next interest rate reset.

 Northern Trust

Quantitative Management

# NTGI Collective Short Term Investment Fund (STIF) Lending Characteristics

**Assets**
Market Value ($Mil)    Fund: $35,199,352,509.97

**Maturity Breakdown (%)**

| | Fund |
|---|---|
| 0 - 14 Days | 50.9 |
| 15 - 30 Days | 12.8 |
| 31 - 60 Days | 9.1 |
| 61 - 90 Days | 12.3 |
| 91 - 180 Days | 4.3 |
| 181 - 364 Days | 10.6 |
| | 100.0% |

**Quality Breakdown (%)**

| | Fund |
|---|---|
| A1+ | 90.4 |
| A1 | 7.6 |
| A2 | 1.5 |
| UQ | 0.4 |
| | 100.0% |

**Additional Information**

| | Fund |
|---|---|
| Current Yield | 2.48% |
| Average Maturity | 51 Days |

**Sector Breakdown**

| | Fund |
|---|---|
| Banking Industry | 29.0 |
| Cash & Cash Equivalents | 33.9 |
| Treasury | 6.1 |
| Agency | 11.8 |
| Corporate | 10.3 |
| Mortgage-Backed | 1.9 |
| Asset-Backed | 7.0 |
| | 100.0% |

**Sector Type Distribution (%)**

| | Fund |
|---|---|
| Cash & Cash Equivalents | 4.2 |
| Repurchase Agreements | 19.7 |
| Time Deposit | 10.0 |
| Commercial Paper | 8.1 |
| CD's - Certificate of Deposit | 22.7 |
| Fixed Rate Note/Bond | 20.9 |
| Variable Rate Note/Bond | 12.0 |
| Other | 2.5 |
| | 100.0% |

All data as of 8/31/08

Information is intended to illustrate characteristics of a representative portfolio and should not be considered investment advice or a recommendation of any security or strategy. It should not be assumed that investments were or will prove to be profitable. Subject to change without notice.



Northern Trust



Quantitative Management



# NTGI-Collective Short-Term Extendable Portfolio (STEP)
## Performance

### Performance for Periods Ended August 31, 2008



| | 1 Month | Trail Qtr. | YTD | 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|---|---|---|---|
| Short-Term Extendable Portfolio (STEP) (Gross of Fees) | 0.42% | 0.16% | -0.36% | 0.32% | 3.13% | 2.62% | 3.37% |
| 1 Month LIBOR | 0.21% | 0.62% | 1.82% | 3.49% | 4.59% | 3.56% | 3.76% |

Performance shown for periods greater than one year is annualized.

Northern Trust Global Investments (NTGI) comprises Northern Trust Investments, N.A. (NTI), Northern Trust Global Investments Limited (NTGIL), Northern Trust Global Investments Japan, K.K.(NTGIJ), the investment advisor division of The Northern Trust Company (TNTC) and Northern Trust Global Advisors, Inc. (NTGA), and its subsidiaries to offer investment products and services to personal and institutional markets. As of 6/30/2008, NTGI had assets under management totaling $751.4 billion.

For purposes of compliance with the Global Investment Performance Standards (GIPS®), we have defined our firm as Northern Trust Global Investments Services (NTGIS, a subset of NTGI) that includes these investment products managed by NTI, NTGIL, NTGIJ, and TNTC that are distributed through global channels.

As of 6/30/2008, Northern Trust Global Investment Services (NTGIS) had assets under management totaling $444.7 billion (preliminary). NTGIS has prepared and presented this report in compliance with the Global Investment Performance Standards (GIPS®) and has complied with GIPS since 01/01/93. The composite was created in November of 1999. Financial leverage is not employed as a part of the overall investment strategy of this composite. Financial derivatives, in the form of futures contracts and options, may be used for the purpose of liquidity, market exposure or investment opportunity. Standard deviation is not applicable for composites with fewer than five accounts.

Performance results reflect the reinvestment of dividends and other earnings and are expressed in U.S. dollars. Past performance is no guarantee of future results. A complete list and descriptions of NTGIS's composites and additional information regarding policies for calculating and reporting returns is available upon request. NTGIS has been verified by an independent verifier on an annual basis from 1993 through 2006. A copy of the verification report is available upon request. FOR ONE-ON-ONE USE ONLY.

The Collective STEP return is reported AFTER the 20% management fee is applied.

| | Annual Total Returns | | As of Year-End (except for current period) | | | | |
|---|---|---|---|---|---|---|---|
| Year | Fund | Index | # of Accounts | Product Assets ($mil) | Firm Assets ($mil) | % of Firm Assets | Standard Deviation |
| 2008YTD | -0.36% | 1.82% | 1 | 12,653.0 | 444,864.6 | 2.8% | n/a |
| 2007 | 3.27% | 5.31% | 1 | 15,184.5 | 443,547.1 | 3.4% | n/a |
| 2006 | 5.34% | 5.22% | 1 | 17,038.3 | 397,133.6 | 4.0% | n/a |
| 2005 | 3.04% | 3.52% | 1 | 17,146.6 | 343,655.0 | 4.7% | n/a |
| 2004 | 1.49% | 1.57% | 1 | 14,683.1 | 325,494.5 | 3.4% | n/a |
| 2003 | 1.42% | 1.22% | 1 | 8,407.3 | 285,539.2 | 3.3% | n/a |
| 2002 | 1.77% | 1.76% | 1 | 8,225.4 | 164,098.0 | 3.8% | n/a |
| 2001 | 3.93% | 3.89% | 1 | 6,970.3 | 162,057.2 | 4.3% | n/a |
| 2000 | 6.70% | 6.40% | 1 | 7,779.8 | 156,338.8 | 5.0% | n/a |
| 1999 | 5.46% | 5.25% | 1 | 5,634.7 | 142,244.1 | 4.0% | n/a |



Northern Trust

Quantitative Management



## NTGI-Collective Short Term Extendable Portfolio (STEP) Characteristics



**Assets**

| | Fund |
|---|---|
| Market Value ($Mil) | $11,426,574,645.96 |

**Maturity Breakdown (%)**

| | Fund |
|---|---|
| 0 - 14 Days | 19.7 |
| 15 - 30 Days | 29.7 |
| 31 - 60 Days | 21.1 |
| 61 - 90 Days | 26.9 |
| 181 - 364 Days | 2.2 |
| 1 - 2 Years | 0.4 |
| | 100.0 % |

**Quality Breakdown (%)**

| | Fund |
|---|---|
| AAA | 28.3 |
| AA | 37.9 |
| A | 24.5 |
| BBB | 7.2 |
| B | 2.1 |
| | 100.0 % |

**Additional Information**

| | Fund |
|---|---|
| Current Yield | 2.90% |
| Average Maturity | 45 Days |

**Sector Breakdown**

| | Fund |
|---|---|
| Banking Industry | 7.0 |
| Cash & Cash Equivalents | 5.9 |
| Treasury | 1.7 |
| Corporate | 63.7 |
| Mortgage-Backed | 10.3 |
| Commercial MBS | 6.1 |
| Asset-Backed | 4.7 |
| Other | 0.6 |
| | 100.0 % |

**Sector Type Distribution (%)**

| | Fund |
|---|---|
| Cash & Cash Equivalents | 5.9 |
| CD's- Certificate of Deposit | 0.6 |
| Fixed Rate Note/Bond | 2.1 |
| Variable Rate Note/Bond | 91.4 |
| | 100.0 % |

*All data as of 8/31/08*

Information is intended to illustrate characteristics of a representative portfolio and should not be considered investment advice or a recommendation of any security or strategy. It should not be assumed that investments were or will prove to be profitable. Subject to change without notice.

Quantitative Management


Northern Trust



## Investment Profile: Core USA Cash Collateral Fund August 31, 2003

- Total Value of Core USA Open Collateral Fund = $62.13 billion
- Total Value of Core USA Open and Term Collateral Fund = $73.04 billion.
- The average credit quality is A1+. Short-term rated securities comprise 63% of the total cash portfolio. All are rated Tier 1, except for 0.3% rated Tier 2. The remaining 37% of the portfolio represents long-term rated securities as follows: 26% AAA, 7% AA, 4% A, 0.1% BBB
- Open Cash weighted average life, as measured by interest sensitivity, is 36 days. Investment guidelines state the weighted average life cannot exceed 60 days. Open cash weighted average maturity is 177 days.
- Open Cash weighted average monthly yield is 2.55% for August, which equates to fed effective plus 55 basis points.
- Subprime residential mortgage-backed security exposure is 0.9%; we are in the first-pay triple A tranches (as rated by at least 1 rating agency).
- No exposure to Structured Investment Vehicle debt (SIVs), direct monoline debt or collateralized debt obligations (CDOs)

### Open Cash Collateral Maturity Structure

| | |
|---|---|
| Overnight | 32% |
| > Overnight-30 days | 10% |
| 31-97 days | 24% |
| 98- 3 Yrs | 33% |
| ≥ 3 yrs | 1% |
| | 100% |



Open and Term Cash Collateral Asset Class Breakdown

- ☐ Asset Backed FRN
- ■ Cd's
- ■ Repo's
- ■ Corp/Master Notes
- ■ Time Deposits
- ■ Var. Rate CD
- ■ Var. Rate Nt/Bd
- ■ Treasury Bill/Note/Bond
- ■ Agencies

Northern Trust

NOTE: *This information was created using the best unaudited data available to us and may not be completely reliable, accurate, or timely*

Quantitative Management

## Important Information

This presentation is for your private information and is intended for one-on-one use with current or prospective clients of Northern Trust. The information does not constitute investment advice or a recommendation to buy or sell any security and is subject to change without notice. Northern Trust and its affiliates may have positions in, and may effect transactions in, the markets, contracts and related investments described herein, which positions and transactions may be in addition to, or different from, those taken in connection with the investments described herein. Past performance is no guarantee of future results. All material has been obtained from sources believed to be reliable, but the accuracy, completeness and interpretation cannot be guaranteed.

IRS CIRCULAR 230 NOTICE: To the extent that this communication or any attachment concerns tax matters, it is not intended to be used, and cannot be used by a taxpayer, for the purpose of avoiding any penalties that may be imposed by law. For more information about this notice, see http://www.northerntrust.com/circular230.



Northern Trust

Quantitative Management