# 9

NORTHERN TRUST

# Securities Lending Update

September 25, 2008

Defendant's
P. I. EX. 128

**Confidential Pursuant to Protective Order In Fed. Civil Action No. 08 CV 6029**

N 000162

© 2008 Northern Trust Corporation

Northern Trust

northerntrust.com

Case 1:08-cv-06029 Document 40-16 Filed 12/04/2008 Page 16 of 80

# Contents

- Recent Factors and Events Affecting the Market
- Role of the Securities Lending Collateral Committee
- Securities Lending Collateral Committee Procedures
- Overview of Collateral Pool Deficiency Determination
- Impact of Collateral Deficiency Determination
- Northern Trust Contribution
- Northern Trust Fee Split Reduction
- Options for Clients
  - Staying in Securities Lending Program
  - Staged Withdrawal
  - Immediate In-Kind Withdrawal
- Weekly Deliverables
- Conclusion
- Appendix
  - Detail on Accounting for Deficiency
  - Securities Lending Process
  - How Revenue is Generated – Cash Collateral Loan
  - Securities Lending Program – General Risks
  - Definition of Securities Lending Terms
  - Collateral Pool Investment Profile – August 31, 2008
  - Collateral Pool Summary Report

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

N 000163



# Recent Factors and Events Affecting the Market

- The past 14 months have been characterized by an absence of trading liquidity.
- The absence of liquidity in the global market has forced bond holders to sell at depressed levels, which in turn has further driven down valuations.
- Increased regulation (FAS 157) requires valuation of assets using market inputs, even if those assets are not impaired.
- The ongoing financial market crisis, which commenced around August of 2007, took a further adverse turn on Monday, September 15, 2008, when Lehman Brothers filed for bankruptcy; and following that, Merrill Lynch underwent a forced sale.
- The announcement that the US Government would bail out AIG after injecting $85 billion in funds into the firm actually intensified the panic by creating uncertainty and surprise in the market.
- The week ended with the announcement that the Reserve Primary Fund, the nation's oldest money market fund, had "broken the buck". What ensued was a run on the $3.8 trillion money market fund industry.
- The result is a highly illiquid market resulting in the impairment of short-term cash funds.

Confidential Pursuant to Protective Order In Fed. Civil Action No. 08 CV 6029

Northern Trust

Case 1:08-cv-06029 Document 46-16 Filed 12/04/2008 Page 18 of 80

## Role of the Securities Lending Collateral Committee

- The Securities Lending Collateral Committee ("Collateral Committee") is responsible for monitoring the Collateral Sections for events that may cause Collateral Deficiencies (as defined in the securities lending agreement).
- The Collateral Committee members include experienced senior officers from Securities Lending as well as members of the following areas at Northern Trust:
  - Credit Policy
  - Credit Risk
  - Risk Oversight
  - Portfolio Management
  - Relationship Management
  - Compliance
- The Collateral Committee is also advised by Fixed Income Research.

Confidential Pursuant to Protective
Order in Fed. Civil Action No. 08 CV 6029

N 000165

Northern Trust

 Case 1:08-cv-06029 Document 40-16 Filed 12/04/2008 Page 19 of 80

## Securities Lending Collateral Committee Procedures

- Factors that the Collateral Committee evaluates include the market to book ratio of the pools, asset quality, the client base, the market value of underlying assets, pool liquidity and the overall market environment.
- In the event that the current market to book ratio of the fund should fall below a permitted range, the Collateral Committee may effect the following actions:
  - Reduce or fail to pay interest income for one or more business days
  - Borrow money at market rates to meet liquidity needs
  - Take any other reasonable steps in order to meet obligations to borrowers
  - Determine that there is a collateral deficiency and require shortfalls to be repaid by all participating lenders on a pro rata basis
- In this market environment, the Collateral Committee reviews and approves client departures to ensure the fair and equitable treatment of clients that participate in the collateral pools.

**Confidential Pursuant to Protective Order In Fed. Civil Action No. 08 CV 6029**

**N 000166**

Northern Trust

 ## Overview of Collateral Pool Deficiency Determination

- Although the pools have relatively high levels of overnight liquidity and high-quality assets (all in accordance with the collateral pool investment guidelines), the unprecedented market events last week drove the markets further into a highly illiquid condition, meaning that there was no or very little market for these securities.
- In addition, the value of the Lehman holdings was severely impaired due to the bankruptcy filing of Lehman Brothers.
- Northern Trust was concerned that if the collateral pools were forced to sell these illiquid securities into the current market, the prices obtained would be substantially below the vended prices (which assumed no forced sale) at which the securities are being carried on the collateral pools' books.
- This would mean that there would be insufficient collateral to return to the borrowers on termination of the loans.
- In order to ensure that all clients share equally in these liquidity risks. Northern Trust determined on September 19, 2008, that a "collateral deficiency" existed. The amount of the deficiency was calculated based on the difference between book value and vended (as opposed to liquidation) prices at that time.

N 000167

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

Northern Trust

# Impact of the Collateral Deficiency Determination

- The determination ensures that a situation cannot occur whereby a number of clients immediately exit the program and receive full value for the collateral while the remaining clients take on increased exposure.
- The amount of the aggregate deficiency is equal to the difference between the market value of the Collateral Section's cash investment assets as of the close of business on September 18, 2008, and the book value of such assets at that time.
- The impaired Lehman holdings have been segregated from the collateral pool into a sub-fund which will be valued daily.
- The creation of the following three payables in your account reflects your portion of the deficiency:
  - Payable 1 – Reflects the accounting entry to segregate the Lehman Brothers asset
    - A corresponding asset in your account reflects your participation in the newly created Lehman holdings Sub-Fund (to balance "Payable 1")
  - Payable 2 – Reflects the deficiency from the term collateral pool
  - Payable 3 – Reflects the deficiency from the open cash collateral pool

N 000168

- For details on how these payables and the asset were posted, please see **Appendix.**

**Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029**

 Case 1:08-cv-06029 Document 40-16 Filed 12/04/2008 Page 22 of 80

## Specific Impact

- Specific amounts for your accounts are available on-line and will be reflected in your monthly statements.
- All information currently available leads us to believe that the liability may be reduced over time, as determined by the Collateral Committee, as holdings mature and valuations return to normal. However, a liability will continue to exist reflecting the Lehman holdings impairment which is expected to pay out at a percentage of par value.
- A list of securities that are in your collateral section has been provided and is included as an **Appendix.**

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

Northern Trust

Case 1:08-cv-06029 Document 46-16 Filed 12/04/2008 Page 23 of 80

## Northern Trust Contribution

- Northern Trust will contribute approximately $150 million in the aggregate to make up a portion of the collateral deficiency in five securities lending collateral pools.
- This contribution will benefit investors in the four pools affected by the collateral deficiency declaration on September 19 and one additional collateral pool, which has also experienced a loss of value.
- The amount will be:
  - Allocated pro rata based on the amount of the collateral deficiency that was declared in each fund in September.
  - Will be credited to client accounts during the month of October.
- Clients who remain in the program will have use of the funds once they are credited to their account. Clients who choose to exit the securities lending program may apply the amount towards the payable resulting from the collateral deficiency.

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

Northern Trust

 Case 1:08-cv-06029 Document 46-16 Filed 12/04/2008 Page 24 of 60

## Northern Trust Fee Split Reduction

- Who:
  - All securities lending clients utilizing the following collective collateral pools:
    - Core USA, Core, Euro Core, Global Core and Core Select
- What:
  - A 20% reduction of Northern Trust's fee split in the affected pools beginning October 1, 2008, for a period of 12 months
- How:
  - The split adjustment will reduce Northern Trust's revenue share by 20%
  - Example:

| | Current Revenue Split: | | Adjustment: | | New Revenue Split: |
|---|---|---|---|---|---|
| Northern Trust Share: | 50% | x | 80% | = | 40% |
| Client Share: | 50% | | | | 60% |
| | 100% | | | | 100% |

N 000171

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

Northern Trust

 Case 1:08-cv-06029 Document 46-16 Filed 12/04/2008 Page 25 of 80

## Options for Clients

- Clients can remain in the pool and continue to generate earnings.
- Staying in the program provides:
  1. The opportunity to potentially off-set the liability amount with earnings
  2. The opportunity to reduce the liability amount if assets in the pool appreciate in value or mature at par
- There is no immediate cash flow impact (recognition of the liability only).
- Exposure to the underlying assets of the pool still remains
- Counterparty risk will continue to be managed by Northern Trust. To date, sufficient collateral has been received from all counterparties (including Lehman Brothers) to cover the value of assets lent through the securities lending program.

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

N 000172

Northern Trust

 Case 1:08-cv-06029 Document 46-16 Filed 12/04/2008 Page 26 of 80

# Options for Clients *(continued)*

***Clients can exit the securities lending program in two ways: A staged withdrawal or an immediate in-kind distribution. Both of these options are explained below, and both will result in clients bearing the risk of additional losses (beyond the collateral deficiency estimates previously provided) based on the difference between vended and liquidation prices.***

## Staged Withdrawal

- For a period of 12 weeks, any participant's pro rata share of the collateral pool's overnight invested cash, established as of close of business September 18, 2008, is available each week to fund the return of collateral to and return of loans from the borrower. The 12-week period will begin the week of October 13, 2008. The weekly available cash for each collateral pool is based on the following established rates (dependent upon size of fund, types of investments and maturity structure):
  - Core 3%
  - Global Core 4%
  - Core USA 5%
  - Euro Core 5%

N 000173

- The initial 12-week dollar amount is fixed and will not vary during the initial 12-week period.
- A written decision to participate must be submitted to your relationship manager no later than 5:00 p.m. CST on Friday a week prior to commencement. To be eligible for the first week of the 12-week period, this notification must be received by October 10, 2008, 5:00 p.m. CST.

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

Northern Trust



## Options for Clients *(continued)*

**Staged Withdrawal** *continued*

- A client may enter the staged withdrawal program at any time but will forgo any entitlement to the previous week's cash availability for return of loans and will only participate in the remaining portion of the initial 12-week cash availability.
- After the initial 12 weeks, a participant will be approximately 35-60% withdrawn from the lending program.
- The remainder of the withdrawal is expected to require up to nine months but timing is subject to revision depending on market conditions.
- Over the course of the withdrawal period, the participant will become a proportionally smaller part of the lending program and earnings will decrease accordingly.
- Upon completion of the withdrawal process, any payable due the collateral investment fund will be due in full.
- A client can elect to cease participation in the staged withdrawal at any time upon written notification to Securities Lending.

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

N 000174



 Case 1:08-cv-06029 Document 46-16 Filed 12/04/2008 Page 28 of 80

## Options for Clients *(continued)*

**Immediate In-Kind Withdrawal**

- Funds must be provided by the client to pay the full amount of cash collateral (including the payable) owed to the borrower to facilitate return of the securities on loan in order to initiate the loan recall process.
- A representative share of the collateral pool's investments will be distributed in-kind within 10 business days of the loan recall initiation date to an account designated by the client.
- A **pro rata** approach, subject to any transferability restrictions, will be used for clients representing at least:
  - 20% of Core
  - 10% of Euro Core
  - 10% of Global Core
  - 2% of Core USA
- A **sampling** approach will be used for clients representing a smaller percentage of the respective collateral pool to overcome minimum denomination delivery restrictions of certain securities.

N 000175

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

Northern Trust

 Case 1:08-cv-06029 Document 46-16 Filed 12/04/2008 Page 29 of 80

## Options for Clients *(continued)*

**Immediate In-Kind Withdrawal** *continued*

**Collateral Pool Conversion**

- If a client, **who is eligible based on the criteria for pro rata in-kind distribution,** desires to withdraw from the collateral pool but remain in the lending program:
  - A pro rata share of the collateral pool will be distributed, subject to transferability restrictions, to a custom collateral fund which will be managed by NTGI and valued using a variable NAV
  - All payables due the collateral pool fund will be due prior to distribution of the pro rata in-kind share of the collateral pool investments to the custom collateral fund.
  - A written decision to participate must be submitted to your relationship manager by 5:00 p.m. CST. The client will be notified of the commencement date no later than two business days following initial notification.
  - New custom collateral management guidelines can be agreed with the client and implemented over time depending upon market conditions.

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

N 000176

Northern Trust

 Weekly Deliverables

**Each week you will receive a series of reports from us regarding the status of the collateral pools.**

1) Market to book report
2) Holdings report
3) Characteristics report
4) Market commentary

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

N 000177

Northern Trust

 Case 1:08-cv-06029 Document 46-16 Filed 12/04/2008 Page 31 of 60

## Conclusion

- Northern Trust remains committed to the securities lending business and to all of our clients affected by this collateral deficiency.
- The market remains volatile and uncertain and Northern Trust will continue to manage our collateral pools in a fair manner for all clients.
- We may take additional actions in the future as we deem appropriate to protect the interests of all clients, and are committed to continually providing you with updates.

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

N 000178





NORTHERN TRUST

# Appendix

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

N 000179

Northern Trust

18

Case 1:08-cv-06029 Document 46-16 Filed 12/04/2008 Page 33 of 60

# Detail on Accounting for Deficiency

## Summary of what posted to clients' accounts:

### Collateral Deficiency of the Affected Collateral Pool (Open Cash Portion)

- Booked as a liability on the client's account.
- How the posting will look:
  - Security Description: Securities Lending Collateral Fund Adjustment
  - Security #: 9207522; Fundmaster Security #: 0A18KHU
  - Security Description: Securities Lending Collateral Fund Adjustment
  - Transaction Type: Free Receipt
  - Shares/CV: Will be equal to client exposure. No Market Value on Transaction
  - Cost: No cost
  - Price: $1.00 – will remain unchanged.
- The market value of the liability position will be reported as an unrealized loss.
- Where to find the transactions:
  - Transactions will appear on the Funding and Disbursement Detail
  - Holdings will appear on the Asset Detail – Base Currency

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

N 000180





Detail on Accounting for Deficiency (continued)

### Collateral Deficiency of the Affected Collateral Pool (Term Portion)

- How the posting will look:
  - Security Description: Securities Lending Term Collateral Adjustment
  - Security #: 9207525; Fundmaster Security # 7A18KHU
  - Transaction Type: Free Receipt
  - Shares/CV: Will be equal to client exposure. No Market Value on Transaction
  - Cost: No cost
  - Price: $1.00 – will remain unchanged.
- The market value of the liability position will be reported as an unrealized loss.
- Where to find the transactions:
  - Transactions will appear on the Funding and Disbursement Detail
  - Holdings will appear on the Asset Detail – Base Currency
- These two liabilities equal the "Cash Investment" column on your payables spreadsheet.

**Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029**

**N 000181**

Northern Trust



Case 1:08-cv-06029 Document 46-16 Filed 12/04/2008 Page 35 of 80

## Detail on Accounting for Deficiency *(continued)*

### Lehman security movement to newly created Sub-Fund

- This will be posted as a liability and an asset in the client's accounts.

**Asset Description**

- Sub-Fund: Core USA
- Security Number: 3189895
- FM Security Number: 2A18FBU

**Asset Description**

- Sub-Fund: Core
- Security Number: 3189901
- FM Security Number: 5A18FBU

**Asset Description**

- Sub-Fund: Global Core
- Security Number: 3189899
- FM Security Number: 4A18FBU

**Asset Description**

- Sub-Fund: European Core
- Security Number: 3189897
- FM Security Number: 3A18FBU

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

N 000182



## Detail on Accounting for Deficiency *(continued)*

### Asset Side

- Security Description: See previous
- Transaction Type: Purchase
- Shares/CV: Lehman divided by $10.00 ( Initial NAV for the fund)
- Cost: Equal to the Lehman
- Price: Will fluctuate

### Liability Side

- Security Description: Securities Lending Lehman Adjustment
- Transaction Type: Purchase of a liability
- Shares/CV: Equal to cost and cash
- Cost: Equal to the purchase price
- Price: Will remain $1

- Where to find the transactions:
  - Transactions will appear on Investment Transaction Detail
  - Holdings will appear on Asset Detail – Base Currency

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

N 000183

Northern Trust

Case 1:08-cv-06029 Document 46-16 Filed 12/04/2008 Page 37 of 80

## Securities Lending Process

Client
Security Availability
Loan Allocations
Investment Earnings
Northern Trust as Lending Agent
Collateral
Investment Earnings
Collateral Pool
Eligible Investments
1. Initiate Loan
2. Negotiate Terms
3. Receive Collateral
(Cash, Letter of Credit, Securities)
4. Move Security
5. Daily Mark to Market
6. Return Security
7. Return Collateral
8. Rebate
Borrower

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

N 000184

23 Securities Lending Market Events

Northern Trust

 ## How Revenue is Generated: Cash Collateral Loan

*Example:*
***Loan $25 Million of US Treasuries at Par. The $25 million market value loan is for 30 days collateralized with cash (fed funds at 2.00%).***

| | |
|---|---|
| 1. Receive cash collateral of **$25,500,000** (102%) | |
| 2. Cash collateral invested in Core USA fund at yield of 2.05% | $ 43,562.50 |
| 3. Rebate paid to borrower at rate of 1.90% | $ (40,375.00) |
| 4. Gross Revenue (gross spread 15 bps) credited to client monthly | $ 3,187.50 |
| 5. Monthly lender's fee (@ 40%) | $ 1,275.00 |
| 6. Net client earnings | **$ 1,912.50** |

**Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029**

**N 000185**

- Gross Spread = Lending Spread + Investment Spread
- Lending Spread = Fed Funds – Rebate Rate
- Investment Spread = Core USA Yield – Fed Funds

Northern Trust

 ## Securities Lending Program – General Risks

| Risk | Definition |
|---|---|
| Borrower Risk | Simultaneous borrower default and insufficient collateral to buy-in the security |
| Collateral Investment Risk | Investment in collateral option becomes impaired or decreases in value |
| Interest Rate Risk | Rebate rate on a loan exceeds the earnings rate on cash collateral investments in a collateral option |
| Trade Settlement Risk | Investment manager sells an on-loan security and borrower is unable to return the security to the custodian to settle the trade |

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

N 000186

Northern Trust

 ## Definition of Securities Lending Terms

- **Term Loan** – A loan of securities to a borrower for a specified amount of time and the collateral is invested in an asset that matches (or closely approximates) the duration of the loan. These loans are marked to market daily.
- **Open Cash Loan** – A loan of securities to a borrower without a predetermined maturity date. These loans are marked to market daily.
- **Collateral Vehicles** – The investment options in which cash collateral is invested.
- **Rebate Rate** – A percentage of a cash loan's market value which is returned to the borrower for the use of the pledged cash collateral.
- **Reinvestment Rate** – The return earned on the investment of the cash collateral.
- **Spread** – The difference between the rate of investment of the cash collateral and the rebate rate.

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

N 000187

Northern Trust

# Investment Profile: Core USA Cash Collateral Fund August 31, 2008

- Total Value of Core USA Open Collateral Fund = $62.13 billion
- Total Value of Core USA Open and Term Collateral Fund = $73.04 billion.
- The average credit quality is A1+. Short-term rated securities comprise 63% of the total cash portfolio. All are rated Tier 1, except for 0.3% rated Tier 2. The remaining 37% of the portfolio represents long-term rated securities as follows: 26% AAA, 7% AA, 4% A, 0.1% BBB
- Open Cash weighted average life, as measured by interest sensitivity, is 36 days. Investment guidelines state the weighted average life cannot exceed 60 days. Open cash weighted average maturity is 177 days.
- Open Cash weighted average monthly yield is 2.55% for August, which equates to fed effective plus 55 basis points.
- Subprime residential mortgage-backed security exposure is 0.9%; we are in the first-pay triple A tranches (as rated by at least one rating agency).
- No exposure to Structured Investment Vehicle debt (SIVs), direct monoline debt or collateralized debt obligations (CDOs)

**Open Cash Collateral Maturity Structure**

| | |
|---|---|
| Overnight | 32% |
| > Overnight-30 days | 10% |
| 31-97 days | 24% |
| 98 days-3 Yrs | 33% |
| > 3 yrs | 1 % |
| | 100% |

**Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029**

**Open and Term Cash Collateral Asset Class Breakdown**

6%
4%
19%
14%
1%
5%
2%
22%
27%
Asset Backed FRN
Cd's
Repo's
Corp/Master Notes
Time Deposits
Var. Rate CD
Var. Rate Nt/Bd
Treasury Bill/Note/Bond
Agencies

*NOTE: This information was created using the best unaudited data available to us and may not be completely reliable, accurate or timely*

Northern Trust

N 000188

Case 1:08-cv-06029 Document 46-16 Filed 12/04/2008 Page 42 of 60

## Investment Profile: Core Cash Collateral Fund August 31, 2008

- Total Value of Core Open Collateral Fund = $2.98 billion
- Total Value of Core Open and Term Collateral Fund = $2.99 billion
- The average credit quality is A1+. Short-term rated securities comprise 44% of the total cash portfolio. All are rated Tier 1, except for 0.3% rated Tier 2. The remaining 56% of the portfolio represents long-term rated securities as follows: 42% AAA, 8% AA, 6% A,0.3% BBB.
- Open Cash weighted average life, as measured by interest sensitivity, is 53 days. Investment guidelines state the weighted average life cannot exceed 60 days. Weighted average maturity is 231 days.
- Open Cash weighted average monthly yield is 2.48% for August which equates to federal funds effective plus 48 basis points.
- Sub-prime residential mortgage-backed security exposure is 1.20%; we are in the first-pay triple A tranches (as rated by at least one rating agency).
- No exposure to Structured Investment Vehicle debt (SIVs), direct monoline debt or collateralized debt obligations (CDOs)

### Open Cash Collateral Maturity Structure

| | |
|---|---|
| Overnight | 20% |
| > Overnight-30 days | 7% |
| 31-97 days | 17% |
| 98 days-3 Yrs | 54% |
| > 3 yrs | 2% |
| | 100% |

**Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029**

### Open and Term Cash Collateral Asset Class Breakdown

N 000189

- Asset Backed FRN
- Repo's
- Master Note
- Var. Rate CD
- Var. Rate Nt/Bd
- Treasuries
- Agencies
- ABCP
- CDs
- Time Deposit

*NOTE: This information was created using the best unaudited data available to us and may not be completely reliable, accurate or timely*

## Investment Profile
# Global Core Cash Collateral August 31, 2008

- Total Open Cash Value of Global Core Fund = $11.63 billion
- Total Value of Global Core Cash and Term Collateral Fund = $14.38 billion
- The average credit quality is A1+. Short-term rated securities comprise 56% of the total cash portfolio. All are rated Tier 1 except for 0.3% rated Tier 2. The remaining 44% of the portfolio represents long-term rated securities as follows: 32% AAA, 7% AA, 5% A, 0.1% BBB.
- Open Cash weighted average life, as measured by interest sensitivity, is 38 days. Investment guidelines state the weighted average life cannot exceed 60 days. Weighted average maturity is 207 days.
- Open Cash weighted average monthly yield is 2.48% for August which equates to federal funds effective plus 48 basis points.
- Sub-prime residential mortgage-backed security exposure is 0.9%; we are in the first-pay triple A tranches (as rated by at least one rating agency).
- No exposure to Structured Investment Vehicle debt (SIVs), direct monoline debt or collateralized debt obligations (CDOs)

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029

**Open Cash Collateral Maturity Structure**

| | |
|---|---|
| Overnight | 40% |
| > Overnight-30 days | 3% |
| 31-97 days | 15% |
| 98 days-3 Yrs | 41% |
| ≥ 3 yrs | 1% |
| | 100% |

**Open and Term Cash Collateral Asset Class Breakdown**

5%
4%
24%
16%
1%
3%
1%
12%
30%
Asset Backed FRN
Cd's
Repo's
Master Note
Time Deposit
Var. Rate CD
Var. Rate Nt/Bd
Treasury Bill/Nt/Bd
Agencies

*NOTE: This information was created using the best unaudited data available to us and may not be completely reliable, accurate or timely*

Northern Trust

N 000190

Case 1:08-cv-06029 Document 46-16 Filed 12/04/2008 Page 34 of 80

# Investment Profile
## European Core USD Collateral August 31, 2008

- Total USD Cash Collateral Value of European Core Fund = $8.21 billion
- The average credit quality is Aa+. Short-term rated securities comprise 67% of the total cash portfolio. All are rated Tier 1, except 0.1% rated Tier 2. The remaining 33% of the portfolio represents long-term rated securities as follows: 24% AAA, 5.1% AA, 3.8% A, 0.3% BBB
- Open Cash weighted average life, as measured by interest sensitivity, is 37.8 days. Investment guidelines state the weighted average life cannot exceed 60 days. Weighted average maturity is 154 days.
- Open Cash weighted average monthly yield is 2.56% for month, which equates to Fed Funds plus 46 basis points.
- Sub-prime residential mortgage-backed security exposure is 0.8%; we are in the first-pay triple A tranches (as rated by at least one rating agency).
- No exposure to SIV debt, direct monoline debt or CDOs

### Open Cash Collateral Maturity Structure

| | |
|---|---|
| Overnight | 0.2% |
| > O/N-30 days | 43% |
| 31-97 days | 25% |
| 98 days-3 Yrs | 31% |
| > 3 yrs | 1.3% |
| | 100% |

### Open Cash Collateral Asset Class Breakdown

4%
4%
2%
5%
2%
14%
11%
4%
5%
2%
16%
2%
29%
ABCP/MTN Fix
Agency Bd/Note
Agency Floaters
Asset Backed FRN
Cert. of Deposit
Comm. Paper
Repo. Agmts.
Soveriegn ECP
Time Deposit
Treasury Nt/Bd
Var. RateNt/Bd
YCD
Other

N 000191

NOTE: This information was created using the best unaudited data available to us and may not be completely reliable, accurate or timely

Northern Trust

Confidential Pursuant to Protective Order in Fed. Civil Action No. 08 CV 6029