**11**

## Investment Profile: Core USA Cash Collateral Fund August 31, 2008

- Total Value of Core USA Open Collateral Fund = $62.13 billion
- Total Value of Core USA Open and Term Collateral Fund = $73.04 billion.
- The average credit quality is A1+. Short-term rated securities comprise 63% of the total cash portfolio. All are rated Tier 1, except for 0.3% rated Tier 2. The remaining 37% of the portfolio represents long-term rated securities as follows: 26% AAA, 7% AA, 4% A, 0.1% BBB
- Open Cash weighted average life, as measured by interest sensitivity, is 36 days. Investment guidelines state the weighted average life cannot exceed 60 days. Open cash weighted average maturity is 177 days.
- Open Cash weighted average monthly yield is 2.55% for August, which equates to fed effective plus 55 basis points.
- Subprime residential mortgage-backed security exposure is 0.9%; we are in the first-pay triple A tranches (as rated by at least 1 rating agency).
- No exposure to Structured Investment Vehicle debt (SIVs), direct monoline debt or collateralized debt obligations (CDOs).

### Open Cash Collateral Maturity Structure

| | |
|---|---|
| Overnight | 32% |
| > Overnight-30 days | 10% |
| 31-97 days | 24% |
| 98- 3 Yrs | 33% |
| ≥ 3 yrs | 1% |
| | 100% |



Open and Term Cash Collateral Asset Class Breakdown

- ☐ Asset Backed FRN
- ■ Cd's
- ■ Repo's
- ■ Corp/Master Notes
- ■ Time Deposits
- ■ Var. Rate CD
- ■ Var. Rate Nt/Bd
- ■ Treasury Bill/Note/Bond
- ■ Agencies

19%, 22%, 6%, 4%, 14%, 1%, 5%, 2%, 27%

Northern Trust

NOTE: This information was created using the best unaudited data available to us and may not be completely reliable, accurate, or timely

Quantitative Management