**12**



# Northern Trust

## NTGI AND NTCC FUNDS PARTICIPATING IN SECURITIES LENDING

### SUMMARY OF UPDATED REDEMPTION REQUEST PROCEDURES
Effective January 20, 2009

| Current Procedures | | |
|---|---|---|
| **Type of Transaction** | **Withdrawal Basis** | **Frequency and Other Considerations** |
| Defined Contribution participant activity | Withdrawals allowed in cash | Daily |
| Redemptions for benefit payments and ordinary course rebalancing activity | Withdrawals allowed in cash | Daily with T-2 or T-1 request deadlines |
| All other redemption requests | Withdrawals allowed with client's in-kind interest in the collateral pool | Daily with T-2 or T-1 request deadlines; delivery of client's collateral pool interest will occur between T+1 and T+10 |
| **Expanded Procedures** | | |
| **Type of Transaction** | **Withdrawal Basis** | **Frequency and Other Considerations** |
| Requests for cash redemptions not defined above | Withdrawals in cash considered through a twice-per-month process. Redemptions allocated to available liquidity amount on a pro-rata basis to all clients seeking redemptions during that particular twice-per-month period. | • Twice per month with T-6 request deadlines.<br>• Maximum client request each period is the greater of 15% of fund holdings or $1 million.<br>• All client requests will be filled on a pro-rata basis, subject to a variety of factors including, without limitation, equitable treatment of clients and available liquidity as defined by Northern Trust. Available liquidity may be $0 in any given period.<br>• A Client seeking to rebalance (which is determined to be outside the ordinary course and) which results in a "net" impact on the collateral pool will be allocated cash based on this net impact.<br>• Any portion of clients' redemption requests not filled through this process as a result of the pro ration process will be considered withdrawn. |

IMPORTANT NOTE: THE REDEMPTION PROCEDURES SHOWN ABOVE ARE SUBJECT TO CHANGE AND MAY BE FURTHER UPDATED, MODIFIED OR REMOVED IN THE FUTURE, FROM TIME TO TIME, AT THE SOLE DISCRETION OF NORTHERN TRUST.

