**14**

## Kelli Chandler

| | |
|---|---|
| From: | Floyd Simpson [fs20@ntrs.com] |
| Sent: | Friday, May 15, 2009 10:36 AM |
| To: | Kelli Chandler |
| Cc: | Mac M. Nickey |
| Subject: | Fw: Client Redemption Requests |
| Attachments: | C.htm |

Hi Kelli,

Please see below.



Floyd R. Simpson III, CFP® | Officer | NTGI Client Servicing and Sales
50 S. LaSalle St., Chicago, IL 60603 | phone 312-444-5639 | cell 312-662-2938 | fax 312-557-1478 | fs20@ntrs.com
Please visit northerntrust.com

CONFIDENTIALITY NOTICE: This communication is confidential, may be privileged and is meant only for the intended recipient. If you are not the intended recipient, please notify the sender ASAP and delete this message from your system.

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. For more information about this notice, see http://www.northerntrust.com/circular230

Northern Trust Securities, Inc.(NTSI), Member FINRA, SIPC and a subsidiary of Northern Trust Corporation. Products and services offered through NTSI are not FDIC insured, not guaranteed by any bank, and are subject to investment risk including loss of principal amount invested. NTSI does not accept time sensitive, action-oriented messages or securities transaction orders, including purchase and/or sell instructions, via e-mail. Additional disclosures are included in the link, see
http://www.northerntrust.com/pws/jsp/display.jsp?XML=0510/97964258_3964.xml

NOT FDIC INSURED May lose value/No bank guarantee
Although Northern Funds are no load, other annual fees and expenses do apply as described in the prospectus.
Securities products and services are offered by Northern Trust Securities, Inc., member FINRA, SIPC,
and a wholly owned subsidiary of Northern Trust Corporation, Chicago.

Please consider the environment before printing this e-mail.
----- Forwarded by Floyd Simpson/CHI/NTRS on 05/15/2009 10:37 AM -----

"Northern Trust" <market_update@ntrs.com>

05/15/2009 09:34 AM

To <fs20@ntrs.com>
cc
Subject Client Redemption Requests

If images are not displaying correctly in this email, visit:
http://cl.exct.net/?qs=67d49606266e005c0113ba36418cf8f0f827d5392db176ccf296d2ee90a01e69

Dear Valued Investment Client,

1

We have analyzed the client redemption requests received for the May 15, 2009 trade date under the twice-per-month redemption procedures. Requests totaling approximately 2% of the lending funds' assets were received from accounts representing 127 Northern Trust client relationships.

Given the continued volatility in the markets, and the uncertainty related to accounting, regulatory and industry practices, we have decided to honor requests totaling approximately 1% of the funds' assets for each of the respective pools. Due to differing liquidity profiles, we were able to honor 65% of the requests for investment funds utilizing the Funds' Custom Pool, and 25% for investment funds with exposure to the STIF/STEP Custom Pool. We also transacted full redemptions for fund balances less than $250,000. We believe the decision to redeem the stated percentages and differing percentages of the requests strikes an equitable balance between the needs of redeeming investors and those clients who chose not to participate in this redemption process.

As in the past, clients are reminded that the amount of pro rata allocation to be granted in connection with subsequent redemptions will be dependent on liquidity of the pools, the amount of trades requested, legal and regulatory considerations and general market conditions.

Northern Trust remains committed to offering a full suite of lending and non-lending funds, as well as defined contribution plan solutions. To review any of these offerings, please contact your Investment Relationship Manager.

As a reminder, the next redemption opening is Friday, May 29th. All redemption requests will need to be received by Northern Trust byWednesday, May 20th, at 9:30 a.m. Central time. While we plan on continuing the twice-monthly redemption process, market conditions may at any time cause a change in those plans. We have identified additional trade dates below:

| Trade Date | Notification Date |
|---|---|
| Friday, June 12th | Thursday, June 4th |
| Tuesday, June 30th | Monday, June 22nd |
| Friday, July 17th | Thursday, July 9th |
| Friday, July 31st | Thursday, July 23rd |
| Friday, August 14th | Thursday, August 6th |
| Monday, August 31st | Friday, August 21st |

Thank you again for your patience during this difficult market environment.

Very truly yours,

Lyle Logan
Managing Director
North America Sales and Servicing
(312) 557-1359

mailto:ll24@ntrs.com
ll24@ntrs.com

For Institutional Investors Only.This material is directed to eligible counterparties and professional clients only and should not be relied upon by retail investors. For Asia Pacific markets, it is directed to accredited investors, institutional investors, expert investors and professional investors only and should not be relied upon by retail investors.

The content of this event is provided for informational purposes only. This material is not intended to be relied upon as a forecast, research or investment advice, and is not a recommendation, offer or solicitation to buy or sell any securities or to adopt any investment strategy. The information and opinions contained in this material are derived from proprietary and non-proprietary sources deemed to be reliable, but are not necessarily all inclusive and are not guaranteed as to accuracy. Any opinions expressed herein are subject to change at any time without notice. Any person relying upon this information shall be solely responsible for the consequences of such reliance. Past
performance is no guarantee of future results.

Northern Trust Global Investments comprises Northern Trust Investments, N.A., Northern Trust Global Investments Limited (NTGIL), Northern Trust Global Investments Japan, K.K., the investment advisor division of The Northern Trust

Company and Northern Trust Global Advisors, Inc., and its subsidiaries to offer investment products and services to personal and institutional markets.

Issued by NTGIL. NTGIL is authorized and regulated by the Financial Services Authority in the United Kingdom. Registered in England 03929218. Registered Office: 50 Bank Street, London E14 5NT. The Northern Trust Global Funds plc is an unregulated collective investment scheme in the U.K. and is promoted in the U.K. in accordance with the Financial Services and Markets Act 2000 (Promotion of Collective Investment Schemes (Exemptions) Order 2001).

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. For more information about this notice, see
http://cl.exct.net/?qs=67d49606266e005c63116abc25a9c37e96c3062785ccf2ed83136afb0894ff94
http://cl.exct.net/?qs=67d49606266e005c63116abc25a9c37e96c3062785ccf2ed83136afb0894ff94 .

You may easily, and at no cost, opt to be excluded from future commercial e-mails from Northern Trust by clicking here or visiting http://cl.exct.net/?qs=67d49606266e005c3c5c01a62ad26d1cf6507e6ff4e7a61800590e1e962bab94 .

CONFIDENTIALITY NOTICE: This communication is confidential, may be privileged and is meant only for the intended recipient. If you are not the intended recipient, please notify the sender ASAP and delete this message from your system.

NOT FDIC INSURED

May lose value

No bank guaranteeThis email was sent to: fs20@ntrs.com

This email was sent by: Northern Trust Corporation
50 South LaSalle
Chicago, IL
60603
USA