**15**

Northern Trust
Global Investment Services
50 South LaSalle Street
Chicago, Illinois 60603
(312) 630-6000


Northern Trust

September 23, 2008

SEP 24 2008

Steven Stockstill
Director/Legal Counsel
3100 Brentwood Drive
Baton Rouge, LA 70809

RE: NTGI Collective S&P 400 MidCap Equity Index - Lending

Dear Steven:

These truly are extraordinary times in the financial markets. Friday's market action, especially stresses in 2a7 registered money market mutual funds, led the Federal Reserve and the Treasury Department to fully comprehend the magnitude of the damage caused by the Lehman bankruptcy on the financial markets. The announced plan to insure the NAV of certain registered money market mutual funds – combined with setting up a Resolution Trust Corp (RTC) type entity to buy in many distressed mortgage type securities from banks and financial firms – represents a comprehensive response to the key problems market participants face. These positive developments should help stabilize trading activity and calm investor fears.

Notwithstanding these developments, the damage that has been done to the financial system is real and the consequences remain serious.

You have invested in the above referenced Index Fund(s), which lends its securities through the Northern Trust Securities Lending Program. The Index Fund(s) has/have chosen that collateral allocated to it for its participating loans shall be held in the Northern Trust Core USA Collateral Section ("Core USA"). Cash collateral held in Core USA is re-invested as a non-registered fund in accordance with the guidelines of the Collateral Section, and is treated as a constant dollar net-asset-value (NAV) fund.

As a result of the cumulative effects of recent volatile markets, a strain has been placed on the market value-to-book value ratio of the Core USA cash collateral fund. This strain has substantially increased the risk of unfair treatment to clients if we were to permit continued processing of Core USA transactions at a constant dollar NAV, without corrective action. Accordingly, in order to protect the interests of all clients in the Core USA, Northern Trust's Securities Lending Collateral Committee determined on September 19, 2008, that a "collateral deficiency" exists in Core USA under the terms of the Securities Lending Authorization Agreement with the NTGI Collective Index funds.

As a result of this determination, The Northern Trust Company has booked a receivable to Core USA payable from each of the NTGI Index Funds that utilize Core USA for securities lending collateral management. Each Index Fund's obligation is equal to its pro-rata share amount that would return Core USA to a market value-to-book value ratio of 1.00. This payable will result in a lower NAV being struck in the Index Fund, as of close of business September 19, 2008 and an increased tracking variance to the Index Fund's benchmark.

It is our hope that market conditions will improve over time, permitting the amount of the receivable to be reduced. The Northern Trust Company, as lending agent, reserves the right to take such additional actions in the future as we may deem appropriate to protect the interest of all Collateral Section clients.

I will be contacting you by phone to discuss this in more detail and answer any questions you may have.

Sincerely,

Mac Nickey
Vice President
Investment Relationship Manager

Northern Trust