**16**

Northern Trust
Global Investment Services
50 South LaSalle Street
Chicago, Illinois 60603
(312) 630-6000


Northern Trust

September 23, 2008                                                        SEP 24 2008

Steven Stockstill
Director/Legal Counsel
3100 Brentwood Drive
Baton Rouge, LA 70809

RE: NTGI Collective S&P 500 Index (Collective Index Fund) – Custom Securities Collateral Section

Dear Steven:

Last week's market action – especially pressures on the 2a7 registered money market mutual funds – led the Federal Reserve and the Treasury Department to fully comprehend the magnitude of the damage caused by the Lehman bankruptcy on the financial markets. The announced plan to backstop the Net Asset Value (NAV) of certain registered money market mutual funds – combined with setting up a Resolution Trust Corp (RTC) type entity to buy in many distressed mortgage type securities from banks and financial firms – represents a comprehensive response to the key problems market participants face. These positive developments should help stabilize trading activity and calm investor fears.

**Collective Index Fund Clients**
You have invested in the above referenced Index Fund(s), which lends its securities through the Northern Trust Securities Lending Program. The Index Fund(s) has/have chosen that collateral allocated to it for its participating loans shall be held in a custom collateral section containing the NTGI Collective Short Term Extendable Portfolio (STEP). On September 19, 2008, Northern Trust declared securities issued by Leman Brothers Holdings, Theta Finance, and Sigma Finance held in the NTGI Collective STEP Fund to be permanently impaired.

Northern's Securities Lending Agreements identify the Collective Index Fund's risk to include all realized and unrealized "principal" losses. Northern Trust has borne some unrealized losses contingently in the past due to accounting complexities and the view that given the unusual market conditions the losses were only temporary. Based on the high likelihood that losses for Lehman, Sigma and Theta will not be recovered, we are requiring the Collective Index Funds to pay principal losses previously not passed to them. This action will result in a lower NAV being struck in the Collective Index Fund, as of close of business September 19, 2008 and an increased tracking variance to the Index Fund's benchmark.

Northern Trust Global Investments comprises Northern Trust Investments, N.A., Northern Trust Global Investments Limited, Northern Trust Global Investments Japan, K.K., the investment advisor division of The Northern Trust Company and Northern Trust Global Advisors, Inc. and its subsidiaries. Investment products and services are offered by Northern Trust Securities, Inc., member NASD, a wholly owned subsidiary of Northern Trust Corporation.

The Northern Trust Company reserves the right to take such additional actions in the future as we may deem appropriate.

I will be contacting you by phone to discuss this in more detail and answer any questions you may have.

Sincerely,

*[signature]*

Mac Nickey
Vice President
Investment Relationship Manager

Northern Trust

Northern Trust Global Investments
50 South La Salle Street
Chicago, Illinois 60603
(312) 630-6000


Northern Trust

July 2008

### PLEASE READ – NO ACTION REQUIRED

JUL 2 5 2008

Re: **EquiLend Holdings LLC**
Prohibited Transaction Exemption ("PTE") 2002-30

Dear Fund Participant:

In April 2002, Northern Trust began using the services of EquiLend Holdings LLC ("EquiLend") for our securities lending funds. EquiLend, which is partially owned by Northern Trust, is an electronic platform designed to enable subscribing borrowers and agent lenders of securities to conduct business with greater efficiency while reducing risk. All of Northern Trust's securities lending funds currently participate in EquiLend. Participation in EquiLend does not alter the terms of your investment management agreement in any way, nor do you pay any fees for such participation, as all such fees are paid by Northern Trust. Additionally, EquiLend contains no client-specific information.

By way of background, EquiLend obtained Prohibited Transaction Exemption (PTE) 2002-30 from the Department of Labor in 2002, allowing ERISA plans for which Northern Trust serves as lending agent to participate in EquiLend. PTE 2002-30 requires Northern Trust, as partial owner of Equilend, to notify each of our fund participants annually that the fund participant has the right to terminate its participation in EquiLend at any time by giving Northern Trust five business days advance written notice. We are writing this letter in compliance with PTE 2002-30 in order to remind you of this right.

If you do not wish to terminate your participation in EquiLend, you do not need to do anything, and all the services of EquiLend will continue to be provided for your benefit as before without interruption. If you have any questions regarding your participation in EquiLend, please contact your Investment Relationship Manager or call 877/651-9156.

Sincerely,

Lyle Logan
Lyle Logan
Managing Director
Institutional Sales and Client Servicing
Northern Trust Global Investments

Northern Trust Global Investments comprises Northern Trust Investments, N.A., Northern Trust Global Investments Limited, Northern Trust Global Investments Japan, K.K., the investment advisor division of The Northern Trust Company and Northern Trust Global Advisors, Inc., and its subsidiaries to offer investment products and services to personal and institutional markets.