**17**




# STEP & STIF COMPREHENSIVE REPORT FOR JULY 2009

## MARKET COMMENTARY

July 31, 2009

### MARKET EVENTS

- In general, economic data during July met expectations. The non-farm payroll report released on July 2ND showed a weaker than expected job loss of 467,000 and the unemployment rate reached 9.5%. Housing data was slightly stronger than economic forecasts with both existing home sales and new home sales posting gains suggesting a possible bottoming in the U.S. housing market. While 1ST quarter GDP was revised lower to -6.4% from -5.5%, the 2ND quarter estimates were slightly better than expected at -1.0%.

- Equity markets responded favorably to the events of the month, largely due to earnings announcements beating expectations for a majority of firms. In the bond market, yields initially declined on the weak employment report. On balance, July was a strong month for investment grade credit which helped add support to the shorter end of the curve. During the month, several securities held in STEP benefited from price improvement in credit markets, however weakness was evident in specific issuers.

- The Barclay's USD FRN index tightened 32 bps during July and the ABS Floating Rate index modestly improved by 26 bps. The average spread versus the relevant benchmark index was 166 bps for corporate FRNs and 278 bps for ABS floaters at July 31ST. The most noticeable improvement in ABS came from Home Equity Lines of Credit rated triple-A and Auto's rated double-A. In addition, the expansion of the Term Asset Backed Securities Loan Facility (TALF) to include Commercial Mortgage Backed Securities (CMBS) has added support to that market, especially for securities rated triple-A.

### STEP PORTFOLIO COMMENTARY: JULY 31, 2009

*STEP preliminary, unaudited Portfolio Performance and Attribution*

- STEP's unannualized return for the month of July (net of fees) was 0.08%. STEP assets totaled $7.1 billion in market value as of July 31ST, which is down approximately $1.1 billion from last month following the pro-rata unit sale during the first week of July. Maturities during the month plus principal payments on structured holdings, and an asset sale left overnight liquidity at 11.8% as of July month-end, versus 18.7% as of June 30TH.

This material is for information purposes only and for current participants only. The views expressed do not constitute investment advice or a recommendation to buy or sell any security or investment product and are subject to change without notice. All material has been obtained from sources believed to be reliable, but the accuracy cannot be guaranteed.

continued



*Issuer Specific: CIT*

- Late in the trading day on July 15TH, trading of CIT common shares was halted due to pending news. A few hours later, CIT posted to its investor relations website a message indicating there was "no appreciable likelihood of additional government support being provided in the near term." In the morning on July 16TH, news reports suggested that CIT had entered talks with potential investors to borrow $2 – $3 billion over the next 24 hours and further suggested a bankruptcy filing could be imminent if such funding was not obtained.

- Though the analysis of Northern Trust's Fixed Income Research group (FIR) had not assumed CIT would gain access to the Federal Deposit Insurance Corporation's (FDIC) Temporary Liquidity Guarantee Program (TLGP), the spotlight on CIT and rampant news reports of their potential demise put additional pressure on the company. In light of the apparent rejection by the government to assist CIT, the subsequent expectation for severely diminished liquidity and business options, among other factors, portfolio management decided to sell CIT exposure (which was completed on July 17TH at prices ranging from $55.00 – $62.25).

- The impact of the CIT sale to July performance was negative 51 bps, and represented the largest contribution to performance for the month. On July 20TH, CIT announced it had entered into a $3 billion term loan facility (Term Loan Facility) provided by a group of the Company's major bondholders. Investors believe this could prevent CIT from becoming the 4TH largest bankruptcy in history.

- As a first step in the recapitalization and restructuring plan, CIT has commenced a cash tender offer for its outstanding notes due in August, 2009. Shortly following the early expiration on July 31ST, the tender price was amended from $82.5 to $87.5 for bonds tendered prior to August 14TH. The company then reduced the minimum tender condition to 58% of the notes, an amount which approximates the number of Notes committed by the lenders in the Term Loan Facility. In a July regulatory filing, CIT had said it may seek bankruptcy without a successful August tender and CNBC has reported that the FDIC may seize CIT Bank if capital is too low.

*Issuer Specific: SLM Corporation*

- SLM Corporation (SLM), another finance company which relies in part on wholesale funding like CIT Group, continues to be present in news headlines. On July 23RD, S&P lowered the rating outlook of SLM from negative to credit watch negative, following the passing of the Miller bill by the House Education and Labor Committee.

- The Miller bill would eliminate the origination of Federal Family Education Loan Program (FFELP) loans by private sector lenders starting in July, 2010. While legislative risk has increased for FFELP lenders, SLM possesses other meaningful business segments, such as loan servicing, that generate positive earnings and cash flow.

- While not eligible to issue FDIC-guaranteed debt, SLM has benefited from two Department of Education funding and liquidity programs. Additionally, the TALF has enhanced market liquidity for student loan ABS, for both FFELP and private student loan collateral.

*This material is for information purposes only and for current participants only. The views expressed do not constitute investment advice or a recommendation to buy or sell any security or investment product and are subject to change without notice. There is no assurance that any security discussed was profitable or will prove to be profitable. All material has been obtained from sources believed to be reliable, but the accuracy cannot be guaranteed.*

continued


Northern Trust

- SLM has sold approximately $16 billion in TALF-eligible student loan ABS this year.
- In light of developments with CIT, investors are applying discounts to companies with headline risk, political risk and financing risk, all three of which apply to SLM.
- SLM was the second largest negative contributor to performance during the month, lowering the return by 19 bps. Exposure to SLM in STEP totals $424.2 million with maturities ranging from July, 2010 to October, 2011 with the value in the fund between $75 and $88.

*Issuer Specific: General Electric Capital Corporation*

- Generally, firms reliant on wholesale funding struggled for the month, however, General Electric Capital Corporation (GECC) was able to deftly avoid negative reaction to the CIT developments by receiving approval to exit TLGP for short-dated maturities and providing funding plans for 2009 and 2010 which included $9 billion of non-guaranteed debt issuance this year.

**STEP Portfolio Commentary Continued:**

- Effective July 22ND, STEP exchanged its Greenpoint security for an ownership interest in a Trust Certificate equal to the outstanding balance on July 15TH. As consideration for the exchange, which relieves Syncora Guarantee of any further obligation under the terms of the Greenpoint security, STEP received a cash payment equal to 13% of the outstanding balance as of June 5TH. The cash payment added 12 bps to performance. The new Trust Certificate price is slightly higher than the price for the tendered Greenpoint security, which added an additional 6 basis points to performance.
- Assets held in the STEP Liquidation Fund were little changed in July. The value in the fund for Lehman cash bonds were in the $0.15 – 0.17 range. Theta and Sigma remain valued at $0. We continue to receive the month-end portfolio updates for Theta Corporation. The program remains under restricted operating mode by Standard & Poor's, and as such is prohibited from making interest payments to capital note holders.
- Current pricing on all securities in STEP is consistent with secondary markets that are becoming better bid for some issuers with shorter maturity dates, and higher expected loss forecasts on underlying loans for securitized product. Uncertainty surrounding key considerations, such as the depth and duration of the current economic recession, make forecasting the ultimate recovery of some assets held in STEP difficult. We remain watchful in our search for opportunities to restructure, divest or otherwise reduce exposure to holdings, where appropriate.
- Approximately 62% of STEP holdings (measured using par values) mature over the next 18 months, which would result in about 35% of the current unrealized losses being recouped, assuming no further price declines. Another 13% of par matures between 19 months and 2 years, currently representing 20% of the unrealized losses. Thus, the STEP spread to LIBOR should well exceed the 20 bps benchmark on average during this period. Our current outlook for financial markets is marked by uncertainty. While there have been signs of improvements, the question of sustainability remains. We expect price volatility for fixed income securities to continue as global economies, labor markets and the consumer sector try to recover.

*This material is for information purposes only and for current participants only. The views expressed do not constitute investment advice or a recommendation to buy or sell any security or investment product and are subject to change without notice. There is no assurance that any security discussed was profitable or will prove to be profitable. All material has been obtained from sources believed to be reliable, but the accuracy cannot be guaranteed.*

continued


Northern Trust

Case: 1:09-cv-07203 Document #: 1-18 Filed: 11/17/09 Page 5 of 7 PageID #:285

## COLLECTIVE STEP INVESTMENT PROFILE

- STEP's preliminary, unaudited, July monthly return was +0.08% (net of fees)
- Total value of Collective STEP = $7.1 billion.
- Portfolio average credit quality is A+ (based on S&P Rating Scale):
  — 14% AAA, 25% AA, 49% A (includes cash equivalents), 9% BBB, 3% below BBB
- Weighted average life, as measured by interest sensitivity, is 42 days. Weighted average maturity is 2.14 years
- Portfolio investments include 87% in variable rate instruments; 1% in fixed rate and 12% in cash equivalents
- No exposure to Structured Investment Vehicle debt (SIV)
- Exposure to subprime residential mortgage-backed securities is 0.27%
- No Violations of Fund Declaration since the last monthly review

| MATURITY STRUCTURE | |
|---|---|
| Overnight | 11% |
| 2 Days – 6 Mo. | 16% |
| 6 Mo. – 1 YR. | 21% |
| 1 YR. – 1.5 YR. | 11% |
| 1.5 YR. – 2 YR. | 10% |
| 2 YR. – 2.5 YR. | 10% |
| 2.5 YR. – 3 YR. | 8% |
| > 3 Years | 13% |

| SECTOR BREAKDOWN | | |
|---|---|---|
| Banking | | 27% |
| Corporate | | 43% |
| Broker/Dealer | 12% | |
| Finance & Insurance | 26% | |
| Commercial & Industrial | 5% | |
| MBS | | 17% |
| ABS | | 1% |
| STIF | | 12% |

| TOP CORPORATE HOLDINGS | %MKT |
|---|---|
| GE Capital | 14.3% |
| Citigroup Inc. | 12.5% |
| Morgan Stanley | 6.2% |
| SLM Corp | 5.0% |
| American Express Credit | 4.3% |
| Wachovia Bank | 3.5% |
| Goldman Sachs | 3.4% |
| Bear Stearns Co. | 2.8% |
| Merrill Lynch | 2.4% |
| Bank of America | 2.1% |
| | 56.5% |



CONTRIBUTION TO TOTAL RETURN (UNANNUALIZED) FOR MONTH OF JULY

- iStar -0.14%
- Capmark -0.14%
- SLM -0.19%
- CIT Sale Impact -0.51%
- Greenpoint Exchange Cash Payment 0.12%
- G-Force CMBS 0.13%
- General Electric Capital Corp. 0.14%
- Morgan Stanley 0.15%

*This material is for information purposes only and for current participants only. The views expressed do not constitute investment advice or a recommendation to buy or sell any security or investment product and are subject to change without notice. There is no assurance that any security discussed was profitable or will prove to be profitable. All material has been obtained from sources believed to be reliable, but the accuracy cannot be guaranteed. Portfolio holdings are provided for information only and should not be construed as a recommendation of any security. Securities discussed do not represent the entire portfolio and in aggregate may represent only a small percentage of a portfolio's holdings. Information is subject to change without notice.*

continued



Northern Trust

## COLLECTIVE STIF INVESTMENT PROFILE

- STIF's June, preliminary, unaudited monthly return was 0.04%
- Total value of Collective STIF = $27.4 billion.
- Portfolio average credit quality is A1+: 93% A1+, 7% A1
- Weighted average life, as measured by interest sensitivity, is 64 days.
- No exposure to Structured Investment Vehicle Debt (SIV).
- Exposure to subprime residential mortgage backed securities is 0.31%
- Total number of securities = 196

| INTEREST RATE SENSITIVITY | |
|---|---|
| Overnight | 35% |
| 2 – 14 Days | 14% |
| 15 – 30 Days | 11% |
| 31 – 60 Days | 7% |
| 61 – 97 Days | 11% |
| 98 – 180 Days | 12% |
| 181 – 270 Days | 4% |
| 271 Days – 1 Yr | 6% |
| | 100% |

| SECURITY TYPE DISTRIBUTION | |
|---|---|
| Repurchase Agreements | 23% |
| Time Deposit | 10% |
| Commercial Paper | 12% |
| Certificate of Deposit | 29% |
| Discount Notes & T-Bills | 9% |
| Fixed Rate Note/Bond | 8% |
| Variable Rate Note/Bond | 10% |
| | 100% |

This material is for information purposes only and for current participants only. The views expressed do not constitute investment advice or a recommendation to buy or sell any security or investment product and are subject to change without notice. There is no assurance that any security discussed was profitable or will prove to be profitable. All material has been obtained from sources believed to be reliable, but the accuracy cannot be guaranteed.

continued


Northern Trust

## NORTHERN TRUST INVESTMENTS COLLECTIVE FUNDS PERFORMANCE

| | RETURN FOR JULY MTD 7/1/2009 – 7/31/2009* | MV | One Month | Trail Quarter | YTD | Trail 1 Year | Trail 2 Year* | Trail 3 Year* | Trail 4 Year* | Trail 5 Year* | Trail 6 Year* | Trail 7 Year* | Trail 8 Year* | Trail 9 Year* | Trail 10 Year* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Broad** | | | | | | | | | | | | | | | |
| **Collective STIF** | 0.04 | 27,355.8 | 0.04 | 0.14 | 0.43 | 1.15 | 2.58 | 3.53 | 3.77 | 3.50 | 3.10 | 2.88 | 2.86 | 3.20 | 3.50 |
| ML 91-Day T-Bill | 0.02 | | 0.02 | 0.04 | 0.12 | 0.79 | 2.09 | 3.11 | 3.37 | 3.15 | 2.80 | 2.60 | 2.59 | 2.93 | 3.20 |
| Excess Return | 0.02 | | 0.02 | 0.10 | 0.32 | 0.36 | 0.49 | 0.43 | 0.40 | 0.34 | 0.31 | 0.28 | 0.27 | 0.27 | 0.30 |
| | | | | | | | | | | | | | | | |
| **NTGI** | | | | | | | | | | | | | | | |
| **Collective STEP** | 0.08 | 7,096.0 | 0.08 | 3.73 | 4.51 | -3.67 | -2.03 | 0.32 | 1.35 | 1.54 | 1.49 | 1.50 | 1.57 | 2.04 | 2.45 |
| 1 Month Libor | 0.02 | | 0.02 | 0.08 | 0.23 | 1.18 | 2.47 | 3.44 | 3.75 | 3.53 | 3.14 | 2.89 | 2.81 | 3.11 | 3.39 |
| Excess Return | 0.06 | | 0.06 | 3.65 | 4.28 | -4.85 | -4.50 | -3.13 | -2.40 | -2.00 | -1.64 | -1.40 | -1.23 | -1.07 | -0.94 |

STIF Annualized Yield: 0.48%
July 1 – 31, 2009

*Notes:
STIF Returns Gross of Fees
STEP Returns Net of Fees
Preliminary, Unaudited Returns for July 1 – 31, 2009

FOR CURRENT PARTICIPANTS ONLY
Information is intended to illustrate characteristics of a representative portfolio and should not be considered investment advice or a recommendation of any security or strategy. It should not be assumed that investments were or will prove to be profitable. Subject to change without notice. Performance shown for periods greater than one year is annualized. Please refer to the Collective STEP 9/30/08 profile for additional information on the composite presented. This information was created using data available to us as of 12/31/2008 and is subject to change. All material has been obtained from sources believed to be reliable, but the accuracy cannot be guaranteed. "Traded Basis": reflects pending trades.

This presentation is for informational purposes for current participants only and is not intended as investment advice or a recommendation to buy or sell any security and is subject to change without notice. Northern Trust and its affiliates may have positions in, and may effect transactions in, the markets, contracts and related investments described herein, which positions and transactions may be in addition to, or different from, those taken in connection with the investments described herein. All material has been obtained from sources believed to be reliable, but the accuracy, completeness and interpretation cannot be guaranteed.

**Past performance is not indicative of future results.** Total returns are annualized for periods greater than one year unless otherwise indicated. Portfolio performance illustrations reflected are gross of investment management fees and reflect the reinvestment of dividends and other earnings. Actual portfolio returns would be reduced by investment management fees and other expenses relating to the management of your account. To illustrate the effect of compounding of fees, a $1,000,000 account which earned a 5.0% annual return and paid an annual fee of 0.20% would grow in value over five years to $1,276,000 before fees and $1,264,000 after deduction of fees. For additional information on fees, please read Part II of the Form ADV or consult your Northern Trust Representative.

| NOT FDIC INSURED | May lose value / No bank guarantee |

northerntrust.com



Q26014 (8/09)