**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated, | The Hon. William T. Hart, *Judge Presiding.* Magistrate Judge Michael T. Mason |
| Plaintiffs, | Case No. 09-CV-07203 |
| v. | |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, | |
| Defendants. | |

**DEFENDANTS' MOTION TO DISMISS THE AMENDED
CLASS ACTION COMPLAINT PURSUANT TO RULE 12(b)(6)**

NOW COME defendants Northern Trust Investments, N.A., and The Northern Trust Company, by and through their attorneys, and hereby move to dismiss the amended class action complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted, as set forth more fully in the accompanying memorandum that defendants have filed today and which is incorporated herein.[1]

WHEREFORE, defendants respectfully ask this Court to dismiss the amended complaint in its entirety and with prejudice.

---

[1] Defendants have also filed concurrently with this Motion a motion to dismiss certain claims pursuant to Fed. R. Civ. P. 12(b)(1). In that motion, defendants ask this Court to dismiss for lack of standing (i) the direct lending claims brought by plaintiffs The Board of Trustees of the City of Pontiac Police & Fire Retirement System and The Board of Trustees of the City of Pontiac General Employees Retirement System; and (ii) the remaining plaintiffs' claims pertaining to any alleged misconduct involving commingled lending funds other than the funds in which those plaintiffs actually invested.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 3, 2010 | /s/ Michele Odorizzi<br>Michele Odorizzi<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606<br>(312) 782-0600 |
|  | Caryn L. Jacobs<br>WINSTON & STRAWN LLP<br>35 South Wacker Drive<br>Chicago, Illinois 60601<br>(312) 558-5600 |
|  | *Counsel for Defendants Northern Trust Investments, N.A. and The Northern Trust Company* |