**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Firefighters' Retirement System, and    Case Number:    1:09-cv-07203

All Others Similarly Situated, Plaintiffs v.

Northern Trust Investments, N.A. and

The Northern Trust Company, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Firefighters' Retirement System, and All Others Similarly Situated

| | |
|---|---|
| NAME (Type or print) Kimberly Fladhammer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) /s/Kimberly Fladhammer | |
| FIRM  Bailey & Glasser, LLP | |
| STREET ADDRESS  3601 McDonough Street | |
| CITY/STATE/ZIP  Joliet, IL  60431 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) Il ARDC # 6211232 | TELEPHONE NUMBER  (815) 730-8213 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") Y | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL                    APPOINTED COUNSEL | |