# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Louisiana Firefighters' Retirement System, Public
School Teachers' Pension & Retirement Fund of
Chicago, et al.

                                                                 Plaintiff,

v.                                                                    Case No.:
                                                                              1:09−cv−07203
                                                                              Honorable Robert W.
                                                                              Gettleman

Northern Trust Investments, N.A., et al.

                                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 13, 2011:

      MINUTE entry before Honorable Michael T. Mason: Status hearing held and continued to 9/27/11 at 9:00 am in Courtroom 1041. As discussed on the record, discovery in this matter will not be bifurcated. However, the parties are directed to meet and confer regarding how discovery might be prioritized, and to present any agreement regarding that prioritization at the 9/27/11 status hearing. Additionally, the parties are directed to review, then meet and confer regarding, this Court's Standing Order for Electronic Discovery, and to file their agreement regarding discovery of electronically stored information by 9/26/11. Finally, the parties are directed to meet and confer regarding any outstanding issues related to a proposed protective order for confidential information. The parties are to submit, by 12:00 pm on 9/26/11, a revised −− and ideally agreed −− proposed protective order for confidential information to this Court's proposed order email address, Proposed_Order_Mason&#064;ilnd.uscourts.gov. That proposal shall be in Word Perfect format and shall include a signature block and electronic signature of counsel of record for each party.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.