## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 4.2**
## Eastern Division

Louisiana Firefighters' Retirement System, Public
School Teachers' Pension & Retirement Fund of
Chicago, et al.

                         Plaintiff,

v.
      Case No.:
      1:09−cv−07203
      Honorable Robert W. Gettleman

Northern Trust Investments, N.A., et al.

                         Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 15, 2011:

      MINUTE entry before Honorable Michael T. Mason: As disclosed on the record in open court on 9/13/11 and it appearing that this Honorable Court does at this time own stock in one of the involved parties in this case, Magistrate Judge Mason hereby recuses himself from this case. All pending deadlines and hearings before this Court are hereby stricken. Reassignment Order to follow. Judge Michael T. Mason no longer referred to the case. Mailed notice.(rbf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.