**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated, | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Sheila M. Finnegan |
| Plaintiffs, | |
| v. | |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, | |
| Defendants. | |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, | |
| Third-Party Plaintiffs, | |
| v. | |
| THE BOARD OF TRUSTEES FOR THE LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES FOR THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, | |
| Third-Party Defendants. | |

THE NORTHERN TRUST COMPANY,

          Counter-Plaintiff,

          v.

PUBLIC SCHOOL TEACHERS' PENSION &
RETIREMENT FUND OF CHICAGO,

          Counter-Defendant.

## UNOPPOSED MOTION OF THIRD-PARTY DEFENDANTS, COUNTER-DEFENDANT AND PLAINTIFFS TO FILE AN OVERSIZED MEMORANDUM

Third-party defendants the Board of Trustees for the Louisiana Firefighters' Retirement System, the Board of Trustees for the Public School Teachers' Pension & Retirement Fund of Chicago, the Board of Trustees of the City of Pontiac Police & Fire Retirement System, and the Board of Trustees of the City of Pontiac General Employees Retirement System (the "Boards" and "Third-Party Defendants"), counter-defendant Public School Teachers' Pension & Retirement Fund of Chicago ("Chicago Teachers"), and plaintiffs Louisiana Firefighters' Retirement System, Chicago Teachers, the Board of Trustees of the City of Pontiac Police & Fire Retirement System, and the Board of Trustees of the City of Pontiac General Employees Retirement System ("Plaintiffs," including Chicago Teachers) by and through their attorneys, respectfully ask this Court for leave to file a single memorandum not to exceed 35 pages in support of (1) Third-Party Defendants' Motion to Dismiss the Third-Party Complaint; (2) Chicago Teachers' Motion to Dismiss the Counterclaim; and (3) Plaintiffs' Motion to Strike Affirmative Defenses to the Amended Class Action Complaint. In support of their motion, the Boards and Plaintiffs state as follows:

1. On July 16, 2010, Plaintiffs filed the Amended Class Action Complaint in this Court, alleging that Northern Trust Investments, N.A., and The Northern Trust Company (collectively, "Northern Trust" or "Defendants"), breached fiduciary and contractual duties owed to a putative class of investors participating in Northern Trust's securities lending program.

2. On May 6, 2011, Your Honor granted and denied in part Defendants' Motion to Dismiss and sustained the majority of Plaintiffs' claims. Thereafter, pursuant to this Court's Order, Northern Trust answered the Amended Complaint on June 30, 2011. On July 14, 2011, Northern Trust filed an Amended Answer, Third-Party Complaint, and Counterclaim. The Third-Party Complaint asserts claims for contribution and indemnification from the Boards in their individual capacities in the event that Northern Trust is found liable to Plaintiffs for any breach of fiduciary or contractual duties. The Counterclaim alleges that Chicago Teachers breached its contract with Northern Trust. The Amended Answer asserts numerous affirmative defenses.

3. On July 29, 2011, the parties stipulated that responses to Defendants' Answer and Affirmative Defenses, the Third-party Claims, and Counterclaim would be due on September 26, 2011. *See* Order dated August 3, 2011 (Dkt. 85). Pursuant to Local Rule 7.1, a party must seek prior approval from the Court to file a brief in support of a motion that exceeds 15 pages.

4. Northern Trust's Amended Answer, Third-Party Complaint, and Counterclaim constitute three separate pleadings, which give rise rise to three separate motions (two motions to dismiss and a motion to strike). Filed separately, Plaintiffs, Third-party Defendants and Chicago Teachers would be entitled under the rules to 45

pages of briefing in support of those three motions.

5.      In the interests of judicial economy, and because of certain overlapping issues, Plaintiffs, Third-party Defendants and Chicago Teachers respectfully request leave to file a single brief of not more than 35 pages in support of the three motions.

6.      Third-Party Defendants' and Plaintiffs' counsel has conferred with Northern Trust's counsel regarding the substance of this motion, and Defendants do not oppose the relief sought by this motion. Plaintiffs will not oppose similar relief if subsequently requested by Defendants.

WHEREFORE, Third-Party Defendants, Chicago Teachers and Plaintiffs respectfully request that this Court grant them leave to file a memorandum not to exceed 35 pages in support of the motions to dismiss the Third-Party Complaint and Counterclaim, and in support of Plaintiffs' Motion to Strike, due September 26, 2011.

Dated: September 19, 2011
Respectfully submitted,

/s/ Avi Josefson
Avi Josefson
2835 N. Sheffield Avenue, Suite 409
Chicago, Illinois 60657
Telephone: 773-883-5382
avi@blbglaw.com

David Wales
Rebecca Boon
Brett Van Benthysen
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Telephone: 212-554-1400
dwales@blbglaw.com
rebecca.boon@blbglaw.com
brett@blbglaw.com

**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**

*Counsel for Plaintiff Public School Teachers'
Pension & Retirement Fund of Chicago*

Lynn L. Sarko
Derek W. Loeser
Raymond J. Farrow
Laura R. Gerber
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-623-1900
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
rfarrow@kellerrohrback.com
lgerber@kellerrohrback.com

**KELLER ROHRBACK L.L.P.**

*Counsel for Plaintiff Firefighters' Retirement
System*

Garrett W. Wotkyns
Michael C. McKay
7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, AZ 85258
Telephone: 480-607-4368
gwotkyns@schneiderwallace.com
mmckay@schneiderwallace.com

**SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP**

*Counsel for Plaintiff Firefighters' Retirement
System*

Sharon S. Almonrode
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48037
Telephone: 248-746-0700
salmonrode@swappc.com

**SULLIVAN, WARD, ASHER & PATTON,
P.C.**

*Counsel for Plaintiffs The Board of Trustees of*

5

*the City of Pontiac Police & Fire Retirement System and The Board of Trustees of the City of Pontiac General Employees Retirement System*

Elizabeth Hoskins Dow, #6216262
1003 Western Avenue
Joliet, IL 60435
Telephone: 815-740-4034
ldow@baileyglasser.com

**BAILEY & GLASSER LLP**

*Counsel for Plaintiffs*

Steven Stockstill
3100 Brentwood Drive
Baton Rouge, LA 70809
Tel: (225) 925-4060
Fax: (225) 925-4062
Louisiana Bar No. 19166

*Additional Counsel for Plaintiff Louisiana Firefighters' Retirement System*