# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Louisiana Firefighters' Retirement System, Public
School Teachers' Pension & Retirement Fund of
Chicago, et al.

          Plaintiff,

v.           Case No.:
          1:09−cv−07203
          Honorable Robert W. Gettleman

Northern Trust Investments, N.A., et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 26, 2011:

    MINUTE entry before Honorable Susan E. Cox: Status hearing held. The Court suggested that the discovery on class certification be prioritized, although not bifurcated. Parties are to meet and confer and each side is to submit its proposals on how discovery should be conducted on or before 10/11/11. During the meet and confer, parties are to discuss preservation and protocol for electronic discovery. If the parties have not done so already, each side is to designate a technical liaison. Status hearing set for 10/13/11 at 10:00 a.m. to resolve outstanding disputes and set discovery cut−off. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.