**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated, | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Susan E. Cox |
| Plaintiffs, | |
| v. | |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, | |
| Defendants. | |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, | |
| Third-Party Plaintiffs, | |
| v. | |
| THE BOARD OF TRUSTEES FOR THE LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES FOR THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, | |
| Third-Party Defendants. | |

THE NORTHERN TRUST COMPANY,

       Counter-Plaintiff,

v.

PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO,

       Counter-Defendant.

**THIRD PARTY DEFENDANTS' AND COUNTERDEFENDANT'S MOTION TO DISMISS THE THIRD-PARTY COMPLAINT AND COUNTERCLAIM AND PLAINTIFFS' MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES**

Third-party defendants the Board of Trustees for the Louisiana Firefighters' Retirement System, the Board of Trustees for the Public School Teachers' Pension & Retirement Fund of Chicago, the Board of Trustees of the City of Pontiac Police & Fire Retirement System, and the Board of Trustees of the City of Pontiac General Employees Retirement System, by and through their attorneys, hereby move to dismiss the Third-party Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(b)(7), and 12(b)(2); Counterdefendant the Public School Teachers' Pension & Retirement Fund of Chicago, by and through its attorneys, hereby moves to dismiss the Counterclaim pursuant to Federal Rule of Civil Procedure 12(b)(6); and Plaintiffs, by and through their attorneys, hereby move to strike certain of Defendants' Affirmative Defenses to the Amended Class Action Complaint, as set forth in the accompanying memorandum which is incorporated herein.

2

| | |
|---|---|
| Dated: September 26, 2011 | Respectfully submitted, |

/s/ Avi Josefson
Avi Josefson
2835 N. Sheffield Avenue, Suite 409
Chicago, Illinois 60657
Telephone:  773-883-5382
avi@blbglaw.com

David Wales
Rebecca Boon
Brett Van Benthysen
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Telephone:  212-554-1400
dwales@blbglaw.com
rebecca.boon@blbglaw.com
brett@blbglaw.com

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*Counsel for Plaintiff Public School Teachers' Pension & Retirement Fund of Chicago*

Lynn L. Sarko
Derek W. Loeser
Raymond J. Farrow
Laura R. Gerber
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone:  206-623-1900
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
rfarrow@kellerrohrback.com
lgerber@kellerrohrback.com

**KELLER ROHRBACK L.L.P.**

*Counsel for Plaintiff Firefighters' Retirement System*

Garrett W. Wotkyns
Michael C. McKay
7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, AZ 85258

2

Telephone: 480-607-4368
gwotkyns@schneiderwallace.com
mmckay@schneiderwallace.com

**SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP**

*Counsel for Plaintiff Firefighters' Retirement System*

Sharon S. Almonrode
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48037
Telephone: 248-746-0700
salmonrode@swappc.com

**SULLIVAN, WARD, ASHER & PATTON, P.C.**

*Counsel for Plaintiffs the Board of Trustees of the City of Pontiac Police & Fire Retirement System and the Board of Trustees of the City of Pontiac General Employees Retirement System*

Elizabeth Hoskins Dow, #6216262
1003 Western Avenue
Joliet, IL 60435
Telephone: 815-740-4034
ldow@baileyglasser.com

**BAILEY & GLASSER LLP**

*Counsel for Plaintiffs*

Steven Stockstill
3100 Brentwood Drive
Baton Rouge, LA 70809
Tel: (225) 925-4060
Fax: (225) 925-4062
Louisiana Bar No. 19166

*Additional Counsel for Plaintiff Louisiana Firefighters' Retirement System*

3