# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>NORTHERN TRUST INVESTMENTS, INC., and THE NORTHERN TRUST COMPANY,<br><br>      Defendants. | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Susan E. Cox |
| NORTHERN TRUST INVESTMENTS, INC., and THE NORTHERN TRUST COMPANY,<br><br>      Third-Party Plaintiffs,<br><br>      v.<br><br>THE BOARD OF TRUSTEES FOR THE LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES FOR THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM,<br><br>      Third-Party Defendants. | |

| |
|---|
| THE NORTHERN TRUST COMPANY,<br><br>      Counter-Plaintiff,<br><br>      v.<br><br>PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO,<br><br>      Counter-Defendant. |

## NOTICE OF MOTION

**To: Counsel for Plaintiffs and Third-Party Defendants**

PLEASE TAKE NOTICE that on October 12, 2011 at 9:15 a.m., the undersigned shall appear before the Honorable Robert W. Gettleman or any judge sitting in his stead, at the U.S. District Courthouse, 219 South Dearborn Street, Courtroom 1703, Chicago, Illinois, and then and there present NORTHERN TRUST'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS THIRD-PARTY COMPLAINT AND COUNTERCLAIM AND MOTION TO STRIKE AFFIRMATIVE DEFENSES, AND FOR LEAVE TO FILE AN OVERSIZED MEMORANDUM, a copy of which is attached and hereby served upon you.

Dated:  October 6, 2011

Respectfully submitted,

/s/ Caryn L. Jacobs

Caryn L. Jacobs
Todd J. Ehlman
Brook R. Long
Nathan T. Kipp
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600
(312) 558-5700 – Facsimile

Michele L. Odorizzi
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois  60606
(312) 782-0600
(312) 701-7711 – Facsimile

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

    I, Gregory M. Bassi, an attorney, hereby certify under penalty of perjury that a true and correct copy of the foregoing **NOTICE OF MOTION**, was served on counsel for all parties electronically via the CM/ECF system on October 6, 2011.

                            By: /s/ Gregory M. Bassi

                            Gregory M. Bassi
                            WINSTON & STRAWN LLP
                            35 West Wacker Drive
                            Chicago, Illinois 60601

                            *Attorney for Northern Trust*