**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>    Defendants. | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Susan E. Cox<br><br>JURY TRIAL DEMANDED<br><br>**PLAINTIFFS' MOTION TO COMPEL PRODUCTION** |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>THE BOARD OF TRUSTEES FOR THE LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES FOR THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM,<br><br>    Third-Party Defendants. | |
| THE NORTHERN TRUST COMPANY,<br><br>    Counter-Plaintiff,<br><br>    v.<br><br>PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO,<br><br>    Counter-Defendant. | |

1

Plaintiffs, the Louisiana Firefighters' Retirement System, the Public School Teachers' Pension & Retirement Fund of Chicago, the Board of Trustees of the City of Pontiac Police & Fire Retirement System, and the Board of Trustees of the City of Pontiac General Employees Retirement System, by and through their attorneys, hereby move this Court for an order compelling Defendants to disclose information related to the identities and securities lending activities of their clients, and to comply with the notice provisions of 205 ILCS 5/48.1, as set forth in the accompanying memorandum which is incorporated herein.

Dated: October 10, 2011                     Respectfully submitted,

**KELLER ROHRBACK L.L.P.**                  Avi Josefson
                                            **BERNSTEIN LITOWITZ BERGER &**
By:     s/ Laura R. Gerber                  **GROSSMANN LLP**
Lynn L. Sarko                               2835 N. Sheffield Avenue, Suite 409
Derek W. Loeser                             Chicago, Illinois 60657
Raymond J. Farrow                           Telephone: 773-883-5382
Laura R. Gerber                             avi@blbglaw.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101                           David Wales
Telephone: 206-623-1900                     Rebecca Boon
lsarko@kellerrohrback.com                   Brett Van Benthysen
dloeser@kellerrohrback.com                  **BERNSTEIN LITOWITZ BERGER &**
rfarrow@kellerrohrback.com                  **GROSSMANN LLP**
lgerber@kellerrohrback.com                  1285 Avenue of the Americas, 38th Floor
                                            New York, New York 10019
*Counsel for Plaintiff Firefighters'*       Telephone: 212-554-1400
*Retirement System*                         dwales@blbglaw.com
                                            rebecca.boon@blbglaw.com
                                            brett@blbglaw.com

                                            *Counsel for Plaintiff Public School Teachers'*
                                            *Pension & Retirement Fund of Chicago*

2

**SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP**
Todd M. Schneider
Mark T. Johnson
**SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP**
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
tschneider@schneiderwallace.com
mjohnson@schneiderwallace.com

Garrett W. Wotkyns
Michael C. McKay
**SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP**
7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, AZ 85258
Telephone: 480-607-4368
gwotkyns@schneiderwallace.com
mmckay@schneiderwallace.com

*Counsel for Plaintiff Firefighters' Retirement System*

Sharon S. Almonrode
**SULLIVAN, WARD, ASHER & PATTON, P.C.**
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48037
Telephone: 248-746-0700
salmonrode@swappc.com

*Counsel for Plaintiffs The Board of Trustees of the City of Pontiac Police & Fire Retirement System and The Board of Trustees of the City of Pontiac General Employees Retirement System*

Elizabeth Hoskins Dow, #6216262
**BAILEY & GLASSER LLP**
1003 Western Avenue
Joliet, IL 60435
Telephone: 815-740-4034
ldow@baileyglasser.com

*Counsel for Plaintiff Firefighters' Retirement System*

3