**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>      Defendants. | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Susan E. Cox<br><br>JURY TRIAL DEMANDED<br><br><br>**NOTICE OF MOTION** |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>      Third-Party Plaintiffs,<br><br>      v.<br><br>THE BOARD OF TRUSTEES FOR THE LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES FOR THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM,<br><br>      Third-Party Defendants.<br><br>THE NORTHERN TRUST COMPANY,<br><br>      Counter-Plaintiff,<br><br>      v.<br><br>PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO,<br><br>      Counter-Defendant. | |

1

TO:     WINSTON & STRAWN LLP
            Caryn L. Jacobs
            Todd J. Ehlman
            Brook R. Long
            Nathan T. Kipp
            35 West Wacker Drive
            Chicago, IL 60601-9703

            MAYER BROWN LLP
            Michele Louise Odorizzi
            Justin A. McCarty
            71 South Wacker Drive
            Chicago, IL 60606

PLEASE TAKE NOTICE that on Thursday, October 13, 2011 at 10:00 a.m., I shall appear before the Honorable Magistrate Judge Susan E. Cox or any judge sitting in her stead in Courtroom 1342 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion attached hereto:

**PLAINTIFFS' MOTION TO COMPEL**

Dated: October 10, 2011                                                        Respectfully submitted,

| | |
|---|---|
| **KELLER ROHRBACK L.L.P.** | Avi Josefson |
| | **BERNSTEIN LITOWITZ BERGER &** |
| By:    s/ Laura R. Gerber | **GROSSMANN LLP** |
| Lynn L. Sarko | 2835 N. Sheffield Avenue, Suite 409 |
| Derek W. Loeser | Chicago, Illinois 60657 |
| Raymond J. Farrow | Telephone: 773-883-5382 |
| Laura R. Gerber | avi@blbglaw.com |
| 1201 Third Avenue, Suite 3200 | |
| Seattle, WA 98101 | David Wales |
| Telephone: 206-623-1900 | Rebecca Boon |
| lsarko@kellerrohrback.com | Brett Van Benthysen |
| dloeser@kellerrohrback.com | **BERNSTEIN LITOWITZ BERGER &** |
| rfarrow@kellerrohrback.com | **GROSSMANN LLP** |
| lgerber@kellerrohrback.com | 1285 Avenue of the Americas, 38th Floor |
| | New York, New York 10019 |
| *Counsel for Plaintiff Firefighters'* | Telephone: 212-554-1400 |
| *Retirement System* | dwales@blbglaw.com |
| | rebecca.boon@blbglaw.com |
| | brett@blbglaw.com |

**SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP**
Todd M. Schneider
Mark T. Johnson
**SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP**
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
tschneider@schneiderwallace.com
mjohnson@schneiderwallace.com

Garrett W. Wotkyns
Michael C. McKay
**SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP**
7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, AZ 85258
Telephone: 480-607-4368
gwotkyns@schneiderwallace.com
mmckay@schneiderwallace.com

*Counsel for Plaintiff Firefighters' Retirement System*

Sharon S. Almonrode
**SULLIVAN, WARD, ASHER & PATTON, P.C.**
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48037
Telephone: 248-746-0700
salmonrode@swappc.com

*Counsel for Plaintiffs The Board of Trustees of the City of Pontiac Police & Fire Retirement System and The Board of Trustees of the City of Pontiac General Employees Retirement System*

*Counsel for Plaintiff Public School Teachers' Pension & Retirement Fund of Chicago*

Elizabeth Hoskins Dow, #6216262
**BAILEY & GLASSER LLP**
1003 Western Avenue
Joliet, IL 60435
Telephone: 815-740-4034
ldow@baileyglasser.com

*Counsel for Plaintiff Firefighters' Retirement System*

3