**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br> Plaintiffs,<br><br> v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br> Defendants. | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Susan E. Cox<br><br>JURY TRIAL DEMANDED<br><br>**PLAINTIFFS' STATEMENT PURSUANT TO LOCAL RULE 37.2** |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br> Third-Party Plaintiffs,<br><br> v.<br><br>THE BOARD OF TRUSTEES FOR THE LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES FOR THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM,<br><br> Third-Party Defendants.<br><br>THE NORTHERN TRUST COMPANY,<br><br> Counter-Plaintiff,<br><br> v.<br><br>PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO,<br><br> Counter-Defendant. | |

1

This Motion is made after good-faith attempts to resolve differences by written and telephonic consultation. L.R. 37.2. The parties discussed by telephone the production issues presented by this Motion on August 10, September 28, and October 3, 2011. Decl. of Laura R. Gerber in Supp. of Mot. to Compel Production ¶¶ 3, 6 and 8. Plaintiffs explained their disagreement at greater length in an October 5, 2011 letter. *Id.*, Ex. 5. On October 10, 2011, Defendants stated by telephone that they would stand on their objections to production. *Id.* ¶ 11.

| | |
|---|---|
| Dated: October 10, 2011 | Respectfully submitted, |

**KELLER ROHRBACK L.L.P.**

By: s/ Laura R. Gerber
Lynn L. Sarko
Derek W. Loeser
Raymond J. Farrow
Laura R. Gerber
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-623-1900
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
rfarrow@kellerrohrback.com
lgerber@kellerrohrback.com

*Counsel for Plaintiff Firefighters' Retirement System*

Avi Josefson
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2835 N. Sheffield Avenue, Suite 409
Chicago, Illinois 60657
Telephone: 773-883-5382
avi@blbglaw.com

David Wales
Rebecca Boon
Brett Van Benthysen
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Telephone: 212-554-1400
dwales@blbglaw.com
rebecca.boon@blbglaw.com
brett@blbglaw.com

*Counsel for Plaintiff Public School Teachers' Pension & Retirement Fund of Chicago*

**SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP**
Todd M. Schneider
Mark T. Johnson
**SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP**
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
tschneider@schneiderwallace.com
mjohnson@schneiderwallace.com

Garrett W. Wotkyns
Michael C. McKay
**SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP**
7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, AZ 85258
Telephone: 480-607-4368
gwotkyns@schneiderwallace.com
mmckay@schneiderwallace.com

*Counsel for Plaintiff Firefighters' Retirement System*

Sharon S. Almonrode
**SULLIVAN, WARD, ASHER & PATTON, P.C.**
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48037
Telephone: 248-746-0700
salmonrode@swappc.com

*Counsel for Plaintiffs The Board of Trustees of the City of Pontiac Police & Fire Retirement System and The Board of Trustees of the City of Pontiac General Employees Retirement System*

Elizabeth Hoskins Dow, #6216262
**BAILEY & GLASSER LLP**
1003 Western Avenue
Joliet, IL 60435
Telephone: 815-740-4034
ldow@baileyglasser.com

*Counsel for Plaintiff Firefighters' Retirement System*

3