**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>   Defendants. | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Susan E. Cox<br><br>JURY TRIAL DEMANDED<br><br>**CERTIFICATE OF SERVICE** |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>   Third-Party Plaintiffs,<br><br>   v.<br><br>THE BOARD OF TRUSTEES FOR THE LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES FOR THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM,<br><br>   Third-Party Defendants.<br><br>THE NORTHERN TRUST COMPANY,<br><br>   Counter-Plaintiff,<br><br>   v.<br><br>PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO,<br><br>   Counter-Defendant. | |

1

I hereby certify that on October 10, 2011, a true and correct copy of PLAINTIFFS' MOTION TO COMPEL PRODUCTION; PLAINTIFFS' STATEMENT PURSUANT TO LOCAL RULE 37.2; PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO COMPEL; DECLARATION OF LAURA R. GERBER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL; and [PROPOSED] ORDER was served upon counsel of record via ECF and Email.

| | |
|---|---|
| Caryn L. Jacobs<br>Todd J. Ehlman<br>Brook R. Long<br>Nathan T. Kipp<br>WINSTON & STRAWN, LLP<br>35 West Wacker Drive<br>Chicago, IL 60601-9703<br><br>cjacobs@winston.com<br>tehlman@winston.com<br>blong@winston.com<br>nkipp@winston.com | Michele Louise Odorizzi<br>John Joseph Tharp, Jr.<br>MAYER BROWN, LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 782-0600<br><br>modorizzi@mayerbrown.com<br>jtharp@mayerbrown.com |

DATED this 10th day of October, 2011.

/s/ Laura R. Gerber
Laura R. Gerber
KELLER ROHRBACK L.L.P.
1201 3rd Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384