# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7203 | **DATE** | 10/13/2011 |
| **CASE TITLE** | Louisiana Firefighters' Retirement System, et al vs. Northern Trust Investments, N.A., et al | | |

**DOCKET ENTRY TEXT**

Enter Stipulated Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|