# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Louisiana Firefighters' Retirement System, Public School Teachers' Pension & Retirement Fund of Chicago, et al.

Plaintiff,

v.

Case No.: 1:09−cv−07203

Honorable Robert W. Gettleman

Northern Trust Investments, N.A., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 21, 2011:

MINUTE entry before Honorable Susan E. Cox: The Court has considered the discovery prioritization proposals submitted by the parties [dkts. 120 & 121]. The following issues are to be prioritized during discovery: (1) contracts and emails concerning any duty or obligation defendants owed to the four named plaintiffs and a sample set of four other investors to be agreed upon by the parties; (2) guidelines, changes to guidelines, and documents regarding compliance or non−compliance with guidelines with regard to the two collateral pools named in the plaintiffs' complaint plus an additional third collateral pool to be named by the plaintiffs, and guidelines for all other commingled collateral pools; (3) asset holdings lists for the two collateral pools named in the plaintiffs' complaint plus an additional third collateral pool to be named by the plaintiffs; (4) committee−level documents discussing the collateral reinvestment portfolios and other documents relating to economic and market issues; (5) identification of members of the Northern Trust committees during the relevant time period; (6) data on any realized losses and loss calculations for the four named plaintiffs and a sample set of four other investors to be agreed upon by the parties and their investments; (7) documents pertaining to withdrawal and redemption restrictions related to (a) the four named plaintiffs and a sample set of four other investors to be agreed upon by the parties and (b) the two collateral pools named in the plaintiffs complaint plus an additional third collateral pool to be named by the plaintiffs; (8) identification of the individuals responsible for investment management or risk management decisions concerning all collateral pools; and (9) internal discussions, including emails, involving those individuals listed in defendants' Federal Rule of Civil Procedure 26(a) disclosure, which address acceptance of collateral, investment of collateral, decisions to declare collateral deficiencies, risk management decisions, and the effect of market and economic conditions on these issues. These discussions are further limited to issues related to (a) the four named plaintiffs and a sample set of four other investors to be agreed upon by the parties and (b) the two collateral pools named in the plaintiffs' complaint plus an additional third collateral pool to be named by the plaintiffs. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.