Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **09 C 7203** | **DATE** | 12/13/2011 |
| **CASE TITLES** | Louisiana Firefighters Retirement   v   Northern Trust | | |

**DOCKET ENTRY TEXT:**

Motion [103] of Mark T. Johnson for leave to appear pro hac vice is granted.
Motion [104] of Banjamin Gould for leave to appear pro hac vice is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|