# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Louisiana Firefighters' Retirement System, Public
School Teachers' Pension & Retirement Fund of
Chicago, et al.

Plaintiff,

v.

Case No.:
1:09−cv−07203
Honorable Robert W.
Gettleman

Northern Trust Investments, N.A., et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 16, 2011:

MINUTE entry before Honorable Susan E. Cox: Status hearing held. The parties
are to file simultaneous three page briefs outlining their respective positions on the
remaining dispute regarding ESI protocol on 1/4/12. Fact discovery cut−off set for
12/31/12. Further status to be set after the Court receives the parties' positions. Mailed
notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.