Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7203 | **DATE** | 1/31/2012 |
| **CASE TITLE** | Louisiana Firefighters' Retirement System, et al vs. Northern Trust Investments, N.A., et al | | |

**DOCKET ENTRY TEXT**

Enter Order on Stipulation Concerning the Production of Electronically Stored Information.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|

09C7203 Louisiana Firefighters' Retirement System, et al vs. Northern Trust Investments, N.A., et al          Page 1 of 1