**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated, | Case No. 09-7203 Hon. Robert W. Gettleman Magistrate Judge Susan E. Cox |
| Plaintiffs, | |
| v. | |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, | |
| Defendants. | |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, | |
| Third-Party Plaintiffs, | |
| v. | |
| THE BOARD OF TRUSTEES FOR THE LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES FOR THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, | |
| Third-Party Defendants. | |

THE NORTHERN TRUST COMPANY,

    Counter-Plaintiff,

v.

PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO,

    Counter-Defendant.

### ORDER ON STIPULATION CONCERNING THE PRODUCTION OF ELECTRONICALLY STORED INFORMATION

This matter comes before the Court pursuant to its Standing Order Relating to the Discovery of Electronically Stored Information ("ESI") (Dkt. #107);

***WHEREAS***, documents and information sought, produced, or exhibited in this Action may include ESI;

***WHEREAS***, the Court is participating in the Pilot Program initiated by the Seventh Circuit Electronic Discovery Committee;

***WHEREAS***, the Court has instructed the parties to familiarize themselves with, and comport themselves consistent with, that Committee's Principles Relating to the Discovery of ESI; and

***WHEREAS***, pursuant to the Court's instructions, the parties, through their respective counsel, have met and conferred extensively on the matter of the production of ESI, and have stipulated to the terms of the following Order Concerning the Production of ESI in this Action;

***IT IS HEREBY ORDERED THAT***:

**Definitions**

For the purpose of this Order, the following definitions apply, unless a contrary use or limitation on a defined term is specified:

1. "Meta-Data" means: (i) information embedded in a Native File that is not ordinarily viewable or printable from the application that generated, edited, or modified such Native File; and (ii) information generated automatically by the operation of a computer or other information technology system when a Native File is created, modified, transmitted, deleted, or otherwise manipulated by the user of such system. "Meta-Data" is a subset of ESI.

2. "Native File(s)" means ESI in the electronic format of the application in which such ESI is normally created, viewed, and/or modified. "Native Files" are a subset of ESI.

3. "Image File(s)" means a representation of ESI produced by (i) converting a Native File into a standard image format capable of being viewed and printed on standard computer systems; or (ii) scanning a hard-copy file into a standard-image file capable of being viewed and printed on standard computer systems.

4. ".TIFF" refers to Tagged Image File Format, a particular form of Image File.

5. "OCR" means Optical Character Recognition, and is the machine recognition of printed characters from Image Files or other non-searchable text contained in a document into machine-encoded text so that the text can be indexed and searched for specific characters, words, or phrases.

6. "Extracted" text means the electronic extraction of a Native File's content that can be indexed and searched without OCR.

7. A "load file" is a file containing commands or information necessary to import coded, captured, or Extracted data from ESI processing into a document management database, such as Concordance (file extension .dat) or Concordance Image (file extensions .opt or .log), and that defines the links between multiple records or document images.

**General Principles**

8. The provisions set forth herein apply to the production of all documents, regardless of which party is seeking or producing the documents.

9. This Order does not in any way limit or otherwise affect any party's right to assert that ESI, including Meta-Data, is privileged or subject to protection from discovery as attorney work product. The general rules of privilege and work product applicable to discovery generally apply to ESI. Meta-Data shall be afforded the same protection for privilege and work product as other documents.

10. Notwithstanding this Order, the parties may separately agree to deviate from the protocols set forth herein as to specific documents or categories of documents provided that such agreement is memorialized in writing.

11. Either party reserves the right to seek relief from this Order pursuant to Fed. R. Civ. P. 26(b)(2), or for other good cause shown.

**General Protocol For Producing ESI**

12. All documents that are maintained in the usual course of business in electronic format, other than spreadsheets and databases, shall be produced in unitized, single page .TIFF (Group IV black & white) files with Bates numbers branded to the images so that the numbers print.

13. Document level text files shall be produced for each imaged document containing the document's Extracted text where available or OCR.

14. The Extracted or OCR text file names shall match the beginning Bates or control number of the document the file names represent.

15. Page breaks with individual Bates or control numbers for each page in the document will be identified for documents that are scanned from a hard copy, with OCR

scanning performed subsequent to the Bates stamping of the images. Otherwise, page breaks need not be identified.

16. Database Load Files shall be provided in a Concordance ".dat" file containing the Extracted Meta-Data in delimited database fields within the load file.

17. Image Load files shall provide a document number for each image, the full path name(s) of each .TIFF, and the document boundaries for each document or family member grouping, in the order that corresponds with each Image File.

18. To the extent that such Meta-Data is present and available, the following Meta-Data fields shall be produced: (1) File Name; (2) Page Count; (3) Hash Field; (4) From; (5) Recipient(s) (including To, CC, BCC); (6) File Author; (7) Custodian(s); (8) Start Bates; (9) End Bates; (10) Attachment Start Date (for e-mails); (11) Attachment End Bates (for e-mails); (12) Created Time; (13) Date Sent; (14) Time Sent; (15) E-mail Subject; and (16) File Extension.

19. To the extent that the parties' ESI applications or vendors make it practicable, production of e-mails shall be "de-duped" across custodian so that only one custodian's copy of each unique e-mail is produced regardless of how many individuals received the e-mail. In such cases, however, an "All Custodians" field will be produced identifying each custodian to the e-mail. If productions are made on a rolling basis, an overlay file shall be produced updating the "All Custodians" field for prior produced documents.

20. Documents shall not be converted from one form to another such that it becomes more difficult or burdensome to use the document, or removes or degrades the ability to search by electronic means documents that were originally searchable. The parties acknowledge, however, that the collection and assembly of documents for attorney review necessarily will involve data processing that might alter the document or Meta-Data. Such alteration is

acceptable to the extent that it is inevitable and reasonably necessary to the review and production of the document.

21. To the extent that a document cannot be imaged for technical reasons, a place-holder image will be produced bearing the phrase, "NATIVE FILE UNABLE TO CONVERT TO .TIFF," or similar language. The Meta-Data for these documents will be produced as described in Paragraph 18. Examples of such files include, but are not limited to, corrupted files, password protected files, digital-rights management, images of container files or databases (e.g., .pst, .zip, .mdb, etc.), or proprietary software associated with a file.

22. To the extent that a party declines to search for or produce ESI on the ground that such ESI is not reasonably accessible because of undue burden or cost, the party shall promptly identify such ESI by category or source and provide detailed information concerning the burden or cost claimed to be associated with the search or production of such ESI.

**ESI Protocol Applicable To Spreadsheets**

23. Spreadsheets, whether created and stored using Microsoft Excel or another spreadsheet application, shall be produced in both the format described above applicable to ESI generally, with Bates numbers on each page, and as Native Files, with all Meta-Data intact, including embedded formulae, file properties, and any other Meta-Data.

24. For purposes of marking spreadsheets at depositions and presenting them to witnesses, the Bates-numbered .TIFFs of any spreadsheets will be considered the "official" version of that spreadsheet. The parties reserve the right to object to the use of other forms of such spreadsheets, and will meet and confer regarding the use of such other versions where notice of the intent to use an alternative format is provided within a reasonable period of time before the deposition or hearing at which the alternative-form spreadsheets are intended to be used.

25. The inadvertent production of any privileged information in a Native File that would not otherwise be visible in non-native format will not constitute a waiver of any privilege.

So stipulated:

Dated: January 3, 2012

| | |
|---|---|
| **SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP** | **WINSTON & STRAWN LLP** |
| By: /s/ Mark T. Johnson <br> Mark T. Johnson <br> Todd M. Schneider <br> 180 Montgomery Street <br> Suite 2000 <br> San Francisco, California 94104 <br> Telephone: (415) 421-7100 <br> mjohnson@schneiderwallace.com <br> tschneider@schneiserwallace.com | By: /s/ Todd J. Ehlman <br> Caryn L. Jacobs <br> Todd J. Ehlman <br> Brook R. Long <br> Nathan T. Kipp <br> 35 West Wacker Drive <br> Chicago, Illinois 60601 <br> Telephone: (312) 558-5600 <br> cjacobs@winston.com <br> tehlman@winston.com <br> blong@winston.com <br> nkipp@winston.com |
| Garrett W. Wotkyns <br> Michael C. McKay <br> **SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP** <br> 8501 North Scottsdale Road <br> Suite 270 <br> Scottsdale, Arizona 85253 <br> Telephone: (480) 428-0144 <br> gwotkyns@schneiderwallace.com <br> mmckay@schneiderwallace.com | *Counsel for The Northern Trust Company and Northern Trust Investments, Inc.* |
| *Counsel for Plaintiff Firefighters' Retirement System* | |
| Lynn L. Sarko <br> Derek W. Loeser <br> Raymond J. Farrow <br> Benjamin B. Gould <br> Laura R. Gerber <br> **KELLER ROHRBACK L.L.P.** <br> 1201 Third Avenue <br> Suite 3200 <br> Seattle, Washington 98101 <br> Telephone: (206) 623-1900 <br> lsarko@kellerrohrback.com <br> dloeser@kellerrohrback.com | Michele Louise Odorizzi <br> **MAYER BROWN LLP** <br> 71 South Wacker Drive <br> Chicago, Illinois 60606 <br> Telephone: (312) 782-0600 <br> MOdorizzi@mayerbrown.com <br><br> *Counsel for The Northern Trust Company and Northern Trust Investments, Inc.* |

rfarrow@kellerrohrback.com
bgould@kellerrohrback.com
lgerber@kellerrohrback.com

*Counsel for Plaintiff Firefighters' Retirement System*

Elizabeth Daley Hoskins Dow
Kimberly Ann Fladhammer
**BAILEY & GLASSER LLP**
3601 McDonough Street
Joliet, Illinois 60431
Telephone: (815) 740-4034
ldow@baileyglasser.com
kfladhammer@baileyglasser.com

Gregory Y. Porter
**BAILEY & GLASSER LLP**
910 17th Street, NW
Suite 800
Washington, DC 20006
Telephone: (202) 543-0226
gporter@baileyglasser.com

Patrick O. Muench
**BAILEY & GLASSER LLP**
209 Capitol Street.
Charleston, West Virginia 23501
Telephone: (304) 345-6555
pmuench@baileyglasser.com

*Counsel for Plaintiffs Firefighters' Retirement System*

Avi Josefson
2835 N. Sheffield Avenue, Suite 409
Chicago, IL 60657
Tel: (773) 883-5382
avi@blbglaw.com
Illinois Bar No. 6272453

David Wales
Rebecca Boon
Brett Van Benthysen
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400

Fax: (212) 544-1444

*Counsel for Plaintiff Public School Teachers' Pension & Retirement Fund of Chicago*

Joseph C. Peiffer
**FISHMAN HAYGOOD PHELPS WALMSLEY WILLIS & SWANSON, LLP**
201 St. Charles Avenue
46th Floor
New Orleans, Louisiana 70170
Telephone: (504) 586-5252
jpeiffer@fishmanhaygood.com

*Counsel for Plaintiffs Public School Teachers' Pension & Retirement Fund of Chicago*

Sharon S. Almonrode
**SULLIVAN, WARD, ASHER & PATTON, P.C.**
1000 Maccabees Center
25800 Northwestern Highway
Southfield, Michigan 48037
Telephone: (248) 746-0700
salmonrode@swappc.com

*Counsel for Plaintiffs The Board of Trustees of the City of Pontiac Police & Fire Retirement System and The Board of Trustees of the City of Pontiac General Employees Retirement System*

**SO ORDERED:**

_____    January 31, 2012
SUSAN E. COX
United States Magistrate Judge