# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **09 C 7203** | **DATE** | **3/9/2012** |
| **CASE TITLE** | Louisiana Firefighters Retirement, et al    v    Northern Trust, et al | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Plaintiffs are given leave to file an amended complaint by 3/29/2012. Status hearing continued to 4/5/2012, at 9:15 a.m. Motion [148] of Rebecca Boon for leave to appear pro hac vice is granted.

[Docketing to mail notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|