# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Louisiana Firefighters' Retirement System, et al.

                          Plaintiff,

v.                                      Case No.: 1:09−cv−07203

                                    Honorable Robert W. Gettleman

Northern Trust Investments, N.A., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 2, 2012:

      MINUTE entry before Honorable Susan E. Cox: Status hearing held. The Court was informed of the progress of remaining discovery as it relates to document production and prioritization discovery for class certification purposes including ESI discovery. The parties are to promptly bring unresolved discovery disputes to the Court's attention. Status hearing set for 5/9/12 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.