# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES FOR THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>NORTHERN TRUST INVESTMENTS, INC., and THE NORTHERN TRUST COMPANY,<br><br>      Defendants. | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Susan E. Cox |
| NORTHERN TRUST INVESTMENTS, INC., and THE NORTHERN TRUST COMPANY,<br><br>      Third-Party Plaintiffs,<br><br>      v.<br><br>THE BOARD OF TRUSTEES FOR THE LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES FOR THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM,<br><br>      Third-Party Defendants. | |

| |
|---|
| THE NORTHERN TRUST COMPANY, |
| Counter-Plaintiff, |
| v. |
| PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, |
| Counter-Defendant. |

### DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW COUNSEL

Defendants The Northern Trust Company and Northern Trust Investments, Inc. (collectively, "Northern Trust"), pursuant to Loc. R. 83.17, respectfully request that the Court grant leave for Nathan T. Kipp to withdraw as counsel in the above-captioned matter. In support of this Motion, Northern Trust states as follows:

1. Bruce R. Braun, Caryn L. Jacobs, Todd J. Ehlman, Brook R. Long, and Nathan T. Kipp, attorneys from Winston & Strawn, LLP, have filed appearances on behalf of Northern Trust in the above-captioned case.

2. Mr. Kipp is leaving Winston & Strawn on April 20, 2012, and is no longer participating in this case. He does not need notice of filings in this matter and should be removed from all service lists, including the CM/ECF system.

3. Mr. Braun, Ms. Jacobs, Mr. Ehlman, and Mr. Long of Winston & Strawn will continue to represent Northern Trust.

**WHEREFORE**, for the foregoing reasons, Northern Trust asks that this Court grant leave for Mr. Kipp to withdraw and remove him from all service lists and as counsel for Northern Trust.

Dated:  April 20, 2012 	Respectfully submitted,

/s/ Caryn L. Jacobs
Caryn L. Jacobs
Todd J. Ehlman
Brook R. Long
Nathan T. Kipp
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
(312) 558-5600
(312) 558-5700 – Facsimile

Michele L. Odorizzi
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois  60606
(312) 782-0600
(312) 701-7711 – Facsimile

*Attorneys for Northern Trust*