**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES FOR THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated, | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Susan E. Cox |
| Plaintiffs, | |
| v. | |
| NORTHERN TRUST INVESTMENTS, INC., and THE NORTHERN TRUST COMPANY, | |
| Defendants. | |
| NORTHERN TRUST INVESTMENTS, INC., and THE NORTHERN TRUST COMPANY, | |
| Third-Party Plaintiffs, | |
| v. | |
| THE BOARD OF TRUSTEES FOR THE LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES FOR THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, | |
| Third-Party Defendants. | |

|  |
|---|
| THE NORTHERN TRUST COMPANY,<br><br>Counter-Plaintiff,<br><br>v.<br><br>PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO,<br><br>Counter-Defendant. |

## NOTICE OF MOTION

**TO:**   Lynn L. Sarko
Derek W. Loeser
Laura R. Gerber
Raymond J. Farrow
Benjamin B. Gould
KELLER ROHRBACK LLP
1201 Third Avenue
Suite 3200
Seattle, Washington 98101
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
lgerber@kellerrohrback.com
rfarrow@kellerrohrback.com
bgould@kellerrohrback.com

Avi Josefson
Rebecca Ellen Boon
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
38th Floor
New York, New York 10019
avi@blbglaw.com
rboon@blbglaw.com

Garrett W. Wotkyns
Michael C. McKay
SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP
7702 East Doubletree Ranch Road
Suite 270
Scottsdale, Arizona 85258
gwotkyns@schneiderwallace.com
mmckay@schneiderwallace.com

Todd M. Schneider
Mark T. Johnson
SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street
Suite 2000
San Francisco, California 94104
tschneider@schneiderwallace.com
mjohnson@schneiderwallace.com

Gregory Y. Porter
BAILEY & GLASSER LLP
910 17th Street, NW
Suite 800
Washington, D.C. 20006
gporter@baileyglasser.com

Patrick O. Muench
BAILEY & GLASSER LLP
209 Capitol Street.
Charleston, West Virginia 23501
pmuench@baileyglasser.com

| | |
|---|---|
| Elizabeth Hoskins Dow<br>Kimberly Ann Fladhammer<br>BAILEY & GLASSER LLP<br>3601 McDonough Street<br>Joliet, Illinois 60431<br>ldow@baileyglasser.com<br>kfladhammer@baileyglasser.com | Joseph C. Peiffer<br>FISHMAN HAYGOOD PHELPS<br>WALMSLEY WILLIS & SWANSON, LLP<br>201 St. Charles Avenue<br>46th Floor<br>New Orleans, Louisiana 70170<br>jpeiffer@fishmanhaygood.com |
| Gerard James Andree<br>SULLIVAN, WARD, ASHER &<br>PATTON, PC<br>25800 Northwestern Highway<br>Suite 1000<br>Southfield, Michigan 48075<br>gandree@swappc.com | |

      **PLEASE TAKE NOTICE** that on **THURSDAY, APRIL 26, 2012, at 9:15 a.m.**, I shall appear before the Honorable Robert W. Gettleman or any judge sitting in his stead in Courtroom 1703 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present **DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW COUNSEL**, which I have caused to be filed with the Court herewith.

| | |
|---|---|
| Dated: April 20, 2012 | Respectfully submitted,<br><br>/s/ Caryn L. Jacobs<br>Caryn L. Jacobs<br>Todd J. Ehlman<br>Brook R. Long<br>Nathan T. Kipp<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>(312) 558-5600<br>(312) 558-5700 – Facsimile<br><br>Michele L. Odorizzi<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606<br>(312) 782-0600<br>(312) 701-7711 – Facsimile |