# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Louisiana Firefighters' Retirement System, et al.

        Plaintiff,

v.

Northern Trust Investments, N.A., et al.

        Defendant.

Case No.: 1:09−cv−07203
Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 9, 2012:

MINUTE entry before Honorable Susan E. Cox: Status hearing held. The parties informed the Court of their progress regarding the prioritized discovery, including agreement regarding amended search terms. Plaintiff plans to determine what additional discovery it will need for the purposes of class certification and will confer with defendant's counsel. If they are not able to agree on the parameters of that discovery, a motion will be forthcoming. Status hearing set for 7/10/12 at 10:00 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.