# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

| | |
|---|---|
| Louisiana Firefighters' Retirement System, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:09−cv−07203 |
| | Honorable Robert W. Gettleman |
| Northern Trust Investments, N.A., et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 23, 2012:

MINUTE entry before Honorable Robert W. Gettleman: Status hearing date of 7/17/2012 is re−set to 7/10/2012 at 9:00 a.m. Telephone notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.