THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES FOR THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 09-cv-7203<br>Hon. Robert W. Gettleman<br>Magistrate Judge Susan E. Cox |
| NORTHERN TRUST INVESTMENTS, N.A. and THE NORTHERN TRUST COMPANY, | ) ) ) ) | |
| Defendants. | ) ) ) | |
| NORTHERN TRUST INVESTMENTS, N.A. and THE NORTHERN TRUST COMPANY, | ) ) ) ) ) | |
| Third-Party Plaintiffs, | ) ) | |
| v. | ) ) | |
| THE BOARD OF TRUSTEES FOR THE LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES FOR THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE | ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| **RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM,** | ) ) ) ) ) |
| **Third-Party Defendants.** | ) ) ) |
| _____ | ) ) |
| **THE NORTHERN TRUST COMPANY,** | ) ) |
| Counter-Plaintiff, | ) ) |
| v. | ) ) |
| **PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO,** | ) ) ) ) |
| Counter-Defendant. | ) |

## DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW COUNSEL

Defendants The Northern Trust Company and Northern Trust Investments, Inc. (collectively, "Northern Trust") pursuant to Loc. R. 83.17, respectfully request that the Court grant leave for John J. Tharp, Jr., to withdraw as counsel in the above-captioned matter. In support of this Motion, Northern Trust states as follows:

1. Michele Odorizzi, a partner with Mayer Brown LLP, has filed an appearance in the above-captioned case.

2. Mr. Tharp left Mayer Brown on June 1, 2012 to join the bench of this Court and is no longer participating in this case. He does not need notice of filings in this matter and should be removed from all service lists, including the CM/ECF system.

3. Ms. Odorizzi will continue to represent Northern Trust in this matter.

WHEREFORE, for the foregoing reasons, Northern Trust asks that this Court grant leave for Mr. Tharp to withdraw and remove him from all service lists and as counsel for Northern Trust.

Dated: June 7, 2012

                                              Respectfully submitted,

                                              /s/ Michele L. Odorizzi
                                              Michele L. Odorizzi
                                              Mayer Brown LLP
                                              71 South Wacker Drive
                                              Chicago, Illinois 60606
                                              (312) 782-0600

                                              *Attorney for Defendants*
                                              *The Northern Trust Company and*
                                              *Northern Trust Investments, N.A.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 7, 2012, she caused a copy of this motion to be delivered via the ECF system for receipt by the attorneys that have appeared for the parties.

                                                       */s/ Michele L. Odorizzi*
                                                       Michele L. Odorizzi