THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES FOR THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 09-cv-7203 |
| **NORTHERN TRUST INVESTMENTS, N.A. and THE NORTHERN TRUST COMPANY,** | ) ) ) ) ) | **Hon. Robert W. Gettleman**<br>**Magistrate Judge Susan E. Cox** |
| Defendants. | ) ) ) | |
| **NORTHERN TRUST INVESTMENTS, N.A. and THE NORTHERN TRUST COMPANY,** | ) ) ) ) ) | |
| Third-Party Plaintiffs, | ) ) | |
| v. | ) ) | |
| **THE BOARD OF TRUSTEES FOR THE LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES FOR THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE** | ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| **RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM,** | ) ) ) ) |
| | ) |
| **Third-Party Defendants.** | ) |
| | ) |
| _____ | ) |
| | ) |
| **THE NORTHERN TRUST COMPANY,** | ) |
| | ) |
| **Counter-Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO,** | ) ) ) |
| | ) |
| **Counter-Defendant.** | ) |

## DEFENDANTS' NOTICE OF MOTION

**TO:**  Lynn L. Sarko                                Avi Josefson
Derek W. Loeser                             Rebecca Ellen Boon
Laura R. Gerber                              Bernstein Litowitz Berger & Grossman LLP
Raymond J. Farrow                         1285 Avenue of the Americas
Benjamin B. Gould                          38th Floor
Keller Rohrback LLP                       New York, NY 10019
1201 Third Avenue                          avi@blbglaw.com
Suite 3200                                         rbonn@blbglaw.com
Seattle, Washington 98101
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
lgerber@kellerrohrback.com
rfarrow@kellerrohrback.com
bgould@kellerrohrback.com

Garrett W. Wotkyns                         Todd M. Schneider
Michael C. McKay                           Mark T. Johnson
Schneider Wallace Cottrell                Schneider Wallace Cottrell
Brayton Konecky LLP                      Brayton Konecky LLP
7702 East Doubletree Ranch Road   180 Montgomery Street
Suite 270                                            Suite 2000
Scottsdale, Arizona 85258                San Francisco, California 94204

gwotkyns@schneiderwallace.com
mmckay@schneiderwallace.com

tschneider@schneiderwallace.com
mjohnson@schneiderwallace.com

Gregory Y. Porter
Bailey & Glasser LLP
910 17th Street, NW
Suite 800
Washington, D.C. 20006
gporter@baileyglasser.com

Patrick O. Muench
Bailey & Glasser LLP
209 Capitol Street
Charleston, West Virginia 23501
pmuench@baileyglasser.com

Elizabeth Hoskins Dow
Kimberly Ann Fladhammer
Bailey & Glasser LLP
3601 McDonough Street
Joliet, Illinois 60431
ldow@baileyglasser.com
kfladhammer@baileyglasser.com

Joseph C. Peiffer
Fishman Haygood Phelps
Walmsley Willis & Swanson LLP
201 St. Charles Avenue
46th Floor
New Orleans Louisiana 70170
jpeiffer@fishmanhaygood.com

Gerard James Andree
Sullivan Ward Asher & Patton PC
25800 Northwestern Highway
Suite 1000
Southfield, Michigan 48075
gandree@swappc.com

**PLEASE TAKE NOTICE** that on Wednesday, June 13, 2012, at 9:15 a.m., I shall appear before the Honorable Robert W. Gettleman or any judge sitting in his stead in Courtroom 1703 of the U. S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present **DEFENDANTS' MOTION FOR LEAVE TO WITHDRAW COUNSEL,** which I have caused to filed with the court herewith.

Dated: June 7, 2012

Respectfully submitted,

/s/ Michele L. Odorizzi
Michele L. Odorizzi
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

*Attorney for Defendants*
*The Northern Trust Company and*
*Northern Trust Investments, N.A.*