**United States District Court, Northern District of Illinois**

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **09 C 7203** | **DATE** | **6/15/2012** |
| **CASE TITLE** | Louisiana Firefighters' Retirement   v   Northern Trust | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [168] for leave to withdraw John J. Tharp as counsel is granted.

[Docketing to mail  notice]

00:00

| | | Courtroom Deputy | GDS |
|---|---|---|---|