

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Avi Josefson

FIRM: Bernstein Litowitz Berger & Grossmann LLP

STREET ADDRESS: 875 North Michigan Avenue, Suite 3100

CITY/STATE/ZIP: Chicago, Illinois 60611

PHONE NUMBER: (312) 373-3880

E-MAIL ADDRESS: avi@blbglaw.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6272453

If you have previously filed an appearance with this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 09-CV-7203 | La. Firefighters, et. al., v. Northern Trust Inv., et. al. | Robert W. Gettleman |
| | | |
| | | |
| | | |
| | | |

_____     July 2, 2012
Attorney's Signature          Date