**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>    Defendants.<br><br>THE NORTHERN TRUST COMPANY,<br><br>    Counter-Plaintiff,<br><br>    v.<br><br>THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO,<br><br>    Counter-Defendant. | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Susan E. Cox |

## COUNTER-DEFENDANT'S MOTION TO DISMISS THE COUNTERCLAIM

Counter-Defendant The Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago, by and through its attorneys, hereby moves to dismiss the counterclaim filed by The Northern Trust Company on June 5, 2012 (ECF No. 167) pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, as set forth in the accompanying memorandum incorporated herein.

| | |
|---|---|
| Dated: July 3, 2012 | Respectfully Submitted, |

                                                    /s/ Avi Josefson
Avi Josefson
875 North Michigan Avenue
Suite 3100
Chicago, Illinois 60611
Tel: (312) 373-3880
Fax: (312) 794-7801
avi@blbglaw.com
Illinois Bar No. 6272453

David Wales
Rebecca E. Boon
Brett Van Benthysen
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 544-1444

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*Counsel for Plaintiff and Counter-Defendant The Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 3rd day of July, 2012, a copy of the COUNTER-DEFENDANT'S MOTION TO DISMISS THE COUNTERCLAIM was served on counsel for the following parties electronically via the ECF system.

 Caryn L. Jacobs, Esq.
 Todd J. Ehlman, Esq.
 Brook R. Long, Esq.
 WINSTON & STRAWN LLP
 35 W. Wacker Drive
 Chicago, Illinois 60601

 Michele L. Odorizzi, Esq.
 Justin A. McCarty, Esq.
 MAYER BROWN LLP
 71 S. Wacker Drive
 Chicago, Illinois 60606

 *Attorneys for The Northern Trust Company and Northern Trust Investments, Inc.*

Dated: July 3, 2012            /s/ Rebecca E. Boon
                      Rebecca E. Boon