**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated, | Case No. 09-7203 <br><br> Hon. Robert W. Gettleman <br><br> Magistrate Judge Susan E. Cox |
| Plaintiffs, | |
| v. | |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, | |
| Defendants. | |
| THE NORTHERN TRUST COMPANY, | |
| Counter-Plaintiff, | |
| v. | |
| THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, | |
| Counter-Defendant. | |

**NOTICE OF PRESENTMENT**

TO:    Caryn L. Jacobs, Esq.
Todd J. Ehlman, Esq.
Brook R. Long, Esq.
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601

Michele L. Odorizzi, Esq.
Justin A. McCarty, Esq.
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on July 10, 2012, counsel for Counter-Defendant shall appear before the Honorable Judge Robert W. Gettleman or any judge sitting in his stead in Courtroom 1703 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the Counter-Defendant's Motion To Dismiss The Counterclaim.

Dated: July 3, 2012                                                         Respectfully Submitted,

/s/ Avi Josefson
Avi Josefson
875 North Michigan Avenue
Suite 3100
Chicago, Illinois 60611
Tel: (312) 373-3880
Fax: (312) 794-7801
avi@blbglaw.com
Illinois Bar No. 6272453

David Wales
Rebecca E. Boon
Brett Van Benthysen
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 544-1444

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*Counsel for Plaintiff and Counter-Defendant The Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago*