# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Louisiana Firefighters' Retirement System, et al.

                    Plaintiff,

v.                                        Case No.: 1:09−cv−07203

                                                  Honorable Robert W. Gettleman

Northern Trust Investments, N.A., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 10, 2012:

      MINUTE entry before Honorable Susan E. Cox: Status hearing held. Parties informed the Court of their progress with the discovery prioritization order. Parties informed the Court of their intent to have a meet and confer regarding plaintiff seeking to expand certain categories of the prioritization order. Parties to have a meet and confer this week in an attempt to resolve two areas of potential impasse described in open court. Status hearing set for 10/1/12 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.