# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **09 C 7203** | **DATE** | 9/12/2012 |
| **CASE TITLES** | .Louisiana Firefighters' Retirement System, et al v Northern Trust Investments, N.A. | | |

**DOCKET ENTRY TEXT:**

Motion [181] of Joshua Konecky for leave to appear pro hac vice is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|