# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>      Defendants. | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Susan E. Cox |
| THE NORTHERN TRUST COMPANY,<br><br>      Counter-Plaintiff,<br><br>      v.<br><br>THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO,<br><br>      Counter-Defendant. | |

## DECLARATION OF AVI JOSEFSON

I, AVI JOSEFSON, declare as follows:

      1.      I am a partner with the law firm of Bernstein Litowitz Berger & Grossmann LLP, and counsel for the Counter-Defendant and Plaintiff the Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago in the above-captioned action. I submit this declaration in support of the Reply Memorandum of Law in Support of Counter-Defendant's Motion to Dismiss the Counterclaim.

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Donald R. Pollak in *Diebold v. Northern Trust Investments, N.A.*, No. 09-1934 (N.D. Ill. May 16, 2012).

3. Attached hereto as Exhibit B is a true and correct copy of Defendants' Opposition to Plaintiffs' Motion for Class Certification in *Diebold v. Northern Trust Investments, N.A.*, No. 09-1934 (N.D. Ill. May 16, 2012).

4. Exhibits A and B have been designated by Defendants as confidential pursuant to the Stipulated Protective Order dated October 13, 2011 (ECF No. 123) in the above captioned action. The exhibits were also designated as confidential and filed under seal in *Diebold v. Northern Trust Investments, N.A.*, and are provided as redacted by Northern Trust when it provided these filings to Plaintiffs on August 6, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2012
       Chicago, Illinois

                                                  /s/ Avi Josefson
                                                       Avi Josefson