**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, *et al.*, </br></br>  Plaintiffs, </br></br> v. </br></br> NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, </br></br>  Defendants. </br></br>――――――――――――――――――――― </br></br> THE NORTHERN TRUST COMPANY, </br></br>  Counter-Plaintiff, </br></br> v. </br></br> THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, </br></br>  Counter-Defendant. | The Hon. Robert W. Gettleman, *Judge Presiding.* </br></br> Magistrate Judge Susan E. Cox </br></br> Case No. 09-CV-07203 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, September 27, 2012, at 9:15 a.m.**, I shall appear before the Honorable Robert W. Gettleman or any judge sitting in his stead in Courtroom 1703 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present the **MOTION OF THE NORTHERN TRUST COMPANY FOR LEAVE TO FILE INSTANTER A SURREPLY IN OPPOSITION TO COUNTER-DEFENDANT'S MOTION TO DISMISS THE COUNTERCLAIM**, which I have caused to be filed with the Court herewith.

Dated: September 24, 2012  Respectfully submitted,

/s/ Caryn L. Jacobs

Caryn L. Jacobs
Todd J. Ehlman
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
(312) 558-5700 – Facsimile

Michele L. Odorizzi
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
(312) 701-7711 – Facsimile

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies under penalty of perjury that a copy of the foregoing NOTICE OF MOTION was served on counsel for all parties electronically via the CM/ECF system on September 24, 2012.

Dated: September 24, 2012 /s/ Gregory M. Bassi