**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois –** **CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Louisiana Firefighters' Retirement System, et al.

                Plaintiff,

v.                                      Case No.: 1:09−cv−07203
                                      Honorable Robert W. Gettleman

Northern Trust Investments, N.A., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 26, 2012:

      MINUTE entry before Honorable Susan E. Cox: On the Court's own motion, status hearing set for 10/1/12 at 9:30 a.m. is stricken. Status hearing set for 10/3/12 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.