# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Louisiana Firefighters' Retirement System, et al.

                        Plaintiff,

v.                                     Case No.: 1:09−cv−07203
                                          Honorable Robert W. Gettleman

Northern Trust Investments, N.A., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 3, 2012:

      MINUTE entry before Honorable Susan E. Cox: Status hearing held. The Court was informed regarding the parties' progress with the Prioritization Order. Status hearing set for 11/14/12 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.