Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7203 | **DATE** | 11/14/2012 |
| **CASE TITLE** | Board of Trust of the City of Pontiac, et al vs. Northern Trust Investments, N.A., et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendants inform the Court they have completed the prioritization order discovery and have been consistently meeting and conferring. Parties, however, raised the need for additional time to complete discovery, beyond the 12/31/12 deadline. Status hearing set for 12/19/12 at 9:30 a.m.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:10 nfptc

| | Courtroom Deputy Initials: | VKD |
|---|---|---|