# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Louisiana Firefighters' Retirement System, et al.

                Plaintiff,

v.

Northern Trust Investments, N.A., et al.

                Defendant.

Case No.: 1:09−cv−07203
Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 5, 2012:

    MINUTE entry before Honorable Susan E. Cox: Counsel for plaintiffs and defendants jointly contacted the Court by telephone on 12/4/12. Plaintiffs' motion for leave to file under seal [202] is unopposed. Therefore, plaintiffs' motion for leave to file portion of memorandum in support of their motion to compel and Exhibit Z under seal Pursuant to Local Rule 26.2. [202] is granted. Plaintiffs' motion to compel [204] is entered and continued. Response to be filed on or before 1/10/13. Reply to be filed on or before 1/25/13. Plaintiffs' memorandum of law in support of their motion to compel [206] was filed using the incorrect event and is termed as a pending motion. Parties need not appear on 12/6/12 at 9:30 a.m for motion hearing. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.