# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7203 | **DATE** | 12/18/2012 |
| **CASE TITLE** | The Board of Trustees of the City of Pontiac, et al vs. Northern Trust Investments, N.A., et al | | |

**DOCKET ENTRY TEXT**

Parties having submitted a proposed order for the Court's approval, status hearing set for 12/19/12 at 9:30 a.m. is stricken. The 12/31/12 fact discovery cut-ff date is stricken. Status hearing set for 1/23/13 at 9:30 a.m. The parties are directed to discuss the scheduling of a new fact discovery cut-off date and to present their agreed or respective positions to the Court on or before the 1/23/13 status hearing.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|