Please take notice that effective January 1, 2013, Schneider Wallace Cottrell Brayton Konecky LLP have changed its name to Schneider Wallace Cottrell Konecky LLP. The firm's and its lawyers' addresses, telephone numbers, facsimile numbers, and e-mail addresses will remain the same.

Dated: January 11, 2013

            /s/ Garrett W. Wotkyns
           Garrett W. Wotkyns
           Michael C. McKay
           8501 North Scottsdale Road, Suite 270
           Scottsdale, AZ 85253
           Tel: (480) 428-0141
           Fax: (866) 505-8036

           Todd M. Schneider
           Joshua G. Konecky
           Mark T. Johnson
           180 Montgomery Street, Suite 2000
           San Francisco, CA 94104
           Tel: (415) 421-7100
           Fax: (415) 421-7105

**SCHNEIDER WALLACE COTTRELL KONECKY LLP**

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies under penalty of perjury that a copy of the foregoing Notice of Firm Name Change was served on counsel for all parties electronically via the CM/ECF system on January 11, 2013.

              /s/ Garrett W. Wotkyns
              Garrett W. Wotkyns