# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7203 | **DATE** | 1/14/2013 |
| **CASE TITLE** | Board of Trustees of the City of Pontiac General Employees Retirement System, et al vs. Northern Trust Investments, N.A., et al | | |

**DOCKET ENTRY TEXT**

Defendants' motion for leave to file under seal [211] is granted. Defendants are given leave to file under seal certain portions of Defendants' Response in Opposition to the Motion to Compel and the Declaration of Brook R. Long in Support of Defendants' Response in Opposition to Plaintiffs' Motion to compel. Parties need not appear on 1/17/13 at 9:30 a.m for presentment of motion.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|