**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>                   Plaintiffs,<br>    v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>                   Defendants. | Judge Robert W. Gettleman, *Judge Presiding*<br><br>Magistrate Judge Susan E. Cox<br><br>Civil Action No. 09-7203 |

**NOTICE OF MOTION**

**To:** All Counsel of Record for Plaintiffs in this matter, notified via CM-ECF

    **PLEASE TAKE NOTICE** that on January 24, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel will appear before the Hon. Susan E. Cox, or any judge sitting in her stead, in Courtroom 1025 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and will present DEFENDANTS' MOTION TO STRIKE CERTAIN OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DOCUMENT REQUESTS AND TO COMPEL PRODUCTION, a copy of which is being served on you herewith.

1

2

Dated: January 17, 2013　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Caryn L. Jacobs

　　　　　　　　　　　　　　　　　　　　　Caryn L. Jacobs
　　　　　　　　　　　　　　　　　　　　　Todd J. Ehlman
　　　　　　　　　　　　　　　　　　　　　Robert L. Michels
　　　　　　　　　　　　　　　　　　　　　Brook R. Long
　　　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　　　　　　　35 W. Wacker Drive
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　　　Tel: (312) 558-5600
　　　　　　　　　　　　　　　　　　　　　Fax: (312) 558-5700
　　　　　　　　　　　　　　　　　　　　　CJacobs@winston.com
　　　　　　　　　　　　　　　　　　　　　TEhlman@winston.com
　　　　　　　　　　　　　　　　　　　　　RMichels@winston.com
　　　　　　　　　　　　　　　　　　　　　BLong@winston.com

　　　　　　　　　　　　　　　　　　　　　Michele L. Odorizzi
　　　　　　　　　　　　　　　　　　　　　Justin A. McCarty
　　　　　　　　　　　　　　　　　　　　　MAYER BROWN LLP
　　　　　　　　　　　　　　　　　　　　　71 S. Wacker Drive
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　Tel: (312) 782-0600
　　　　　　　　　　　　　　　　　　　　　Fax: (312) 701-7711
　　　　　　　　　　　　　　　　　　　　　MOdorizzi@mayerbrown.com
　　　　　　　　　　　　　　　　　　　　　JMcCarty@mayerbrown.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for The Northern Trust Company*
　　　　　　　　　　　　　　　　　　　　　*and Northern Trust Investments, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies under penalty of perjury that a copy of the foregoing NOTICE OF MOTION was served on counsel of record for all parties electronically via the CM/ECF system on January 17, 2013.

                                                    /s/ Caryn L. Jacobs