# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7203 | **DATE** | 1/17/2013 |
| **CASE TITLE** | Board of Trustees of the City of Pontiac General Employees Retirement System, et al vs. Northern Trust Investments, N.A., et al | | |

**DOCKET ENTRY TEXT**

Pursuant to a request by plaintiffs' counsel, and with agreement of defendants' counsel, the deadline for plaintiffs' reply to motion to compel [204] is extended to 2/1/13.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|