# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7203 | **DATE** | 1/18/2013 |
| **CASE TITLE** | Bd of Trustees of the City of Pontiac, et al vs. Northern Trust Investments, N.A., et al | | |

**DOCKET ENTRY TEXT**

Status hearing set for 1/23/13 at 9:30 a.m. is stricken. Status hearing reset to 1/24/13 at 9:30 a.m.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|