UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>   Defendants. | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Susan E. Cox<br><br>JURY TRIAL DEMANDED |

**NOTICE OF MOTION**

TO: WINSTON & STRAWN LLP
   Caryn L. Jacobs
   Todd J. Ehlman
   Brook R. Long
   35 West Wacker Drive
   Chicago, IL  60601-9703

   MAYER BROWN LLP
   Michele Louise Odorizzi
   Justin A. McCarty
   71 South Wacker Drive
   Chicago, IL  60606

   PLEASE TAKE NOTICE that on Thursday, February 7, 2013 at 9:30 a.m., I, or one of my co-counsel, shall appear before the Honorable Magistrate Judge Susan E. Cox or any judge sitting in her stead in Courtroom 1342 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion attached hereto:

1

**UNOPPOSED MOTION TO REMOVE DECLARATION AND EXHIBITS TO DECLARATION OF RAYMOND J. FARROW (ECF NO. 205) FROM THE PUBLIC DOCKET AND MOTION FOR LEAVE TO RE-FILE ECF NO. 205 PARTIALLY UNDER SEAL**

Dated: February 1, 2013

        Respectfully submitted,

        By: /s/ Raymond J. Farrow

        Derek W. Loeser
        Raymond J. Farrow
        Laura R. Gerber
        KELLER ROHRBACK L.L.P.
        1201 Third Avenue, Suite 3200
        Seattle, Washington 98101
        Tel: (206) 623-1900
        Fax: (206) 623-3384

**SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP**

Todd M. Schneider
Mark T. Johnson
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105

**SULLIVAN, WARD, ASHER & PATTON, PC**

Gerard J. Andree
25800 Northwestern Highway
Tenth Floor
Southfield, MI 48075
Tel: (248) 746 2731
Fax: (248) 746 2805

**BAILEY & GLASSER LLP**

Elizabeth Hoskins Dow
3601 McDonough Street
Joliet, Illinois 60431
Tel: (815) 730-8213
Fax: (304) 342-1110
Illinois Bar No. 6216262

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60611
Tel: (312) 373-3880
Fax: (312) 794-7801
Illinois Bar No. 6272453

- and –

David Wales
Rebecca E. Boon
Brett Van Benthysen
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies under penalty of perjury that a copy of the foregoing **NOTICE OF MOTION** was served on counsel for all parties electronically via the CM/ECF system on February 1, 2013.

                        By:    /s/ Raymond J. Farrow
                                Raymond J. Farrow