**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>      Defendants. | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Susan E. Cox<br><br>JURY TRIAL DEMANDED |

**NOTICE OF MOTION**

TO:    WINSTON & STRAWN LLP
           Caryn L. Jacobs
           Todd J. Ehlman
           Brook R. Long
           35 West Wacker Drive
           Chicago, IL 60601-9703

           MAYER BROWN LLP
           Michele Louise Odorizzi
           Justin A. McCarty
           71 South Wacker Drive
           Chicago, IL 60606

      PLEASE TAKE NOTICE that on Thursday, February 7, 2013 at 9:30 a.m., I or one of my co-counsel appear before the Honorable Magistrate Judge Susan E. Cox or any judge sitting in her stead in Courtroom 1025 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion attached hereto:

      PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

Dated: February 1, 2013

By: */s/ Mark T. Johnson*

**SCHNEIDER WALLACE
COTTRELL KONECKY LLP**

Todd M. Schneider
Mark T. Johnson
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105

**KELLER ROHRBACK L.L.P.**

Derek W. Loeser
Raymond J. Farrow
Laura R. Gerber
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

**SULLIVAN, WARD, ASHER & PATTON, P.C.**

Gerard Andree
1000 Maccabees Center
25800 Northwestern Highway
Southfield, Michigan 48037
Tel: (248) 746-0700
Fax: (248) 746-2760

**BAILEY & GLASSER LLP**

Elizabeth Hoskins Dow
3601 McDonough Street
Joliet, Illinois 60431
Tel: (815) 730-8213
Fax: (304) 342-1110
Illinois Bar No. 6216262

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60611
Tel: (312) 373-3880
Fax: (312) 794-7801
Illinois Bar No. 6272453

David Wales
Rebecca Boon
Brett Van Benthysen
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies under penalty of perjury that a copy of the foregoing PLAINTIFFS' NOTICE OF MOTION TO FILE UNDER SEAL was served on counsel for all parties electronically via the CM/ECF system on February 1, 2013.

                                         By:    */s/ Mark T. Johnson*
                                                        Mark T. Johnson