# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7203 | **DATE** | 2/5/2013 |
| **CASE TITLE** | Board of Trustees, et al vs. Northern Trust | | |

**DOCKET ENTRY TEXT**

Plaintiffs' unopposed [227] motion to remove Declaration and Exhibits to Declaration of Raymond J Farrow from the public docket and motion for leave to re-file Document [205] partially under seal is granted. The Clerk of Court is directed to remove and file under seal Document [205] and additional Exhibits to the Declaration of Raymond J. Farrow, filed 12/3/12 [205]. Plaintiffs are given leave to file Exhibits K, M and V under seal. Plaintiffs are given leave to re-file Exhibits I, J, O, T, X and Y in redacted form. Parties need not appear on 2/7/13 at 9:30 a.m. for presentment of motion.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|