# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7203 | **DATE** | 2/5/2013 |
| **CASE TITLE** | Board of Trustees, et al vs. Northern Trust | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for leave to file certain portions of their reply memorandum and Exhibit A under seal pursuant to Local Rule 26.2 [233] is granted. The Clerk of Court is directed to remove Document [231] and Exhibit A to the Declaration of Mark T. Johnson in Support of Plaintiffs' Motion to Compel and file under seal Plaintiffs' are given leave to re-file Plaintiffs' Reply Memorandum of Law in Support of Their Motion to Compel and Exhibit A to the Declaration of Mark T. Johnson in Support of Plaintiffs' Motion to Compel in redacted form. Parties need not appear on 2/7/13 at 9:30 a.m. for presentment of motion.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|