## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>        Defendants. | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Susan E. Cox<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF MARK T. JOHNSON IN SUPPORT OF
## PLAINTIFFS' MOTION TO COMPEL

I, Mark T. Johnson, hereby declare as follows:

1. I am an attorney with the firm of Schneider, Wallace, Cottrell, Konecky, LLP, one of the counsel for Plaintiffs in this case. I am an active member of the State Bar of California and admitted to practice *pro hac vice* before this court in the litigation of this matter. I make this declaration in support of Plaintiffs' Motion to Compel filed herewith based on my personal knowledge as counsel in this case.

2. Attached as Exhibit A is a true and correct copy of the unsealed version of Defendant's Opposition to Plaintiffs' Motion for Class Certification, filed by Defendant Northern Trust in the related case of *Diebold v. Northern Trust Investments*, Case No. 09-1934. Plaintiffs reference and quote portions of this pleading in their Reply Memorandum in Support of Their Motion to Compel and attach a copy here because the unsealed version is not available on the Court's ECF system."

Dated: February 1, 2013

Respectfully submitted,

By: */s/ Mark T. Johnson*

**SCHNEIDER WALLACE
COTTRELL KONECKY LLP**

Todd M. Schneider
Mark T. Johnson
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105

1

2

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies under penalty of perjury that a copy of the foregoing DECLARATION OF MARK T. JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE PORTION OF REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO COMPEL AND EXHIBIT A UNDER SEAL PURSUANT TO LOCAL RULE 26.2 was served on counsel for all parties electronically via the CM/ECF system on February 8, 2013.

By:   */s/ Mark T. Johnson*
       Mark T. Johnson