# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>    Defendants. | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Susan E. Cox<br><br>JURY TRIAL DEMANDED |

## NOTICE OF MOTION

**To:** All Counsel of Record in this matter, notified via CM-ECF

  **PLEASE TAKE NOTICE** that on February 19, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel will appear before the Honorable Susan E. Cox, or any judge sitting in her stead, in Courtroom 1025 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and will present PLAINTIFFS' UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES ON DEFENDANTS' MOTION TO COMPEL, a copy of which is being served on you herewith.

Dated: Chicago, Illinois                                         Respectfully submitted,
      February 14, 2013

**BERNSTEIN LITOWITZ BERGER &**
    **GROSSMANN LLP**


By: \_\_\_\_/s/ Avi Josefson\_\_\_\_\_
    Avi Josefson

    875 N. Michigan Avenue
    Suite 3100
    Chicago, Illinois 60611
    Tel.: (312) 373-3880
    Fax: (312) 794-7801
    avi@blbglaw.com

**KELLER ROHRBACK L.L.P.**

Derek W. Loeser
Raymond J. Farrow
Laura R. Gerber
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**

Todd Schneider
Mark T. Johnson
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105

**SULLIVAN, WARD, ASHER &**
**PATTON, P.C.**

Gerard Andree
1000 Maccabees Center
25800 Northwestern Highway
Southfield, Michigan 48037
Tel: (248) 746-0700
Fax: (248) 746-2760

**BAILEY & GLASSER LLP**

Elizabeth Hoskins Dow
3601 McDonough Street
Joliet, Illinois 60431
Tel: (815) 730-8213
Fax: (304) 342-1110
Illinois Bar No. 6216262

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies under penalty of perjury that a copy of the foregoing was served on counsel for all parties electronically via the CM/ECF system on February 14, 2013.

            By: /s/ Rebecca E. Boon