UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>        Defendants. | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Susan E. Cox<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND
BRIEFING DEADLINES ON DEFENDANTS' MOTION TO COMPEL**

      Plaintiffs, through their undersigned counsel, hereby move for an order extending the due date for their opposition to Defendants' Motion to Strike Certain of Plaintiffs' Objections to Defendants' Document Requests and to Compel Production (the "Motion"), from February 15, 2013 to February 25, 2013. Defendants do not oppose this motion, on the condition that the due date for their reply brief be similarly extended by ten days, from March 8, 2013 to March 18, 2013. In support hereof, Plaintiffs state as follows:

1. On January 24, 2013, the Court entered an order (the "Order") establishing a briefing schedule for the Motion, which was filed on January 17, 2013.

2. Pursuant to the Court's Order, Plaintiffs' papers in opposition to the Motion are due on or before Friday, February 15, 2013, and Defendants' papers in reply are due on or before March 8, 2013.

2

3. Plaintiffs seek an extension of the due date for the opposition due to several other pressing commitments in this and other matters.

4. Plaintiffs and Defendants have conferred. Defendants do not oppose Plaintiffs' request, on the condition that the deadline for Defendants' reply in support of the Motion be extended from March 8, 2013 to March 18, 2013.

WHEREFORE, Plaintiffs seek entry of an order providing that:

1. Plaintiffs shall file any papers in opposition to the Motion on or before Monday, February 25, 2013.

2. Defendants shall file any papers in reply to Plaintiffs' opposition to the Motion on or before Monday, March 18, 2013.

Dated: Chicago, Illinois                                                         Respectfully submitted,
February 14, 2013

**BERNSTEIN LITOWITZ BERGER &**
    **GROSSMANN LLP**

By: \_\_\_\_/s/ Avi Josefson_____
    Avi Josefson

    875 N. Michigan Avenue
    Suite 3100
    Chicago, Illinois 60611
    Tel.: (312) 373-3880
    Fax: (312) 794-7801
    avi@blbglaw.com

**KELLER ROHRBACK L.L.P.**

Derek W. Loeser
Raymond J. Farrow
Laura R. Gerber
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

2

**SCHNEIDER WALLACE
COTTRELL KONECKY LLP**

Todd Schneider
Mark T. Johnson
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105

**SULLIVAN, WARD, ASHER &
PATTON, P.C.**

Gerard Andree
1000 Maccabees Center
25800 Northwestern Highway
Southfield, Michigan 48037
Tel: (248) 746-0700
Fax: (248) 746-2760

**BAILEY & GLASSER LLP**

Elizabeth Hoskins Dow
3601 McDonough Street
Joliet, Illinois 60431
Tel: (815) 730-8213
Fax: (304) 342-1110
    Illinois Bar No. 6216262

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies under penalty of perjury that a copy of the foregoing was served on counsel for all parties electronically via the CM/ECF system on February 14, 2013.

            By: /s/ Rebecca E. Boon