# EXHIBIT A

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>      Defendants. | Judge Robert W. Gettleman, *Judge Presiding*<br><br>Magistrate Judge Susan E. Cox<br><br>Civil Action No. 09-7203 |

## DECLARATION OF CARYN L. JACOBS

I, Caryn L. Jacobs, declare as follows:.

1. I am an attorney at Winston & Strawn LLP, and I serve as counsel of record for Northern Trust Investments, Inc. and The Northern Trust Company (collectively, "Northern") in this matter. I submit this Declaration in support of Defendants' Reply in Support of Their Motion to Strike Certain of Plaintiffs' Objections to Defendants' Document Requests and to Compel Production (the "Reply").

2. I am a resident of Illinois and am over the age of 18. I state the following based on personal knowledge and on information that I learned and materials I reviewed in connection with my representation of Northern.

1

2

3. Attached as Exhibit B to the Reply is a true and correct copy of excerpts of a letter dated March 2, 2012 from Laura R. Gerber (plaintiffs' counsel) to Todd J. Ehlman and Brook R. Long (Northern's counsel).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 18, 2013

/s/ Caryn L. Jacobs

Caryn L. Jacobs