# EXHIBIT B

LAW OFFICES OF
# KELLER ROHRBACK L.L.P.

LAURIE B. ASHTON ①⑤❺❼❽
IAN S. BIRK
JAMES A. BLOOM ①❼
STEPHEN R. BOATWRIGHT ①❼
KAREN E. BOXX ❽
GRETCHEN FREEMAN CAPPIO
T. DAVID COPLEY ③
ALICIA M. CORBETT ①❼
ROB J. CRICHTON ❶
CHLOETHIEL W. DEWEESE
MAUREEN M. FALECKI ④
JULI FARRIS ④❽
RAYMOND J. FARROW
ERIC J. FIERRO ①❼
GLEN P. GARRISON ⑥
LAURA R. GERBER
MATTHEW M. GEREND
DEIRDRE P. GLYNN LEVIN

GARY A. GOTTO ①❼❽
BENJAMIN GOULD ④❽
GARY D. GREENWALD ①❽❼
MARK A. GRIFFIN ③
AMY N.L. HANSON ❽
IRENE M. HECHT
SCOTT C. HENDERSON
MICHAEL G. HOWARD
SHARON T. HRITZ ②❼
AMY E. HUGHES
DEAN N. KAWAMOTO ④❽
RON KILGARD ①❽❼❽
SUSAN A. KIM ④❽
SARAH H. KIMBERLY
DAVID J. KO
BENJAMIN J. LANTZ
CARI CAMPEN LAUFENBERG
ELIZABETH A. LELAND

TANA LIN ⑦⑨❽
DEREK W. LOESER
RYAN MCDEVITT
JOHN MELLEN ⑦
GRETCHEN S. OBRIST
ROBERT S. OVER ⑧❽
DAVID S. PREMINGER ⑩❼
ERIN M. RILEY ❽
ISAAC RUIZ
DAVID J. RUSSELL
MARK D. SAMSON ①❽❼❽
LYNN LINCOLN SARKO ❽❽
WILLIAM C. SMART
THOMAS A. STERKEN
KARIN B. SWOPE
HAVILA C. UNREIN
MARGARET E. WETHERALD ❼
HARRY WILLIAMS, IV ❽

AMY WILLIAMS-DERRY
MICHAEL WOERNER
BENSON D. WONG
DIANA M. ZOTTMAN

① ADMITTED IN ARIZONA
② ADMITTED IN CALIFORNIA
③ ALSO ADMITTED IN ARIZONA
④ ALSO ADMITTED IN CALIFORNIA
⑤ ALSO ADMITTED IN COLORADO
⑥ ALSO ADMITTED IN IDAHO
⑦ ALSO ADMITTED IN ILLINOIS
⑧ ALSO ADMITTED IN MARYLAND
⑨ ALSO ADMITTED IN MICHIGAN
⑩ ADMITTED IN NEW YORK
❶ ALSO ADMITTED IN NEW YORK
❷ ALSO ADMITTED IN OREGON
❸ ALSO ADMITTED IN OHIO
❹ ALSO ADMITTED IN TEXAS
❺ ALSO ADMITTED IN WASHINGTON, D.C
❻ ALSO ADMITTED IN WISCONSIN
❼ NOT ADMITTED IN WASHINGTON
❽ OF COUNSEL

March 2, 2012

**VIA EMAIL**
Mr. Todd J. Ehlman
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Mr. Brook R. Long
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703

      Re:    *La. Firefighters' Ret. Sys. et al. v. Northern Trust Investments, N.A. et al.*, No. 09-7203 (N.D. Ill.)

Dear Todd and Brook:

      We are writing to follow-up on our meet and confer of February 29, 2012 regarding electronic search terms and other outstanding issues relating to defendants' document production. Thank you for providing the search terms. As stated during our meet and confer, it is plaintiffs' position that while the search terms that you have provided are a good starting point, they do not adequately capture certain categories of information prioritized for discovery in Magistrate Cox's order dated October 21, 2011 ("Prioritization Order").

      Based upon our understanding of your document collection and production efforts to date, the proposed additions or changes to the custodian list and search terms should not result in any delay in production in this matter because our proposed additions and changes will merely supplement the collection and culling efforts you have already undertaken. Further, the following proposed modifications to defendants' proposed custodian list and search terms are based on the

■ KELLER ROHRBACK L.L.P.  1201 THIRD AVENUE, SUITE 3200, SEATTLE, WASHINGTON 98101-3052, TELEPHONE: (206) 623-1900, FAX: (206) 623-3384 ■
KELLER ROHRBACK L.L.P.  770 BROADWAY, 2ND FLOOR, NEW YORK, NEW YORK 10003, TELEPHONE: (646) 495-6198, FAX: (646) 495-6197
KELLER ROHRBACK L.L.P.  1129 STATE STREET, SUITE 8, SANTA BARBARA, CALIFORNIA 93101, TELEPHONE: (805) 456-1496, FAX: (805) 456-1497
KELLER ROHRBACK P.L.C.  3101 NORTH CENTRAL AVENUE, SUITE 1400, PHOENIX, ARIZONA 85012, TELEPHONE: (602) 248-0088, FAX: (602) 248-2822
WWW.KELLERROHRBACK.COM

Mr. Todd J. Ehlman                                             **KELLER ROHRBACK L.L.P.**
Mr. Brook R. Long
March 2, 2012
Page 5

section" OR "**collateral section**" OR "European Core" OR "Euro Core" OR STEP OR STIF OR "stif step" OR "step stif" OR "short term extendable" OR "short term extendible" OR "short term investment fund")) OR "redemption forum" OR "redemption committee" OR "securities lending collateral committee" OR SLCC

    **Category 9:** "internal discussions, including emails, involving those individuals listed in defendants' Federal Rule of Civil Procedure 26(a) disclosures, which address acceptance of collateral, investment of collateral, decisions to declare collateral deficiencies, risk management decisions, and the effect of market and economic conditions on these issues. These discussions are further limited to issues related to (a) the four named plaintiffs and a sample set of four other investors to be agreed upon by the parties and (b) the two collateral pools named in the plaintiffs' complaint plus an additional third collateral pool to be named by the plaintiffs."

    The search terms provided exclude the following categories of relevant information required by the Prioritization Order: (a) documents relating to the effect of market or economic conditions on the issues in Category 9, including documents concerning the subprime mortgage crisis, as set forth in the Feb. 27 letter at 3-4; (b) documents concerning investment of collateral—in particular, credit analysis or research of any securities in the relevant pools prior to investment, investment in the securities in the relevant pools and transaction data covering those same securities and investments, *see* Feb. 27 letter at 2-3; (c) documents concerning consolidation and conflict of interest allegations as set forth in the Feb. 27 letter at 2, relating to the decision to declare collateral deficiencies; and (d) sample pools of investors selected by Plaintiffs as required by the Prioritization Order. Plaintiffs propose the following changes (in bold) to the search for Category 9 documents.

    **Search Terms:** ( "Asset Backed Security" OR (asset* W/2 back) OR ABS OR bankrupt* OR bubble OR "Chief Economist" OR collapse OR "consumer loan" OR crisis OR default OR deteriorate* OR deterioration OR duress OR (investor W/5 (fear* OR scare* OR "Financial Crisis Inquiry Commission" OR FCIC OR harm OR illiquid*)) OR (market W/20 (book OR value OR mark* OR dislocate* OR crisis OR housing OR mortgage)) OR mbs OR rmbs OR "monoline insurer" OR (mortgage W/10 (security* OR back)) OR (negative W/20 (impact OR income OR perform* OR watch)) OR "real estate" OR subprime OR "sub prime" OR weak OR (perform W/5 under) OR leverage OR **(collateral W/5 accept*) OR (collateral W/5 (reinvest* OR invest*))** OR AAA OR Aaa OR (analy* (W/10 meet OR exceed OR blow OR fail OR behind)) OR "bank sponsor*" OR compliance OR "Trust Credit Committee" OR FIRD OR FISSARC OR (credit W/20 (approv* OR "default swap" OR exception* OR limit OR market OR quality OR spread OR committee OR policy OR risk OR tier)) OR diligence OR duration OR earning* OR environment OR exotic OR Fitch OR "first*pay" OR "floating rate" OR FOMC OR "FRN index" OR impair* OR ("interest rate" W/20 (risk OR sensitivity)) OR (investment W/10

Mr. Todd J. Ehlman                                     **KELLER ROHRBACK L.L.P.**
Mr. Brook R. Long
March 2, 2012
Page 6

(horizon OR manage* OR objective OR profile OR spread OR strategy OR "transaction detail" OR trust OR grade OR cash OR report)) OR "issue size exception*" OR issuer* OR LIBOR OR "loan volume" OR Moody* OR "rate sensitivity" OR "relative value analysis" OR S&P OR spread OR "tracking error" OR "valuation date" OR volatil* OR WAL OR WAM OR yield OR "credit policy committee" OR "FIR" OR "real estate credit research sub*committee" OR TCC OR "risk oversight" OR triple OR tranche OR CIT OR Capmark OR Greenpoint OR Sallie OR Lehman OR Sigma OR Theta OR Whistlejacket OR Aircraft OR AMEX OR Arran OR Chase OR CMP OR "Comm* Mort*" OR CWHEQ OR "First Rep*" OR Granite OR GE OR GS OR G-Force OR HSBC OR ISTAR OR Kingfisher OR Lanark OR Medallion OR Mellon OR MLCC OR MS OR MSJ OR MTG OR National OR PUMA OR Sequoia OR Superannuation OR Thornburg OR "Morgan Stanley" OR SLM OR Greenpoint OR Countrywide OR MSDWCC OR HELOC OR Wachovia OR "International Lease" OR "Fifth Third" OR MLCC OR GSAA OR IndyMac OR "collateral shortfall" OR (collateral W/5 deficienc*) OR (collateral W/5 sufficien*) OR (collateral W/5 insufficien*) OR CP OR (client w/20 (conference OR meeting OR call)) OR consolidat* OR contrib* OR (liquidity W/20 (greater OR issue* OR need* OR squeeze OR tool* OR strain)) OR pro rata OR prorata OR pro-rata OR (risk* W/5 (control* OR minimiz* OR reduc* OR manag* OR benefit* OR invest* OR monitor* OR evaluat* OR assess* OR committee)) OR SLIR OR "securities lending investment risk" OR **SLCC OR "collateral committee") W/50** ("Core" OR "Euro Core" OR "European Core" OR STEP* OR STIF* OR "stif step" OR "step stif" OR "short term extendable" OR "short term extendible" OR "short term investment fund" OR "commingled funds custom collateral section" **OR Custom Pool"** OR "custom section" OR "collateral section" OR "Funds Collateral Pool" OR FCP)

     **Prioritization Order Category 4 Electronic Discovery:** "committee-level documents relating to economic and market issues."

     Defendants have indicated that they do not plan to undertake any electronic discovery as to Category 4 and instead plan to produce minutes, agendas, and committee materials in hard copy format. As an initial matter, please tell us the committees for which you are collecting and producing documents. Further, as stated during our meet and confer, if committee members had email accounts, an electronic search must be conducted for electronic documents relating to collateral reinvestment of the pools, consolidation and conflict of interest allegations as set forth in the Feb. 27, 2012 letter, and any other documents relating to economic and market issues or conditions as required by categories 4 and 9 of the Prioritization Order. Moreover, category 4 expressly called for "other documents relating to economic and market issues." Accordingly, based on plaintiffs' review of the documents produced to date, we propose that the following