## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Louisiana Firefighters' Retirement System, et al.

        Plaintiff,

v.          Case No.: 1:09−cv−07203
        Honorable Robert W. Gettleman

Northern Trust Investments, N.A., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 19, 2013:

      MINUTE entry before Honorable Susan E. Cox: Pursuant to plaintiff's request, and with no objection from defendant, the deadline for any motions on potential outstanding discovery is extended to 7/22/13 due to continued production. Defendant to respond on or before 7/29/13. Parties are to continue to meet and confer regarding any discovery disputes. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.