**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated, | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Susan E. Cox<br><br>JURY TRIAL DEMANDED |
| Plaintiffs, | |
| v. | |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, | |
| Defendants. | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Thursday, August 15, 2013, or as soon thereafter as counsel may be heard, counsel will appear before the Honorable Susan E. Cox, or any judge sitting in her stead, in Courtroom 1025 of the U.S. District court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and shall present the following motion attached hereto:

MOTION FOR LEAVE TO FILE PORTION OF PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO COMPEL AND EXHIBITS TO THE DECLARATION OF AVI JOSEFSON UNDER SEAL PURSUANT TO LOCAL RULE 26.2

Dated:  August 12, 2013
Chicago, Illinois

Respectfully submitted,

By: _____/s/ Avi Josefson_____
Avi Josefson
875 N. Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Tel.:  (312) 373-3880
Fax:  (312) 794-7801

avi@blbglaw.com

and

Rebecca E. Boon
Brett Van Benthysen
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Tel: (212) 554-1400
Fax: (212) 554-1444
**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**

*Counsel for Plaintiff The Board of Trustees of
the Public School Teachers' Pension
and Retirement Fund of Chicago*

Gerard Andree
1000 Maccabees Center
25800 Northwestern Highway
Southfield, Michigan 48037
Tel: (248) 746-0700
Fax: (248) 746-2760
gandree@swappc.com
**SULLIVAN, WARD, ASHER &
PATTON, P.C.**

*Counsel for Plaintiffs The Board of
Trustees of the City of Pontiac Police &
Fire Retirement System and The Board of
Trustees of the City of Pontiac General
Employees Retirement System*

Derek W. Loeser
Raymond J. Farrow
Laura R. Gerber
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
**KELLER ROHRBACK L.L.P.**

*Counsel for Plaintiff Firefighters' Retirement
System*

Elizabeth Hoskins Dow, #6216262
1003 Western Avenue,
Joliet, Illinois 60435
Tel: (815) 730-8213
Fax: (304) 342-1110
ldow@baileyglasser.com
**BAILEY & GLASSER LLP**

*Counsel for Plaintiffs*

Todd Schneider
Mark T. Johnson
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com
mjohnson@schneiderwallace.com
**SCHNEIDER WALLACE
COTTRELL KONECKY LLP**

*Counsel for Plaintiff Firefighters' Retirement
System*

**CERTIFICATE OF SERVICE**

       I, Laura R. Gerber, hereby certify that a copy of the foregoing NOTICE OF MOTION, MOTION FOR LEAVE TO FILE PORTION OF PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO COMPEL AND EXHIBITS TO THE DECLARATION OF AVI JOSEFSON UNDER SEAL PURSUANT TO LOCAL RULE 26.2, AND PROPOSED ORDER were served on counsel for all parties electronically via the CM/ECF system on August 12, 2013.

Dated: August 12, 2013

                                    /s/ Laura R. Gerber
                                    Laura R. Gerber