**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated, | Case No. 09-7203 <br><br> Hon. Robert W. Gettleman <br><br> Magistrate Judge Susan E. Cox |
| Plaintiffs, | |
| v. | |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, | |
| Defendants. | |

**DECLARATION OF AVI JOSEFSON**

I, AVI JOSEFSON, declare as follows:

1.      I am a partner with the law firm of Bernstein Litowitz Berger & Grossmann LLP, and co-counsel for Plaintiffs in the above-captioned action.  I submit this declaration in support of Plaintiffs' Memorandum of Law in Support of Their Motion to Compel.

2.      Attached hereto as Exhibit A is a true and correct copy of a letter dated July 30, 2013, from Brook Long.

3.      Attached hereto as Exhibit B is an excerpt of the City of Pontiac General Employees Retirement System Securities Lending Authorization Agreement, Bates stamped PONTIAC-0000270.

4.      Attached hereto as Exhibit C is a true and correct copy of a letter dated June 20, 2013, from Brook Long.

5.      Attached hereto as Exhibit D is a true and correct copy of a letter dated June 4, 2013, from Brook Long, and referencing information Defendants have designated as "Confidential."

6.      Attached hereto as Exhibit E is an excerpt of the NTGI Risk Council Minutes dated June 3, 2009, Bates stamped NTFF0031889, NTFF0031892, and marked "Confidential – Pursuant to Protective Order."

7.      Attached hereto as Exhibit F is an excerpt of the Northern Trust Global Investments Agenda of the Risk Committee dated January 14, 2009, Bates stamped NTFF0132219, NTFF013222-013223, and marked "Confidential – Pursuant to Protective Order."

8.      Attached hereto as Exhibit G is an excerpt of the Northern Trust Global Investments Agenda of the Risk Committee dated February 4, 2009, Bates stamped NTFF0132275, NTFF0132279-0132280, and marked "Confidential – Pursuant to Protective Order."

9.      Attached hereto as Exhibit H is an excerpt of the NTGI Risk Council Minutes dated September 10, 2008, Bates stamped NTFF0031844, NTFF0031848, and marked "Confidential – Pursuant to Protective Order."

10.     Attached hereto as Exhibit I is a true and correct copy of a letter dated July 30, 2013, from Brook Long, and referencing information Defendants have designated as "Confidential."

11.     Attached hereto as Exhibit J is a true and correct copy of an email chain dated March 22, 2013-March 27, 2013, from Brook Long.

12.      Attached hereto as Exhibit K is Minutes of a Board of Directors Meeting dated April 15, 2008, produced with the Bates stamp NT023607-023608, and marked "Confidential – Pursuant to Protective Order."

13.      Attached hereto as Exhibit L is Minutes of a Board of Directors Meeting dated September 28, 2008, produced with the Bates stamp NT023618-023621, and marked "Confidential – Pursuant to Protective Order."

14.      Attached hereto as Exhibit M is an email dated September 21, 2008, Bates stamped NTD0017378-17379, and marked "Confidential – Pursuant to Protective Order."

15.      Attached hereto as Exhibit N is a true and correct copy of a letter dated May 17, 2013, from Laura Gerber, and referencing information Defendants have designated as "Confidential."

16.      Attached hereto as Exhibit O is a letter dated July 26, 2013, from Rebecca Boon, and referencing information Defendants have designated as "Confidential."

17.      Attached hereto as Exhibit P is a letter dated April 19, 2012, from Rebecca Boon.

18.      Attached hereto as Exhibit Q is a letter dated May 14, 2012 from Rebecca Boon.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2013
        Chicago, Illinois

                                        _/s/  Avi Josefson_____
                                        Avi Josefson