UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated, | Case No. 09-7203 Hon. Robert W. Gettleman Magistrate Judge Susan E. Cox JURY TRIAL DEMANDED |
| Plaintiffs, | |
| v. | |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, | |
| Defendants. | |

**PLAINTIFFS' STATEMENT PURSUANT TO LOCAL RULE 37.2**

This Motion is made after numerous good-faith attempts to resolve differences by both written and telephonic consultation. L.R. 37.2.

As to the dispute concerning the production of Northern Trust's securities lending contracts with individual Class members, Plaintiffs initiated a series of letters and a telephonic meet and confer with Defendants concerning this request by letter dated May 17, 2013. *See* Declaration of Avi Josefson ("Josefson Decl.") (filed concurrently), Ex. N. Defendants responded by letter dated June 4, 2013, Josefson Decl., Ex. D, and declined to produce the contracts. On June 11, 2013, counsel for plaintiffs, Raymond Farrow, Avi Josefson, Mark Johnson, Laura Gerber, Rebecca Boon, and counsel for Northern Trust, Todd Ehlman and Brook Long, participated on a telephonic meet and confer concerning the documents requested in Plaintiffs' May 17, 2013 letter. During the meet and confer, Defendants stated that they would

1

not produce the requested contracts. The parties thus are at an impasse over the production of "all contracts governing securities lending for all direct and indirect lenders."

Plaintiffs' request for the identification of the Class members in the contracts was the subject of a prior motion to compel by Plaintiffs. ECF Nos. 116-118. The Local Rule 37.2 statement filed with that motion details the parties' discussions prior to filing that motion on October 10, 2011. *See* ECF No. 118. Following Plaintiffs' motion, Defendants continued to redact client names on the basis that the Illinois Banking Act required them to do so. *See, e.g.*, Josefson Decl. Ex. C. By letters dated April 19, 2012 and May 14, 2012, Plaintiffs further objected to Northern Trust's redaction of client names pursuant to the Illinois Banking Act. Josefson Decl., Exs. P, Q.

By letter dated May 17, 2013, Plaintiffs requested that Northern Trust identify the Class members in the contracts. Josefson Decl., Ex. N at 2. Defendants responded by letter dated June 4, 2013, Josefson Decl., Ex. D at 2-3, and declined to produce the client identities, including on the basis of the Illinois Banking Act. On June 11, 2013, counsel for plaintiffs, Raymond Farrow, Avi Josefson, Mark Johnson, Laura Gerber, Rebecca Boon, and counsel for Northern Trust, Todd Ehlman and Brook Long, participated on a telephonic meet and confer concerning the identification of Class Members. During the meet and confer, Defendants stated that they would not produce the client identities. The parties thus remain at an impasse over the potential identification of the Class members in the contracts ordered produced by this Court.

Plaintiffs' request for documents relating to the allegation that Northern Trust held securities in the collateral pools far beyond the time when they should have been sold because it was motivated at least in part by a desire to avoid the risk of consolidation was the subject of a prior motion to compel by Plaintiffs. ECF Nos. 204, 206, 239. The Local Rule 37.2 statement filed with that motion details the parties' discussions prior to filing that motion on December 3,

2

2012. *See* ECF No. 206-1. Pursuant to the Court's Order on Plaintiffs' Motion to Compel the consolidation documents, ECF No. 248 at 2, document discovery on this issue was to be tabled until all Category Nine documents were produced.

Following completion of review of the Category Nine documents, Plaintiffs informed Defendants that the "consolidation issue" documents had not been produced, and by letter dated July 26, 2013, Plaintiffs requested production of these documents. Josefson Decl., Ex. O. By letter dated July, 30, 2013, Defendants declined to produce any documents regarding the "consolidation issue." Josefson Decl., Ex. I. The parties thus remain at an impasse as to the discovery of documents concerning the consolidation issue.

Dated: August 12, 2013

Respectfully submitted,

By: /s/ Laura R. Gerber

Derek W. Loeser
Raymond J. Farrow
Laura R. Gerber
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

**SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP**

Todd M. Schneider
Mark T. Johnson
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60611
Tel: (312) 373-3880
Fax: (312) 794-7801
Illinois Bar No. 6272453

3

4

| | |
|---|---|
| **SULLIVAN, WARD, ASHER & PATTON, PC** | Rebecca E. Boon<br>Brett Van Benthysen<br>1285 Avenue of the Americas, 38th Floor |
| Gerard J. Andree<br>25800 Northwestern Highway<br>Tenth Floor<br>Southfield, MI  48075<br>Tel: (248) 746 2731<br>Fax: (248) 746 2805 | New York, New York 10019<br>Tel: (212) 554-1400<br>Fax: (212) 554-1444 |
| **BAILEY & GLASSER LLP**<br>Elizabeth Hoskins Dow<br>3601 McDonough Street<br>Joliet, Illinois 60431<br>Tel: (815) 730-8213<br>Fax: (304) 342-1110<br>Illinois Bar No. 6216262 | *Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

    I, Laura R. Gerber hereby certify under penalty of perjury that a copy of the foregoing PLAINTIFFS' STATEMENT PURSUANT TO LOCAL RULE 37.2 was served on counsel for all parties electronically via the CM/ECF system on August 12, 2013.

                                                            By:    /s/ Laura R. Gerber
                                                                         Laura R. Gerber