**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>Northern Trust. | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br><br>Magistrate Judge Susan E. Cox<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION TO COMPEL**

Plaintiffs, the Louisiana Firefighters' Retirement System, the Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago, the Board of Trustees of the City of Pontiac Police & Fire Retirement System, and the Board of Trustees of the City of Pontiac General Employees Retirement System, by and through their attorneys, hereby move this Court for an order:

1. Pursuant to Fed. R. Civ. P. 37(a) compelling Northern Trust to produce the contracts with individual Class members that Defendants have stated they plan to use to oppose class certification;

2. Pursuant to Fed. R. Civ. P. 37(a) compelling Northern Trust to produce the identities of the members of the Class, which will enable Plaintiffs to ascertain their locations and assess Defendants' position that this action is subject to the laws of 50 states; and

3. Pursuant to Rule 37(a) compelling Northern Trust to produce documents related to Northern Trust's failure to mitigate losses in the collateral pools due to the risk of consolidation, which the Court has held are relevant to class certification, but which have not been produced.

In support of this Motion, Plaintiffs submit the accompanying memorandum of law and the Declaration of Avi Josefson.

Plaintiffs have not submitted an accompanying Notice of Motion because a briefing schedule for Plaintiffs' Motion has already been set by the Court. *See* ECF No. 257.

Dated: August 12, 2013

Respectfully submitted,

/s/ Avi Josefson
Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60611
Telephone: 312-373-3880
avi@blbglaw.com

Rebecca E. Boon
Brett Van Benthysen
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Telephone: 212-554-1400
rebecca.boon@blbglaw.com
brett@blbglaw.com
**BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP**

*Counsel for Plaintiff The Board of Trustees of
the Public School Teachers' Pension
and Retirement Fund of Chicago*

Gerard J. Andree
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48037
Telephone: 248-746-0700
gandree@swappc.com
**SULLIVAN, WARD, ASHER
& PATTON, P.C.**

*Counsel for Plaintiffs The Board of Trustees
of the City of Pontiac Police & Fire
Retirement System and The Board of Trustees
of the City of Pontiac General Employees
Retirement System*

Lynn L. Sarko
Derek W. Loeser
Raymond J. Farrow
Laura R. Gerber
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-623-1900
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
rfarrow@kellerrohrback.com
lgerber@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**

*Counsel for Plaintiff Firefighters' Retirement
System*

Elizabeth Hoskins Dow, #6216262
1003 Western Avenue
Joliet, IL 60435
Telephone: 815-740-4034
ldow@baileyglasser.com
**BAILEY & GLASSER LLP**

*Counsel for Plaintiffs*

Todd Schneider
Mark T. Johnson
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com
mjohnson@schneiderwallace.com
**SCHNEIDER WALLACE
COTTRELL KONECKY LLP**

*Counsel for Plaintiff Firefighters' Retirement
System*

3