# **LIST OF EXHIBITS**

1. July 1, 2011 Plaintiffs' First Request for the Production of Documents Directed to Defendants

2. August 5, 2011 Defendants' Responses and Objections to Plaintiffs' First Request for the Production of Documents Directed to Defendants

3. November 8, 2011 letter from Rebecca Boon to Todd Ehlman

4. December 5, 2011 email from Rebecca Boon to Todd Ehlman

5. Redacted

6. Redacted

7. Redacted

8. Redacted

9. Redacted

10. Redacted

11. Redacted

12. Redacted

13. Redacted

14. March 30, 2012 letter from Nathan Kipp to Rebecca Boon

15. May 24, 2012 letter from Brook Long to Rebecca Boon

16. November 22, 2011 letter from Nathan Kipp to Rebecca Boon

17. May 9, 2012 letter from Brook Long to Rebecca Boon

18. March 27, 2013 email from Rebecca Boon to Brook Long