# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Louisiana Firefighters' Retirement System, et al.

                         Plaintiff,

v.                                                      Case No.: 1:09–cv–07203
                                                             Honorable William T. Hart

Northern Trust Investments, N.A., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 13,2013:

      MINUTE entry before Honorable Susan E. Cox: Defendants' motion for leave to file under seal [269] is granted. Defendants are given leave to file certain portions of Northern Trust's Opposition to the Motion to Compel, and certain exhibits to, and portions of the Declaration of Caryn L. Jacobs in Support of Northern Trust's Opposition to Plaintiffs' Motion to Compel. Parties need not appear on 9/17/13 at 9:30 a.m. for presentment of motion. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.