# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Louisiana Firefighters' Retirement System, et al.

                    Plaintiff,

v.

Northern Trust Investments, N.A., et al.

                    Defendant.

Case No.: 1:09−cv−07203
Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 30, 2013:

    MINUTE entry before Honorable Susan E. Cox: Plaintiffs to file a reply brief on or before 10/7/13 in support of their motion to compel [dkt. 264] limited to the following issue only: defendant's position that requiring a production of unredacted lending contracts would cause disruption and delay of its business due to the triggering of the notice provisions of the Illinois Banking Act. This brief is limited to 5 pages. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.