

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

**NAME:** Joseph C. Peiffer, Bar Roll #26459

**FIRM:** Peiffer Rosca Abdullah + Carr, LLC

**STREET ADDRESS:** 201 St. Charles Ave., Suite 4610

**CITY/STATE/ZIP:** New Orleans, LA 70170

**PHONE NUMBER:** 504-523-2434

**E-MAIL ADDRESS:** jpeiffer@praclawfirm.com

**ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):**

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:9-cv-1934 | Diebold et al. v. Northern Trust Investments | |
| 1:9-cv-7203 | The Board of Trustees of the City of Pontiac General Employees Retirement System et al v. Northern Trust Investments, N.A. et al | |
| | | |

_____
Attorney's Signature

10-2-13
Date