# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated, | Case No. 09-7203<br><br>Hon. Robert W. Gettleman<br>Magistrate Judge Susan E. Cox<br><br>JURY TRIAL DEMANDED |
| Plaintiffs, | |
| v. | |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, | |
| Defendants. | |

## NOTICE OF MOTION

**To:** Counsel of Record for Defendants in this matter, notified via CM-ECF

**PLEASE TAKE NOTICE** that on Wednesday, October 16, 2013, or as soon thereafter as counsel may be heard, counsel will appear before The Honorable Susan E. Cox, or any judge sitting in Her stead, in Courtroom 1025 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and shall present PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL, a copy of which is being served on you herewith.

| | |
|---|---|
| Dated: October 7, 2013 | Respectfully submitted, |
| | /s/ Avi Josefson |
| | Avi Josefson |
| | 875 North Michigan Avenue, Suite 3100 |
| | Chicago, IL 60611 |
| | Telephone: 312-373-3880 |
| | avi@blbglaw.com |
| | |
| | Rebecca E. Boon |
| | Katherine M. Sinderson |
| | 1285 Avenue of the Americas, 38th Floor |
| | New York, New York 10019 |
| | Telephone: 212-554-1400 |
| | rebecca.boon@blbglaw.com |
| | katiem@blbglaw.com |
| | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| | |
| | *Counsel for Plaintiff The Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago* |
| Gerard J. Andree | Lynn L. Sarko |
| 1000 Maccabees Center | Derek W. Loeser |
| 25800 Northwestern Highway | Raymond J. Farrow |
| Southfield, MI 48037 | Laura R. Gerber |
| Telephone: 248-746-0700 | 1201 Third Avenue, Suite 3200 |
| gandree@swappc.com | Seattle, WA 98101 |
| **SULLIVAN, WARD, ASHER & PATTON, P.C.** | Telephone: 206-623-1900 |
| | lsarko@kellerrohrback.com |
| | dloeser@kellerrohrback.com |
| *Counsel for Plaintiffs The Board of Trustees of the City of Pontiac Police & Fire Retirement System and The Board of Trustees of the City of Pontiac General Employees Retirement System* | rfarrow@kellerrohrback.com |
| | lgerber@kellerrohrback.com |
| | **KELLER ROHRBACK L.L.P.** |
| | |
| | *Counsel for Plaintiff Firefighters' Retirement System* |
| Elizabeth Hoskins Dow, #6216262 | Todd Schneider |
| 1003 Western Avenue | Mark T. Johnson |
| Joliet, IL 60435 | 180 Montgomery Street, Suite 2000 |
| Telephone: 815-740-4034 | San Francisco, California 94104 |
| ldow@baileyglasser.com | Tel: (415) 421-7100 |
| **BAILEY & GLASSER LLP** | Fax: (415) 421-7105 |

2

*Counsel for Plaintiffs*

tschneider@schneiderwallace.com
mjohnson@schneiderwallace.com
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**

*Counsel for Plaintiff Firefighters' Retirement System*

## **CERTIFICATE OF SERVICE**

     I, Rebecca E. Boon, hereby certify that a copy of the NOTICE OF MOTION, PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL, and [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL was served on counsel for all parties electronically via the CM/ECF system on October 7, 2013.

Dated: October 7, 2013

                                                                /s/ Rebecca E. Boon____