**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, <br><br> Defendants. | Judge Robert W. Gettleman, *Judge Presiding* <br><br> Magistrate Judge Susan E. Cox <br><br> Civil Action No. 09-7203 |

**NOTICE OF MOTION**

**To:** [All Counsel of Record for Plaintiffs in this matter, notified via CM-ECF]

**PLEASE TAKE NOTICE** that on October 16, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel will appear before the Honorable Susan E. Cox, or any judge sitting in her stead, in Courtroom 1025 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and will present NORTHERN TRUST'S MOTION FOR LEAVE TO FILE INSTANTER RELEVANT AUTHORITY REGARDING THE ILLINOIS BANKING ACT, a copy of which is being served on you herewith.

Dated: October 8, 2013   Respectfully Submitted,

NORTHERN TRUST INVESTMENTS, INC. and
THE NORTHERN TRUST COMPANY

By:   /s/ Caryn L. Jacobs

| | |
|---|---|
| Michele L. Odorizzi | Caryn L. Jacobs |
| MAYER BROWN LLP | Todd J. Ehlman |
| 71 S. Wacker Drive | Brook R. Long |
| Chicago, IL 60606 | WINSTON & STRAWN LLP |
| (312) 782-0600 | 35 W. Wacker Drive |
| (312) 701-7711 – facsimile | Chicago, IL 60601 |
| modorizzi@mayerbrown.com | (312) 558-5600 |
| | (312) 558-5700 – facsimile |
| | CJacobs@winston.com |
| | TEhlman@winston.com |
| | BLong@winston.com |

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of the foregoing NOTICE OF MOTION was served on counsel of record for all parties electronically via the CM/ECF system on October 8, 2013.

/s/ Caryn L. Jacobs