**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Louisiana Firefighters' Retirement System, et al.

                                     Plaintiff,

v.                                    Case No.: 1−09−cv−07203

                                     Honorable Robert W. Gettleman

Northern Trust Investments, N.A., et al.

                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 10, 2013:

      MINUTE entry before Honorable Susan E. Cox: Motion by Plaintiffs Board of Trustees of the City of Pontiac General Employees Retirement System, Board of Trustees of the City of Pontiac Police and Fire Retirement System, Board of Trustees of the Public School Teachers' Pension & Retirement Fund of Chicago and Plaintiff Louisiana Firefighters' Retirement System to seal [276] is granted. No appearance is required on 10/16/2013 at 9:30 a.m. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.