UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, <br><br> Defendants. | Case No. 09-7203 <br><br> Hon. Robert W. Gettleman <br> Magistrate Judge Susan E. Cox <br><br> JURY TRIAL DEMANDED |

ORDER GRANTING PLAINTIFFS' MOTION FOR
LEAVE TO FILE UNDER SEAL

Plaintiffs' Motion for Leave to File Under Seal is GRANTED.

IT IS SO ORDERED

_____
Hon. Magistrate Judge Susan E. Cox