**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division**

Louisiana Firefighters' Retirement System, et al.

                    Plaintiff,

v.                                       Case No.: 1:09−cv−07203
                                       Honorable Robert W. Gettleman

Northern Trust Investments, N.A., et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 12, 2013:

      MINUTE entry before Honorable Susan E. Cox: Due to Plaintiff's failure to comply with the three day notice rule, presentment date of 11/13/2013 at 9:30 a.m. for Plaintiffs' motion to seal [289] and motion to compel [291] are stricken as improperly filed and reset to 11/19/2013 at 9:30 a.m. The parties are ordered to meet and confer prior to presentment of said motions. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.