# Exhibit 1

## Long, Brook R.

**From:** Ehlman, Todd J.
**Sent:** Tuesday, March 19, 2013 11:07 AM
**To:** Long, Brook R.
**Subject:** Fw: Northern Trust
**Attachments:** 2013-03-18 Revised NT Search Terms.docx; Redline of search terms.pdf

**From**: Avi Josefson [mailto:Avi@blbglaw.com]
**Sent**: Tuesday, March 19, 2013 09:46 AM
**To**: Ehlman, Todd J.
**Cc**: Rebecca Boon <Rebecca.Boon@blbglaw.com>; Brett Van Benthysen <brett@blbglaw.com>; Raymond Farrow (rfarrow@KellerRohrback.com) <rfarrow@KellerRohrback.com>; Laura Gerber (lgerber@KellerRohrback.com) <lgerber@KellerRohrback.com>; Mark T. Johnson (mjohnson@schneiderwallace.com) <mjohnson@schneiderwallace.com>
**Subject**: Northern Trust

Dear Todd,

Further to our discussion yesterday, I am writing to provide our proposed search terms and custodians to be used by Defendants to search for ESI in connection with Magistrate Judge Cox's ruling on Plaintiffs' motion to compel.

With regard to the custodians, we propose adding the following custodians to the 19 proposed by Northern Trust:
**Additional Custodians**:  David Alongi; Andrew Clayton; James (Jim) Kane; Troy Muniz; Kelly O'Dennehy

With regard to your proposal to limit all searches using a "To/From" restriction that will identify as responsive only those documents that are sent from one of the custodians and addressed (as a "To" or "CC") to at least one other custodian, we propose expanding that restriction to include additional names within the "To/From" restriction; that is, emails sent from one of these individuals to a custodian, or from a custodian to one of these individuals, would be included in the ESI search.  As discussed, in addition to the names of individuals we include certain email groups, and ask that you help us identify other email groups that include individuals involved in the investment of securities lending cash collateral:

**Additional names added to the "TO/FROM" limitation but not as custodians**:  Frederich Burian;  Mary Ann Flynn; Mark Gossett; Ryan Laning; Kevin O'Shaughnessy; Kurt Stoeber; SL AM; ISL AM Team; SEC Lending IMT Restructures; SL Invest PM; SL Management; SL Risk Team;

Finally, we reviewed the original search terms that Defendants used to search for ESI and have revised those terms to (1) narrow the scope of the search; (2) incorporate additional relevant terms and information that Plaintiffs have learned through discovery.  As I explained yesterday, we made a significant effort to narrow the search terms and to provide more specific terms, primarily related to the specific securities that incurred realized losses in the collateral pools.  The proposed revised terms are provided in the attached Word file, and a redline showing the proposes changes from the prior set of search terms is attached as a PDF.

We would like to confer with you regarding our proposal once you have had a chance to review.  Please let us know times on Thursday this week when you will be available to discuss.

Thank you.

Avi

Avi Josefson
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
E-Mail: avi@blbglaw.com

"asset backed security" OR (asset* W/5 back*) OR ABS OR (collateralized W/5 (mortgage* OR debt)) OR CMO OR CDO OR CLO OR Kasriel OR "Chief Economist" OR Bangalore OR Asha OR McDonald OR ((market OR econom*) /25 (collapse OR crisis)) OR MBS OR (residential W/5 mortgage*) OR RMBS OR (mortgage W/10 (securit* OR back* OR certificate*)) OR subprime OR "sub prime" OR (credit W/20 default) OR "floating rate" OR FOMC OR FRN OR WAL OR WAM OR CIT OR Capmark OR Greenpoint OR Sallie OR SLM OR Leh* OR (medium W/5 term) OR Sigma OR Theta OR Aircraft OR AMEX OR Arran OR Chase OR CMP OR (commercial W/5 paper) OR "comm* mort*" OR CWHEQ OR "First Rep*" OR FRC OR Granite OR GE OR Goldman OR GS OR GSAA OR G-Force OR HSBC OR ISTAR OR Interstar OR Kingfisher OR Lanark OR Medallion OR Mellon OR Merrill OR ML OR "ML Credit Corp*" OR MER OR Morgan OR MS OR MSDWCC OR MSJ OR "pass through" OR MTG OR National OR PUMA OR Sequoia OR Superannuation OR Thornburg OR Countrywide OR CFC OR CWABS OR HELOC OR Wachovia OR WB OR "International Lease" OR "Fifth Third" OR FITB OR IndyMac OR IMB OR SIV OR Whistlejacket OR "Whistle jacket" OR Whitepine OR "White Pine" OR WaMu OR "Washington Mutual" OR Citi OR (Variable W/5 Note) OR Ford OR Ameristock OR ETF OR (Ace W/5 Securities) OR "HSI Asset" OR IXIS OR (collateral W/5 (deficienc* OR sufficien* OR insufficien* OR shortfall)) OR CP OR consolidat* OR "FIN*46" OR "ARB*51" OR ("special purpose" W/25 (entit* OR vehicle*)) OR 009341AL2 OR 140661AD1 OR 125581CX4 OR 172967DL2 OR 61754KBE4 OR 61755BBB9 OR 20046GAW8 OR 200476AA7 OR 200476AJ8 OR 126673FH0 OR 126673AS1 OR 1266715W2 OR 126673QR6 OR 126685AD8 OR 126685BT2 OR 23242QAE2 OR 31678UAA7 OR 345370BW9 OR 36228CZU0 OR 36228CZW6 OR 40430GAA8 OR 45031UBE0 OR 52517P2K6 OR 52517PK83 OR 52517PR78 OR 52517PXU0 OR 52517PG21 OR 59020UAR6 OR 61746BCX2 OR 55353WAC0 OR 042706AG6 OR 81743PAT3 OR 81743PAP1 OR 8265TOAQ2 OR 8265TOAR0 OR 8265TOAS8 OR 8265TOAY5 OR 78442FEE4 OR 78442FEC8 OR 88368MAA0 OR 912828HX1 OR 92975TAA2 OR 125581CX4 OR 52517PL33 OR 004424AB3 OR 125581CX4 OR 362334BQ6 OR 362257AA5 OR 362256AA7 OR 362381AA3 OR 362348AB0 OR 362351AA6 OR 36298YAA8 OR 40430MAB3 OR 45073DAA6 OR 55291KAB3 OR 92978EAA2 OR 92978GAA7

(~~"Asset Backed Security"~~"asset backed security" OR (asset* W/~~2~~5 back~~)~~*) OR ABS OR ~~bankrupt* OR bubble OR "~~(collateralized W/5 (mortgage* OR debt)) OR CMO OR CDO OR CLO OR Kasriel OR "Chief Economist~~" OR collapse OR "consumer loan" OR crisis OR default~~" OR ~~deteriorate*~~Bangalore OR ~~deterioration~~Asha OR ~~duress~~McDonald OR ~~(investor W/5 (fear* OR scare* OR "Financial Crisis Inquiry Commission" OR FCIC OR harm OR illiquid*)) OR (((~~market ~~W/20 (book~~ OR ~~value OR mark* OR dislocate*~~econom*) /25 (collapse OR crisis~~)~~)) OR ~~housing~~MBS OR (residential W/5 mortgage~~)) OR mbs OR rmbs OR "monoline insurer"*~~) OR RMBS OR (mortgage W/10 (~~security~~securit* OR back~~)) OR (negative W/20 (impact OR income OR perform* OR watch)) OR "real estate"~~ * OR certificate*)) OR subprime OR "~~"~~sub prime~~" OR weak OR (perform W/5 under) OR leverage OR (collateral W/3 accept*) OR (collateral W/2 (reinvest* OR invest*)) OR AAA OR (analy* W/10 (meet OR exceed OR blow OR fail OR behind)) OR (bank sponsor*) OR compliance OR "Trust Credit Committee" OR FIRD OR FISSARC~~" OR (credit W/20 ~~(approv* OR "default swap" OR exception* OR limit OR market OR quality OR spread OR committee OR policy OR risk OR tier)) OR diligence OR duration OR earning* OR environment OR exotic* OR Fitch OR "first-pay" OR "first pay" OR "~~default) OR "floating rate~~"~~" OR FOMC OR "FRN ~~Index" OR ("interest rate" W/20 (risk OR sensitivity)) OR (investment W/10 (horizon OR manage* OR objective OR profile OR spread OR strategy OR "transaction detail" OR trust OR grade OR cash OR report)) OR (issue size exception*) OR issuer* OR LIBOR OR "loan volume" OR Moody* OR "rate sensitivity" OR "relative value analysis" OR (Spre/1 P) OR spread OR "tracking error" OR "valuation date" OR volatil*~~ OR WAL OR WAM OR ~~yield OR "credit policy committee" OR FIR OR "real estate credit research subcommittee" OR "real estate credit research sub-committee" OR "real estate credit research sub committee" OR TCC OR "risk oversight" OR triple OR tranche OR~~ CIT OR Capmark OR Greenpoint OR Sallie OR ~~Lehman~~SLM OR Leh* OR ~~(medium W/5 term)~~ OR Sigma OR Theta OR Aircraft OR AMEX OR Arran OR Chase OR CMP OR (~~Comm* Mort*)~~commercial W/5 paper) OR "comm* mort*" OR CWHEQ OR (~~"~~First Rep~~*)~~*"~~ OR FRC OR Granite OR GE OR Goldman OR GS OR GSAA OR G-Force OR HSBC OR ISTAR OR Interstar OR Kingfisher OR Lanark OR Medallion OR Mellon OR ~~MLCC~~ Merrill OR ML OR "ML Credit Corp*" OR MER OR Morgan OR MS OR ~~MSJ~~MSDWCC OR MSJ OR "pass through" OR MTG OR National OR PUMA OR Sequoia OR Superannuation OR Thornburg OR ~~"Morgan Stanley" OR SLM OR~~ Countrywide OR ~~MSDWCC~~CFC OR CWABS OR HELOC OR Wachovia OR ~~"~~WB OR "International Lease~~"~~" OR ~~"~~"Fifth Third~~"~~" OR ~~GSAA~~FITB OR IndyMac OR ~~"collateral deficiency" OR "collateral deficiencies" OR "deficiency of collateral" OR "deficiencies of collateral" OR "collateral shortfall" OR (collateral W/2~~IMB OR SIV OR Whistlejacket OR "Whistle jacket" OR Whitepine OR "White Pine" OR WaMu OR "Washington Mutual" OR Citi OR (Variable W/5 Note) OR Ford OR Ameristock OR ETF OR (Ace W/5 Securities) OR "HSI Asset" OR IXIS OR (collateral W/5 (deficienc* OR sufficien~~*)~~*)* OR ~~(collateral W/2~~ insufficien~~*)~~* OR shortfall)) OR CP OR ~~(client W/20 (conference OR meeting OR call)) OR~~ consolidat* OR ~~contrib* OR (liquidity W/20 (greater OR issue* OR need* OR squeeze OR tool* OR strain)) OR "pro rata" OR prorate OR pro-rata OR (risk* W/3 (control* OR minimiz* OR reduc* OR manag* OR benefit* OR invest* OR monitor* OR evaluat* OR assess* OR committee)) OR SLIR OR "securities lending investment risk" OR SLCC OR "collateral committee") W/25 ("Core USA" OR "Euro Core" OR "European Core" OR STEP OR STIF OR "stif step" OR "step stif" OR "short term extendable" OR "short term extendible" OR "short term investment fund" OR "commingled funds custom collateral section" OR "Funds Collateral Pool" OR FCP OR "NTI/NTCC" OR "custom pool" OR "custom section")~~ "FIN*46" OR "ARB*51" OR ("special purpose" W/25 (entit* OR vehicle*)) OR 009341AL2 OR 140661AD1 OR 125581CX4 OR 172967DL2 OR 61754KBE4 OR 61755BBB9 OR 20046GAW8 OR 200476AA7 OR 200476AJ8 OR 126673FH0 OR 126673AS1 OR 1266715W2 OR 126673QR6

OR 126685AD8 OR 126685BT2 OR 23242QAE2 OR 31678UAA7 OR 345370BW9 OR 36228CZU0 OR 36228CZW6 OR 40430GAA8 OR 45031UBE0 OR 52517P2K6 OR 52517PK83 OR 52517PR78 OR 52517PXU0 OR 52517PG21 OR 59020UAR6 OR 61746BCX2 OR 55353WAC0 OR 042706AG6 OR 81743PAT3 OR 81743PAP1 OR 8265TOAQ2 OR 8265TOAR0 OR 8265TOAS8 OR 8265TOAY5 OR 78442FEE4 OR 78442FEC8 OR 88368MAA0 OR 912828HX1 OR 92975TAA2 OR 125581CX4 OR 52517PL33 OR 004424AB3 OR 125581CX4 OR 362334BQ6 OR 362257AA5 OR 362256AA7 OR 362381AA3 OR 362348AB0 OR 362351AA6 OR 36298YAA8 OR 40430MAB3 OR 45073DAA6 OR 55291KAB3 OR 92978EAA2 OR 92978GAA7