**INDEX OF EXHIBITS**

1. Supplemental Declaration of Donald Anderson

2. Declaration of Kathryn M. Stevenson