# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LOUISIANA FIREFIGHTERS' RETIREMENT
SYSTEM, THE BOARD OF TRUSTEES OF
THE PUBLIC SCHOOL TEACHERS'
PENSION & RETIREMENT FUND OF
CHICAGO, THE BOARD OF TRUSTEES OF
THE CITY OF PONTIAC POLICE & FIRE
RETIREMENT SYSTEM, and THE BOARD
OF TRUSTEES OF THE CITY OF PONTIAC
GENERAL EMPLOYEES RETIREMENT
SYSTEM, on behalf of themselves and all others
similarly situated,

              Plaintiffs,

     v.

NORTHERN TRUST INVESTMENTS, N.A.,
and THE NORTHERN TRUST COMPANY,

              Defendants.

Judge Robert W. Gettleman,
*Judge Presiding*

Magistrate Judge Susan E. Cox

Civil Action No. 09-7203

## SUPPLEMENTAL DECLARATION OF DONALD ANDERSON

    I, Donald Anderson, declare under penalty of perjury that the following is true and correct:

    1.    I am a vice president in the Global Securities Lending department at The Northern Trust Company ("NTC"). I am a resident of Illinois and am over the age of 18. I state the following based on personal knowledge and on information that I learned or events that I observed in connection with my employment at NTC.

    2.    I described my work history and qualifications in Paragraphs 2 and 3 of my declaration, filed in this case, dated April 23, 2014. Terms that were defined in my April 23, 2014 declaration shall have the same definition in this declaration.

1

3. REDACTED

4. REDACTED

5. REDACTED

6. REDACTED

7.    REDACTED

8.    I have reviewed the documents attached as Exhibits O through Q to the declaration of Avi Josefson dated May 12, 2014. These are copies of emails attaching monthly "executive summary" reports for CTPF's securities lending program. These reports show facts about CTPF's securities lending activities, such as the top ten securities loaned with respect to earnings, the top five borrowers, and a breakdown of the types of securities held within STIF, which is held by the Custom Fund. In Paragraphs 16 through 18 of his declaration, Mr. Josefson points out that these reports contain an entry titled "Loan Collateral Percentage," which lists the loan balance and "collateral rate" for U.S. loans and international loans. His declaration does not state what is meant by these items. REDACTED

9.    I am generally aware that CTPF has recently inquired about the possibility of NTC serving as a third-party lending agent after CTPF moves its assets to BNY Mellon. I am further aware that CTPF has suggested in its reply brief that this arrangement—NTC serving as third-party lending agent—would maintain the status quo. This arrangement would not maintain

4

the status quo; it would be a dramatic change to the status quo. Indeed, third-party lending cannot physically occur under the parties' existing agreement. That is because the parties' existing agreement assumes that NTC is the custodian of the assets to be lent and makes no arrangements for the situation where such assets are not in NTC's custody.

10.     Third-party lending describes the situation in which the securities lending agent does not have custody of the assets to be lent; custody of those assets is held by a third party that must become a coordinated participant in the securities lending process. Before NTC could begin serving as a third-party lending agent for CTPF, therefore, multiple events would need to occur, including the following: (1) Because the parties' existing securities lending agreement would no longer apply, and could no longer apply, NTC and CTPF would need to negotiate and execute a third-party securities lending agreement; (2) NTC would need to negotiate and execute an agreement with CTPF's new custodian, which is to be BNY Mellon, under which the new custodian would coordinate with and fulfill the lending arrangements made by NTC on CTPF's behalf (including effecting the flow of securities to borrowers); (3) NTC would need to make other, related arrangements, including communications with borrowers; and (4) NTC and BNY Mellon would need to engage in operational testing to ensure that the loans and related transactions would be properly executed. Switching NTC's role to that of a third-party lending agent would be a substantial undertaking requiring significant time and effort, and it would be a fundamental change to the current relationship between NTC and CTPF.

11.     During the events described in Paragraph 3 herein, STEP was a collective fund governed by the Declaration of Trust of the Northern Trust Global Investments Collective Funds Trust, a true and correct copy of which is attached hereto as Exhibit 3.

*     *     *

5

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the
21st day of ____May____, 2014

Donald Anderson

6

## INDEX OF EXHIBITS

1. REDACTED

2. REDACTED

3. REDACTED

# Exhibit 1
# Filed Under Seal

# Exhibit 2
# Filed Under Seal

# Exhibit 3
# Filed Under Seal