**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Louisiana Firefighters' Retirement System, et al.

          Plaintiff,

v.          Case No.: 1:09−cv−07203
          Honorable Robert W. Gettleman

Northern Trust Investments, N.A., et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 16, 2014:

    MINUTE entry before the Honorable Susan E. Cox: Per the Court's prior order, the parties called the Court to advise of their settlement progress. The parties are continuing to work on settlement documents and request an additional 30 days. Further telephonic status set for 11/10/2014. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.