## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Louisiana Firefighters' Retirement System, et al.

        Plaintiff,

v.

Northern Trust Investments, N.A., et al.

        Defendant.

Case No.: 1:09−cv−07203
Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 14, 2015:

    MINUTE entry before the Honorable Robert W. Gettleman:Status hearing held on 1/14/2015. Response to motion to dismiss is due by 1/21/2015. Reply is due by 2/4/2015. Status hearing is continued to 2/25/2015. Status hearing is also set for 4/22/2015 at 9:00 a.m. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.