UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>        Defendants. | Case No. 09-7203<br><br>Hon. Jorge L. Alonso<br><br>Magistrate Judge Susan E. Cox |

**SETTLING PLAINTIFFS' UNOPPOSED MOTION TO FILE AN
OVERSIZED MEMORANDUM IN SUPPORT OF THEIR MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Settling Plaintiffs Louisiana Firefighters' Retirement System, The Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago, and The Board of Trustees of the City of Pontiac Police and Fire Retirement System, by and through their attorneys, respectfully move this Court for leave to file a memorandum not to exceed 25 pages in support of their Unopposed Motion for an Order: (1) Preliminarily Approving Class Action Settlement; (2) Preliminarily Certifying Settlement Class and Appointing Class Counsel for the Settlement Class; and (3) Approving Proposed Plan for Notice. Settling Plaintiffs' Counsel have conferred with counsel for Defendants and they do not oppose the request.

Dated: February 18, 2015

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By  /s/ Avi Josefson
           Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60611
Tel: (312) 373-3880
Fax: (312) 794-7801
Illinois Bar No. 6272453
avi@blbglaw.com

 - and –

Katherine M. Sinderson
Rebecca E. Boon
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Tel: (212) 554-1400
Fax: (212) 554-1444
katherinem@blbglaw.com
rebecca.boon@blbglaw.com

| **KELLER ROHRBACK L.L.P**. | **SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP** |
|---|---|
| Lynn L. Sarko | Todd M. Schneider |
| Derek W. Loeser | Mark T. Johnson |
| Raymond J. Farrow | 180 Montgomery Street, Suite 2000 |
| Laura R. Gerber | San Francisco, California 94104 |
| 1201 Third Avenue, Suite 3200 | Tel: (415) 421-7100 |
| Seattle, Washington 98101 | Fax: (415) 421-7105 |
| Tel: (206) 623-1900 | tschneider@schneiderwallace.com |
| Fax: (206) 623-3384 | mjohnson@schneiderwallace.com |
| lsarko@kellerrohrback.com | |
| dloeser@kellerrohrback.com | |
| rfarrow@kellerrohrback.com | |
| lgerber@kellerrohrback.com | |

*Co-Lead Counsel for Settling Plaintiffs*

#875954

## **CERTIFICATE OF SERVICE**

      I, Avi Josefson, an attorney, hereby certify that a copy of the foregoing "**Settling Plaintiffs' Unopposed Motion to File an Oversized Memorandum in Support of Their Motion for Preliminary Approval Of Class Action Settlement**" was served on counsel for all parties electronically via the CM/ECF system on February 18, 2015.

| | | |
|---|---|---|
| Dated: February 18, 2015 | By: | _/s/ Avi Josefson_ |
| | | Avi Josefson |