**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, <br><br> Defendants. | Case No. 09-7203 <br><br> Hon. Jorge L. Alonso <br><br> Magistrate Judge Susan E. Cox |

**ORDER GRANTING SETTLING PLAINTIFFS' UNOPPOSED**
**MOTION TO FILE AN OVERSIZED MEMORANDUM IN SUPPORT OF THEIR**
**MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Upon consideration of Settling Plaintiffs' Unopposed Motion to File an Oversized Memorandum in Support of Their Motion for Preliminary Approval of Class Action Settlement, **IT IS HEREBY ORDERED**, this 17 day of March, 2015 that: the Motion is hereby **GRANTED**.

**SO ORDERED**:

DATED this 17 day of March, 2015

_____
HON. SUSAN E. COX
UNITED STATES MAGISTRATE JUDGE

#876143