**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>        Defendants. | Case No. 09-7203<br><br>Hon. Jorge L. Alonso<br><br>Magistrate Judge Susan E. Cox |

**SETTLING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

Plaintiffs Louisiana Firefighters' Retirement System, The Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago, and The Board of Trustees of the City of Pontiac Police and Fire Retirement System (collectively, the "Settling Plaintiffs"), by and through their attorneys, hereby move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for entry of a judgment approving the proposed Settlement reached in the above-captioned action and for entry of an order approving the proposed Plan of Allocation of the settlement proceeds. This motion is based on the Joint Declaration of Avi Josefson, Derek W. Loeser and Mark T. Johnson in Support of (I) Settling Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (II) Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the Memorandum of Law in Support of Settling Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of

Allocation; and all other papers and proceedings herein and such additional evidence or argument that may be presented at the hearing on this matter previously scheduled by the Court for August 5, 2015.

| | |
|---|---|
| Dated: July 1, 2015 | Respectfully submitted, |

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By  /s/ Avi Josefson
      Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60611
Tel: (312) 373-3880
Fax: (312) 794-7801
Illinois Bar No. 6272453
avi@blbglaw.com

  - and –

Katherine M. Sinderson
Rebecca E. Boon
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Tel: (212) 554-1400
Fax: (212) 554-1444
katherinem@blbglaw.com
rebecca.boon@blbglaw.com

| | |
|---|---|
| KELLER ROHRBACK L.L.P. | SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP |
| Lynn L. Sarko | Todd M. Schneider |
| Derek W. Loeser | Mark T. Johnson |
| Raymond J. Farrow | 180 Montgomery Street, Suite 2000 |
| Laura R. Gerber | San Francisco, California 94104 |
| 1201 Third Avenue, Suite 3200 | Tel: (415) 421-7100 |
| Seattle, Washington 98101 | Fax: (415) 421-7105 |
| Tel: (206) 623-1900 | tschneider@schneiderwallace.com |
| Fax: (206) 623-3384 | mjohnson@schneiderwallace.com |
| lsarko@kellerrohrback.com | |
| dloeser@kellerrohrback.com | |
| rfarrow@kellerrohrback.com | |
| lgerber@kellerrohrback.com | |

*Co-Lead Counsel for Settling Plaintiffs*

#911658

## **CERTIFICATE OF SERVICE**

  I, Avi Josefson, an attorney, hereby certify that a copy of the foregoing "**SETTLING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**" was served on counsel for all parties electronically via the CM/ECF system on July 1, 2015.

Dated: July 1, 2015      By:  */s/ Avi Josefson*
                  Avi Josefson