**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>        Defendants. | Case No. 09-7203<br><br>Hon. Jorge L. Alonso<br><br>Magistrate Judge Susan E. Cox |

**CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF**
**ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

Co-Lead Counsel, Bernstein Litowitz Berger & Grossmann LLP, Keller Rohrback, L.L.P, and Schneider Wallace Cottrell Konecky Wotkyns LLP, hereby move this Court, pursuant to Rule 23(h) of the Federal Rules of Civil Procedure, for entry of an order awarding attorneys' fees and reimbursement of litigation expenses in the above-captioned action. This motion is based on the Joint Declaration of Avi Josefson, Derek W. Loeser and Mark T. Johnson in Support of (I) Settling Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (II) Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the Memorandum of Law in Support of Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and all other papers and proceedings herein and such additional evidence or argument that may be presented at the hearing on this matter previously scheduled by the Court for August 5, 2015.

| | |
|---|---|
| Dated: July 1, 2015 | Respectfully submitted,<br><br>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br><br>By  /s/ Avi Josefson<br>     Avi Josefson<br>875 North Michigan Avenue, Suite 3100<br>Chicago, IL 60611<br>Tel: (312) 373-3880<br>Fax: (312) 794-7801<br>Illinois Bar No. 6272453<br>avi@blbglaw.com<br><br> - and –<br><br>Katherine M. Sinderson<br>Rebecca E. Boon<br>1285 Avenue of the Americas, 38th Floor<br>New York, New York 10019<br>Tel: (212) 554-1400<br>Fax: (212) 554-1444<br>katherinem@blbglaw.com<br>rebecca.boon@blbglaw.com |
| KELLER ROHRBACK L.L.P.<br>Lynn L. Sarko<br>Derek W. Loeser<br>Raymond J. Farrow<br>Laura R. Gerber<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington 98101<br>Tel: (206) 623-1900<br>Fax: (206) 623-3384<br>lsarko@kellerrohrback.com<br>dloeser@kellerrohrback.com<br>rfarrow@kellerrohrback.com<br>lgerber@kellerrohrback.com | SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP<br>Todd M. Schneider<br>Mark T. Johnson<br>180 Montgomery Street, Suite 2000<br>San Francisco, California 94104<br>Tel: (415) 421-7100<br>Fax: (415) 421-7105<br>tschneider@schneiderwallace.com<br>mjohnson@schneiderwallace.com |

*Co-Lead Counsel for Settling Plaintiffs*

#911659

## **CERTIFICATE OF SERVICE**

      I, Avi Josefson, an attorney, hereby certify that a copy of the foregoing "**CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**" was served on counsel for all parties electronically via the CM/ECF system on July 1, 2015.

Dated: July 1, 2015          By:     */s/ Avi Josefson*
                                                                   Avi Josefson