IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF Pontiac Police & Fire RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF Pontiac General EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>      Defendants. | Civil Action No. 09-7203<br><br>Hon. Jorge L. Alonso<br><br>Hon. Susan E. Cox |

**DECLARATION OF BROOK R. LONG**
**REGARDING MAILING OF BANKING NOTICE**

I, Brook R. Long, hereby declare as follows:

1. I am a partner of the law firm of Winston & Strawn LLP, and one of the attorneys of record for defendants Northern Trust Investments, Inc. and The Northern Trust Company (collectively, "Northern Trust") in the above-captioned action. I have personal knowledge of the matters set forth herein based on my participation in and supervision of the mailings by Northern Trust described herein.

2. All capitalized words herein shall have the same meanings as they have in the Stipulation and Agreement of Partial Settlement of Class Action in this matter, dated as of February 17, 2015.

3. I submit this declaration pursuant to paragraph 8(f) of the Preliminary

-2-

Approval Order in this action entered by the Court on March 17, 2015 (Dkt. # 433).

4. I hereby certify that on or before April 1, 2015, at no cost to the Settlement Fund, the Settling Plaintiffs, Settling Plaintiffs' Counsel or the Settlement Administrator, Northern Trust caused the Banking Notice, substantially in the form attached to the Preliminary Approval Order as Exhibit 1, and a copy of the Preliminary Approval Order, to be sent via first-class U.S. mail to each Identified Settlement Class Member at its last known mailing address, according to Defendants' client records, in accordance with paragraph 8(b) of the Preliminary Approval Order.

5. Further declarant sayeth not.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 29th day of July, 2015.

    /s/ Brook R. Long
Brook R. Long

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on July 29, 2015 the foregoing Declaration of Brook R. Long was filed electronically with the Clerk of Court using the CM/ECF system. Copies of the document will be served on all counsel of record automatically by operation of the Court's CM/ECF filing system.

/s/ Brook R. Long