# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Louisiana Firefighters' Retirement System, et al.

                                        Plaintiff,

v.                                            Case No.: 1:09−cv−07203
                                            Honorable Jorge L. Alonso

Northern Trust Investments, N.A., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 9, 2015:

       MINUTE entry before the Honorable Jorge L. Alonso: Defendants' motion for leave to file under seal [508] is granted. Motion hearing date of 9/15/15 is stricken. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.