OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

S SUBURBAN
IL 604
24 NOV '15
PM 1 L

FIRST-CLASS MAIL
neopost
11/24/2015
US POSTAGE $000.48⁵
ZIP 60604
041M11270962

09 CV 7203
# 520

CONTRARY TO PRISON REGULATIONS
RETURN TO SENDER
Unauthorized Enclosure
Unauthorized Correspondence
X  No ADC # Contact 602-542-5586
X  Name and ADC # don't match
   Inmate no longer in custody

850 7E 1    0011/30/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 60604180099    *1161-00841-24-43*

MIXIE

Ann Arias
P.O. Box 3000
Goodyear, AZ 85395