UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>        Defendants. | Case No. 09-7203<br><br>Hon. Jorge L. Alonso<br><br>Magistrate Judge Susan E. Cox<br><br>JURY TRIAL DEMANDED |

## MOTION FOR LEAVE TO FILE UNDER SEAL

      Simultaneously with the filing of this Motion, Plaintiffs the Board of Trustees of the City of Pontiac Police and Fire Retirement System, and the Board of Trustees of the City of Pontiac General Employees Retirement System (together, "Plaintiffs") shall file their Reply Memorandum of Law in Further Support of Their Motion for Class Certification, the supporting Declaration of Avi Josefson and accompanying exhibits.

      Pursuant to Local Rule 26.2 of the Northern District of Illinois, Plaintiffs hereby move this Court for a sealing order allowing Plaintiffs to file Plaintiffs' Reply Memorandum of Law in Further Support of Their Motion for Class Certification and Exhibits A-F, H, and J-N to the accompanying Declaration of Avi Josefson as sealed documents.

      In support thereof, Plaintiffs state as follows:

      1.    On October 13, 2011, the Court entered the Stipulated Protective Order. ECF No. 123. Section H of the Order governs the filing of Designated Discovery Material and states that

"No party may file any Discovery Material with the Court under seal . . . within the meaning of Local Rule 26.2(a) without previously-obtained Court approval."

2. Plaintiffs' Reply Memorandum of Law in Further Support of Their Motion for Class Certification and Exhibits A-F, H, and J-N to the accompanying Declaration of Avi Josefson include references to documents that Northern Trust has chosen to designate as "Confidential Discovery Material."

3. Pursuant to the Stipulated Protective Order, and Local Rule 26.2, Plaintiffs are required to request leave of the Court to file these materials under seal.

4. A Proposed Order has been e-mailed to the court.

Dated:  December 7, 2015    Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By  /s/ Avi Josefson
       Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60611
Tel: (312) 373-3880
Fax: (312) 794-7801
Illinois Bar No. 6272453
avi@blbglaw.com

 - and –

Rebecca E. Boon
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
rebecca.boon@blbglaw.com

**SULLIVAN, WARD, ASHER & PATTON, P.C.**

Michael J. Asher
Matthew I. Henzi
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075
Tel: (248) 746-2731
Fax: (248) 746-4805
masher@swappc.com
mhenzi@swappc.com

*Counsel for Plaintiffs the Board of Trustees of the City of Pontiac Police & Fire Retirement System and the Board of Trustees of the City of Pontiac General Employees Retirement System*