# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>Defendants. | Case No. 09-7203<br><br>Hon. Jorge L. Alonso<br><br>Magistrate Judge Susan E. Cox<br><br>JURY TRIAL DEMANDED |

## NOTICE OF MOTION FOR LEAVE TO FILE UNDER SEAL

To: Counsel of Record for Defendants in this matter, notified via CM-ECF

**PLEASE TAKE NOTICE** that on Tuesday, December 15, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel will appear before The Honorable Jorge L. Alonso in Courtroom 1700 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and shall present the following motion attached hereto: MOTION FOR LEAVE TO FILE UNDER SEAL.

Dated: December 7, 2015

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By  */s/ Avi Josefson*
    Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60611
Tel: (312) 373-3880
Fax: (312) 794-7801
Illinois Bar No. 6272453

avi@blbglaw.com

- and –

Rebecca E. Boon
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
rebecca.boon@blbglaw.com

**SULLIVAN, WARD, ASHER & PATTON, P.C.**

Michael J. Asher
Matthew I. Henzi
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075
Tel: (248) 746-2731
Fax: (248) 746-4805
masher@swappc.com
mhenzi@swappc.com

*Counsel for Plaintiffs the Board of Trustees of the City of Pontiac Police & Fire Retirement System and the Board of Trustees of the City of Pontiac General Employees Retirement System*

2