UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, <br><br> Defendants. | Case No. 09-7203 <br><br> Hon. Jorge L. Alonso <br><br> Magistrate Judge Susan E. Cox <br><br> JURY TRIAL DEMANDED |

## DECLARATION OF AVI JOSEFSON

I, AVI JOSEFSON, declare as follows:

1. I am a partner with the law firm of Bernstein Litowitz Berger & Grossmann LLP, and counsel for Plaintiffs the Board of Trustees of the City of Pontiac Police & Fire Retirement System and the Board of Trustees of the City of Pontiac General Employees Retirement System in the above-captioned action. I submit this declaration in support of Plaintiffs' Reply Memorandum in Further Support of Their Motion for Class Certification.

2. Attached hereto as Exhibit A is a true and correct copy of the Rebuttal Report of James J. Angel, Ph.D., CFA.

3. Attached hereto as Exhibit B is a true and correct copy of the Rebuttal Report of Michael L. Hartzmark, Ph.D.

4. Attached hereto as Exhibit C is a true and correct copy of the following transcript pages of the November 13, 2015 deposition, taken in the above-captioned action, of Edmon W. Blount: 8, 16, 65-66, 69, 72, and 73.

5. Attached hereto as Exhibit D is a true and correct copy of an email exchange dated September 22, 2008, produced by Northern Trust in discovery, designated as "confidential" pursuant to the protective order entered in the above-captioned action, and bearing the Bates-stamps NTFF0149222-24.

6. Attached hereto as Exhibit E is a chart illustrating commonalities among the residential mortgage-backed securities ("RMBS") that caused losses in all of the Core Pools. The information in this chart reflects Plaintiffs' review of the prospectus supplements for the RMBS held in the Core Pools that incurred losses. Those RMBS were identified based on documents produced by Defendants in discovery and are listed on Exhibit I to the Report of Michael L. Hartzmark, Ph.D., dated June 8, 2015, and previously submitted as Exhibit 2 to the Declaration of Avi Josefson in support of Plaintiffs' Motion for Class Certification (ECF No. 455).

7. Attached hereto as Exhibit F is a true and correct copy of the following page of the July 28, 2015 deposition, taken in the above-captioned action, of James J. Angel, Ph.D. CFA: 228.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from Northern Trust marketing materials for the SLP, dated August 30, 2006, produced by the Board of Trustees of the City of Pontiac Police and Fire Retirement System in discovery and bearing the Bates-stamps PON_0001032-35.

9. Attached hereto as Exhibit H is a true and correct copy of The Code of Ethics of Northern Trust Investments, N.A., dated February 1, 2005, produced by Northern Trust in discovery, designated as "confidential" pursuant to the protective order entered in the above-captioned action, and bearing the Bates-stamps NTFF0047321-31.

10. Attached hereto as Exhibit I is a document entitled "Securities Lending At The Northern Trust" produced by the Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago in discovery and bearing the Bates-stamps CTPF_00018406-13.

11. Attached hereto as Exhibit J is a true and correct copy of an email exchange and attachment dated August 15, 2007, produced by Northern Trust in discovery, designated as "confidential" pursuant to the protective order entered in the above-captioned action, and bearing the Bates-stamps NT031750-53.

12. Attached hereto as Exhibit K is a true and correct copy of an email dated July 14, 2008, produced by Northern Trust in discovery, designated as "confidential" pursuant to the protective order entered in the above-captioned action, and bearing the Bates-stamp NTFF0147979.

13. Attached hereto as Exhibit L is a true and correct copy of an email exchange and attachments dated September 19, 2008, produced by Northern Trust in discovery, designated as "confidential" pursuant to the protective order entered in the above-captioned action, and bearing the Bates-stamps NT009257-65.

14. Attached hereto as Exhibit M is a true and correct copy of an email exchange and attachment dated September 22, 2008, produced by Northern Trust in discovery, designated as "confidential" pursuant to the protective order entered in the above-captioned action, and bearing the Bates-stamps NTFF0151205-07.

15. Attached hereto as Exhibit N is a true and correct copy of an email dated September 29, 2008, produced by Northern Trust in discovery, designated as "confidential" pursuant to the protective order entered in the above-captioned action, and bearing the Bates-stamps NTD0017409-10.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 7, 2015
       Chicago, Illinois

                                              /s/ Avi Josefson
                                              Avi Josefson