# EXHIBIT G



August 30, 2006


Ms. Ellen Zimmermann
Retirement System Administrator
City of Pontiac
47450 Woodward Avenue
Pontiac, MI 48342


Dear Ellen:


Re: Northern Trust – Request for Proposal

The Northern Trust Company is pleased to present, for your review and consideration, our response to your Request for Proposal for the Pontiac Retirement System. The fee estimates contained in this response are based upon our understanding of your account structure, asset composition, and reporting requirements that you provided.

We are often asked why we believe we are different and what value we can provide to our clients. The following summary addresses this question from a number of different aspects for you to review.

**A Unique Partner**
Since its founding in 1889, Northern Trust has distinguished itself in the marketplace by its strong client focus and the manner in which it delivers products and services. While other custodians might emphasize size, we focus on the combination of following five key factors that differentiate Northern Trust:

**Financial Stability.** Financial strength is not a given, even amongst the largest and most well known names in the industry. Northern Trust is recognized and well regarded for its solid, low risk business mix, conservative culture, prudent management, and control of risk.

**Business Focus.** Northern Trust derives over 73% of its revenues from trust and custody related businesses. This business is *integral* to our organization. We do not become distracted or diverted by the temptation to pursue short term, high-risk revenue opportunities

Page #2
Ms. Ellen Zimmermann
Retirement System Administrator
City of Pontiac

**Product & Technology Leadership.** Northern Trust works hard to develop and deliver its full array of global services to you, our client, in a way that is meaningful to your specific situation and industry

**Client Focus.** Client service is the hallmark of Northern Trust. Our passion for clients and service excellence is deeply embedded in our organizational culture, which is fundamental to the success of Northern Trust and ultimately the satisfaction of our clients

**People.** Northern Trust places high value on attracting, developing, and retaining high caliber employees so that you as our client will be serviced by a knowledgeable and highly motivated service team


In summary, we believe Northern Trust is uniquely qualified to meet the needs of our clients by our ability to listen carefully to your requirements, to add experience and expertise, and to deliver a service that is of unrivalled quality. I look forward to hearing from you directly at (312) 630-8991.


Sincerely,

*Thomas S. Hackett*

Thomas G. Hackett
Vice President


cc:     Andrea Coffey Stewart - Gray & Company

PON_0000948



RESPONSE TO REQUEST FOR PROPOSAL FOR

# PONTIAC RETIREMENT SYSTEMS

Tom Hackett

Northern Trust

50 South LaSalle Street

Chicago, Illinois 60603

Tel: 312.630.8991

Fax: 312.630.1735

E-mail: tgh@ntrs.com

August 31, 2006



PON_0000949

Neither Northern Trust, nor any client, has ever experienced a financial loss due to a borrower bankruptcy or default in the history of our program. Proving the strength of our risk prevention process, Northern Trust ceased doing business with a borrower over one year before its parent corporation filed for bankruptcy protection. In addition, we stopped lending to another borrower because our credit analysis revealed that their capitalization position did not meet our strict standards.

We do not lend to entities other than our borrower network.

C. *What types of collateral do you require?*

Acceptable types of collateral vary depending on a client's allowable investment guidelines, legal restrictions or requirements, acceptance of types of collateral and risk tolerance. The majority of Northern Trust clients invest in the Core USA collateral option, which accepts cash, U.S. government securities, and irrevocable bank letters of credit as collateral.

D. *How is cash collateral invested?*

Northern Trust offers clients an array of investment choices for cash collateral. To meet the needs of our diverse client base, we offer a family of collateral options for a customized mix of risk and return:

- Basic. This is an investment option for clients with highly restrictive statutory requirements. Collateral types are limited to cash and government securities only. Cash collateral investments have shorter maturities and returns are standard.
- Core USA. This investment option is for U.S. domiciled clients accepting U.S. dollar denominated collateral only. This option accepts cash, U.S. government securities, and irrevocable bank letters of credit as collateral. We require that letters of credit meet the same credit quality guidelines set forth for all cash collateral investments made in Northern Trust's pooled collateral funds. Northern Trust's Trust Credit Committee reviews and approves the creditworthiness of institutions in which investments of letters of credit are made and sets limits for investments in each institution.
- Core. This option accepts U.S. currency, U.S. Treasuries, letters of credit, Euro, and EMU Sovereign Debt as collateral. Core provides competitive returns with a conservative investment strategy. To accommodate different client types, we maintain two additional pooled Core options: Core U.K. (for U.K. participating lenders) and Core Canada (for clients that accept Canadian and U.S. government bonds).
- Global Core/European Core. This option uses the same forms of collateral as the Core fund plus OECD sovereign debt (countries rated A or B by Northern Trust Credit Committee), other foreign currency (Japanese yen and U.K. sterling), and a diversified groups of equities from major indices (Germany DAX 30, France CAC 40, and Japan NIKKEI 225). It mitigates foreign exchange risk by matching loan and collateral currency and provides the opportunity to reduce market risk by matching loan and collateral security type. Our greater collateral flexibility for borrowers helps to increase loan volumes and earnings.

Northern Trust invests cash collateral in approved short-term investment funds, repurchase agreements, U.S. and Eurodollar deposits, and other quality money market instruments. Our trust



Pontiac Retirement Systems A.81

credit committee reviews and approves the creditworthiness of institutions in which investments of cash collateral are made, and sets limits for investments in each institution.

**E.    How do you coordinate your securities lending activities with the client's investment manager(s)?**

We strive to keep our Securities Lending Program separate from the investment strategy of our clients' investment managers who can continue to trade securities as if they were not out on loan.

When an investment manager sells a client's security that is out on loan, we first attempt to reassign the securities loan to another lender. Reallocation allows a new lender to enjoy the income from the securities loan, and alleviates the need to recall the security. Our large, diverse pool of lendable assets enables us to accommodate our clients' settlement needs and reallocate 97% of all loans within the same day.

If a security cannot be reallocated and must be recalled, we work with the borrower to ensure a quick return of the sold security. Our borrower agreement provides for the return of securities within one day for U.S. government securities, three days for U.S. corporate securities, and the customary redelivery period in the country of origin for non-U.S. securities or five business days, whichever is less. These are common market practices in the securities lending industry.

Northern Trust is dedicated to ensuring timely settlement of sold securities. When we are notified that a security has been sold on trade date, we provide our clients with trade settlement protection starting on standard settlement date in the event the trade does not settle due to securities lending. Northern Trust will compensate clients for interest on the proceeds of the sale at the client's STIF rate from settlement date until the trade actually settles. Should a client's account be overdrawn because of a sell fail due to securities lending, we will compensate for any overdraft charges at the prime rate. We strive to attain the same settlement results for securities lending as we do with our regular custody services.

To acclimate investment managers to Northern Trust's operations, we provide them with a booklet called Investment Manager Guidelines, which details Northern Trust's procedures for trade confirmation communications, securities settlements, and special investments. To further reinforce our investment manager coordination, our trust system and Investment Manager Liaison Group regularly communicate investment management activity to us.

**F.    What percentage of collateral do you require?  Do you mark-to-market daily?**

The guidelines for all securities lending sections dictate that U.S. securities must be initially collateralized at 102% of market value plus accrued interest and non-U.S. securities must be collateralized at 105% of market value plus accrued interest.  Maintenance margins for U.S. government and agency securities, U.S. equity and corporate fixed income securities, international fixed income, and international equity securities are 101.5%, 102%, 104.5%, and 104.5%, respectively.  Pricing for each loan is adjusted for the type of collateral received, the expected expense related to the maintenance of the collateral, and the expected revenue to be generated as a result of accepting a certain type and level of collateral.



Pontiac Retirement Systems  A.82

Each day a team of securities lending professionals, using advanced systems, is dedicated to the daily mark to market process. They compare the value of securities on loan and collateral with respect to both market and currency values and verify that the value of collateral plus collateral demands equals or exceeds the value of loaned securities plus accrued interest. If the value falls below 102%/105% plus accrued interest subject to de minimis rules of change in market value, loans are marked-to-market and additional collateral is requested from the borrower. Collateral requested each morning is required that same day. If the borrower fails to deliver additional collateral, we notify the borrower that he is in default under the borrower agreement. If the borrower does not provide the necessary collateral after receiving notification, our legal agreement allows us to close our contract with the borrower and buy-in the securities.

G. **To what degree are your securities lending clients insured against losses occurring in the lending program?**

Northern Trust is pleased to offer you operational indemnification, which indemnifies for direct losses when we are unable to recover borrowed securities and distributions (e.g. dividends and interest) made during the term of the loan as a result of Northern Trust's negligence.

In addition, we also offer you borrower/counterparty indemnification, which indemnifies for direct losses when we are unable to recover borrowed securities and distributions (e.g. dividends and interest) due to the insolvency of a borrower, regardless of whether or not Northern Trust has complied with its contractual responsibilities.

The best way that Northern Trust can protect you is to monitor and manage your program as effectively and efficiently as possible. Risk management is the cornerstone of our program. We take a qualitative and quantitative approach to measure and monitor risk each day, so that you are protected from potential securities lending risks.

Our indemnification language is detailed in Northern Trust's lending authorization agreements.

H. **How is the income generated from securities lending split between the client and you?**

Each client's portfolio is analyzed individually to determine the optimal fee arrangement taking into account the expected demand for the portfolio, the size of the lendable portfolio, and other proposed fees, for example, custody, benefit payments, foreign exchange, investment management, transition services, commission recapture, etc. We would be pleased to evaluate your portfolio to determine the specific fee arrangement and earnings potential.

I. **What is the fee structure for lending for borrowing?**

Northern Trust does not maintain a specific fee structure for our borrowers. Instead, we work to negotiate the maximum fee for each security loaned.



Pontiac Retirement Systems  A.83

**J.** *Are there any additional costs for this service to the client?*

Northern Trust does not pass on any management fees on collateral or other transaction charges to clients for our standard securities lending service. We absorb all associated trading, collateral management, and securities movement expenses.

As is common practice with many money market funds in the industry, there is cost recovery of certain expenses within our lending program. This cost recovery currently averages between 1-2 basis points, depending on the collateral fund section. Cost recovery exists to cover auditing and reporting expenses incurred in the operations of our lending program. Some of this recovered expense is used to enhance and improve our technology, ultimately benefiting our clients and aiding in our success as a lending agent. Cost recovery is deducted from the gross yield of the fund prior to charging a fee.