**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated, | Hon. Jorge L. Alonso<br><br>Magistrate Judge Susan E. Cox<br><br>Civil Action No. 09-7203 |
| Plaintiffs, | |
| v. | |
| NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY, | |
| Defendants. | |

**JOINT AGREED MOTION TO ADVISE COURT OF
SETTLEMENT AND TO SCHEDULE HEARING ON MOTION
FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

The parties respectfully submit this joint motion to advise the Court of the forthcoming *Agreed Motion For Entry Of An Order: (1) Preliminarily Approving Class Action Settlement; And (2) Approving Proposed Plan For Notice* (the "Preliminary Approval Motion") and to request a hearing date of August 2, 2016 for the Preliminary Approval Motion. In support of their Motion, the parties state as follows:

1. Subject to this Court's approval, the parties have reached agreement on the terms of a settlement of the "Class Case," *Louisiana Firefighters Retirement Systems, et al. v. Northern*

*Trust Investments, N.A. and The Northern Trust Company*, Case. No. 09-7203 (N.D. Ill.). The parties are in the process of documenting the proposed settlement and preparing the necessary approval papers, and intend to file the Preliminary Approval Motion with this Court by July 25, 2016, and request that the Preliminary Approval Motion be scheduled for hearing on August 2, 2016, or at the earliest date thereafter that is convenient to the Court.

2. Separately, the parties have reached agreement on the terms of a settlement of the related individual plaintiff lawsuits, *The Board of Trustees of the Public School Teachers' Pension and Retirement Fund of Chicago v. Northern Trust Investments, N.A. and The Northern Trust Company*, Case No. 09-7203 (N.D. Ill.); *The Municipal Employees' Annuity and Benefit Fund of Chicago v. Northern Trust Investments, N.A. and The Northern Trust Company*, Case No. 09-7203 (N.D. Ill.); and *The Laborers' & Retirement Board Employees' Annuity & Benefit Fund Of Chicago v. Northern Trust Investments, N.A. and The Northern Trust Company* , Case No. 09-7203 (N.D. Ill.), as well as a settlement with one non-plaintiff (collectively, the "Individual Plaintiff Cases").

3. The parties' agreement to settle the Individual Plaintiff Cases is expressly conditioned upon this Court's preliminary approval of the settlement of the Class Case.

4. The anticipated settlements in the Class Case and the Individual Plaintiff Cases will resolve all remaining issues between the parties and will bring these cases, which have been pending since 2009, to a close.

5. By this Motion, the parties seek to advise the Court of the forthcoming Preliminary Approval Motion and request a hearing on that motion on August 2, 2016 at 9:30 a.m., or at the earliest date thereafter that is convenient to the Court.

6. Because this Court has reserved substantial time for a trial in the Class Case, the parties wished to provide notice to the Court that, if the Preliminary Approval Motion is approved, the parties will request that the Court vacate the existing minute entries setting a discovery schedule and scheduling a March 20, 2017 trial date. [*See* Dkts. 545, 562, 564.]

WHEREFORE, the parties jointly request that the Court schedule a hearing on the Preliminary Approval Motion for August 2, 2016 at 9:30 a.m., or on the earliest alternative date that is convenient for the Court.

Dated: July 13, 2016

Respectfully submitted,

  */s/ David J. Bradford*

Caryn L. Jacobs
Todd J. Ehlman
Brook R. Long
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
CJacobs@winston.com
TEhlman@winston.com
BLong@winston.com

David J. Bradford
Daniel J. Weiss
Melissa M. Root
Ramon Villalpando
Skyler J. Silvertrust
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
dbradford@jenner.com
dweiss@jenner.com
mroot@jenner.com
rvillalpando@jenner.com
ssilvertrust@jenner.com

Michele L. Odorizzi
Justin A. McCarty
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, Illinois 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
MOdorizzi@mayerbrown.com
JMcCarty@mayerbrown.com

*Counsel for Defendants*

3

-and-

    */s/ Avi Josefson*

| | |
|---|---|
| Rebecca E. Boon<br>BERNSTEIN LITOWITZ BERGER &<br>GROSSMAN LLP<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Tel: (212) 554-1400<br>Rebecca.Boon@blbglaw.com | Avi Josefson<br>BERNSTEIN LITOWITZ BERGER &<br>GROSSMAN LLP<br>875 N. Michigan Avenue, Suite 3100<br>Chicago, Illinois 60611<br>Tel: (312) 373-3880<br>Avi@blbglaw.com |

Michael J. Asher
Matthew I. Henzi
Sullivan, Ward, Asher & Patton, P.C.
1000 Maccabees Center
25800 Northwestern Highway
Southfield, Michigan 48075
Tel: (248) 746-2731
masher@swappc.com
mheinzi@swappc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Melissa M. Root, an attorney, hereby certify that a copy of the foregoing **JOINT AGREED MOTION TO ADVISE COURT OF SETTLEMENT AND TO SCHEDULE HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** was served on counsel of record for all parties electronically via the CM/ECF system on July 13, 2016.

    */s/ Melissa M. Root*
Melissa M. Root
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Tel: (312) 222-9350
mroot@jenner.com