**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LOUISIANA FIREFIGHTERS' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE PUBLIC SCHOOL TEACHERS' PENSION AND RETIREMENT FUND OF CHICAGO, THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC POLICE & FIRE RETIREMENT SYSTEM, and THE BOARD OF TRUSTEES OF THE CITY OF PONTIAC GENERAL EMPLOYEES RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>NORTHERN TRUST INVESTMENTS, N.A., and THE NORTHERN TRUST COMPANY,<br><br>   Defendants. | Case No. 09-7203<br><br>Hon. Jorge L. Alonso |

**SETTLING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

Plaintiffs The Board of Trustees of the City of Pontiac Police & Fire Retirement System and The Board of Trustees of the City of Pontiac General Employees Retirement System (collectively, the "Settling Plaintiffs"), by and through their attorneys, hereby move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for entry of a judgment approving the proposed Settlement reached in the above-captioned action and for entry of an order approving the proposed Plan of Allocation of the settlement proceeds. This motion is based on the Joint Declaration of Avi Josefson and Matthew I. Henzi in Support of (I) Settling Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (II) Co-Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the Memorandum of Law in Support of Settling Plaintiffs' Motion for Final Approval of Class Action

Settlement and Plan of Allocation; and all other papers and proceedings herein and such additional evidence or argument that may be presented at the hearing on this matter previously scheduled by the Court for January 11, 2017.

Dated:  December 7, 2016	Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

By: /s/ Avi Josefson
    Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, IL 60611
Telephone: (312) 373-3880
Illinois Bar No. 6272453
avi@blbglaw.com

  – and –

Rebecca E. Boon
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
rebecca.boon@blbglaw.com

SULLIVAN, WARD, ASHER
  & PATTON, P.C.
Michael J. Asher
Matthew I. Henzi
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075
Telephone:  248-746-0700
masher@swappc.com
mhenzi@swappc.com

*Counsel for Plaintiffs The Board of Trustees of the City of Pontiac Police & Fire Retirement System and The Board of Trustees of the City of Pontiac General Employees Retirement System and Co-Lead Counsel for the Class*

#1043645

## CERTIFICATE OF SERVICE

      I, Avi Josefson, an attorney, hereby certify that a copy of the foregoing "**SETTLING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**" was served on counsel for all parties electronically via the CM/ECF system on December 7, 2016.

Dated: December 7, 2016          By:    */s/ Avi Josefson*
                                                                        Avi Josefson